Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

# 1

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss

SUPERIOR COURT DEPARTMENT
CIVIL ACTION NO. 2581CU882

---

:
MAURO ALENCAR,                          :
:
    **Plaintiff,**                         :
:
v.                                      :
:  **RECEIVED**      04/09/2025
AETNA LIFE INSURANCE COMPANY, and       :
AETNA, INC.,                            :
:
    **Defendants.**                       :
:

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1.    The Plaintiff, Mauro Alencar, (hereinafter "Mr. Alencar"), respectfully submits his Complaint and Demand for Jury Trial (hereinafter the "Complaint") against the Defendants, Aetna Life Insurance Company and Aetna, Inc. (collectively hereinafter "Aetna") for their violations of law and his injuries arising therefrom. The Plaintiff's allegations, as set out herein, are asserted for damages arising from and resulting from the Defendants violations of the following:

    a)    breach of contract;

    b)    breach of implied covenant of good faith and fair dealing;

    c)    fraud and deceit;

    d)    negligent misrepresentation; and/or

    e)    the Massachusetts Consumer Protection Act, MG.L. c. 93A and 176D.

2.    The Plaintiff further alleges that, as a result and as caused by the Defendants' breaches, acts, omissions, policies, practices, and/or courses of conduct, Mr. Alencar has suffered irreparable harm, requiring inductive relief and specific performance, in addition to damages

1

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

resulting from the Defendant's coercion, duress, and unfair and deceptive acts and practices, causing him significant injury and damages.

3.       The Plaintiff respectfully requests that its causes of action against the Defendants proceed to a trial by jury, that judgment be entered on all Counts against the Defendants and that Mr. Alencar be awarded his compensatory damages and losses, cost, and interest, plus treble damages and/or attorney's fees, equitable and declaratory relief, plus any such other relief as this Honorable Court deems just and appropriate.

## II. **PARTIES**

4.       The Plaintiff, Mauro Alencar, is an individual who maintains a usual place of residence in Newton of Middlesex County, Massachusetts.

5.       Upon information and belief, the Defendant, Aetna Life Insurance Company, is a Connecticut entity, with its principal place of business located at 151 Farmington Ave, Hartford, Connecticut, 06156-0001.

6.       Upon information and belief, the Defendant, Aetna, Inc., is a Connecticut entity, with its principal place of business located at 151 Farmington Ave, Hartford, Connecticut, 06156-0001.

## III. **JURISDICTION AND VENUE**

7.       Pursuant to M.G.L. c. 223 § 8, the Plaintiff contends that this action is appropriately brought in Middlesex County, which is the county in which the unfair and deceptive acts and practices, coercion, and duress and other violative acts have occurred and where the facts and circumstances of this action arose and is where, *inter alia*, the Defendants' intentional, wanton, and fraudulent actions, omissions, and/or courses of conduct occurred. The Plaintiff states that this

controversy is in excess of $50,000.00 and that the Superior Court has plenary jurisdiction over this action.

## IV. FACTS AND BACKGROUND

8.    The Plaintiff alleges that the following facts, without limitation, give rise to his claims for relief:

9.    Mr. Alencar is the beneficiary and holder of an insurance policy benefit holder obtained through his spouse, Mrs. Thais Alencar, and her employer. Through his policy and benefits available to him, Mr. Alencar has sought to exercise his policy for a medically necessary procedure of a total knee replacement (total knee arthroplasty), with the procedure code of 27447-right (RT), arthroplasty, knee, condyle and plateau; medial and lateral compartments with or without patella resurfacing.

9    Starting nearly twenty (20) years ago, Mr. Alencar started to experience pain and difficulty with his knees.

10.    In or about April 2012, Mr. Alencar had an appointment with his physicians, Dr. Kenneth H. Akizuki, and Nurse Practitioner Janice O. Santos. The suffering and diagnosis had been ongoing in both his left and right knees since 2012.

11.    At or about the same time, Mr. Alencar also had an appointment his physician, Dr. Anthony Schena (hereinafter "Dr. Schena"). Like most instances in which Mr. Alencar visited his doctors, he consulted him regarding the pain he was experiencing in both knees. Given the diagnosis and his condition, Dr. Schena explicitly determined a total knee replacement for his right knee was the sole potential remedy. A true copy of Mr. Alencar's medical records are attached, restated and incorporated by reference herein as **Exhibit A**.

3

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

12.    In the last two (2) years, the Plaintiff has undergone a myriad of appointments to diagnose, receive prognoses, and treat his injury. Starting on or about August 23, 2022, Dr. Schena rendered the diagnosis that Mr. Alencar has Osteoarthritis. **Exhibit A** at pp. 36-37.

13.    In or about October 2022, Dr. Schena wrote, "Mr. Alencar returned to the office today to follow-up on his right knee. Unfortunately, his insurance would not approve the MRI. He continues to have significant pain in his right knee. Ultimately, due to failure to get the MRI approved, he decided [sic] come in today to discuss a cortisone injection." *Id.* at p. 24.

14.    Later on, and once again, on or about November 14, 2022, Aetna still had not approved his MRI. *Id.* at p. 25.

15.    On or about July 24, 2023, Mr. Alencar lost some range of motion compared to his condition only a week prior. *Id.* It should be noted that Dr. Schena went on to say, "[p]assively, I cannot get him into full flexion or extension without significant pain. He has an effusion. His knee appears to be ligamentously sound. I feel that he has a locked knee and internal derangement. This could be secondary to a piece of cartilage, loose body or meniscal tear. I am ordering an MRI to further evaluate his knee." *Id.* at p. 17. This MRI was repetitive of what Aetna previously denied and had taken nearly eight (8) months to approve.

16.    After the MRI, on or about August 14, 2023, Mr. Alencar and his doctor evaluated the imaging which showed "significant arthritic changes in his knee-with loss of cartilage in all three compartments and no significant meniscal tissue in the lateral compartment." *Id.* at p. 34.

17.    Even as of this point, Mr. Alencar's injuries had significantly impacted his health, physically, emotionally, mentally, and relationally. Dr. Schena even noted, "At this point, he has pain in his knee on a daily basis and it significantly affects his quality life. He has pain when going from a sitting to a standing position, getting up in the morning, and using stairs. Given the current

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

findings, it appears that arthritis is the primary cause for his knee pain. Although he is young to have a total knee arthroplasty, we have very few options aside from knee replacement surgery, as he has failed other treatment options." *Id.*

18.     On or about August 29, 2023, Aetna received Mr. Alencar's request for authorization to receive coverage for a total knee replacement surgery. With this request, Mr. Alencar submitted an extensive report of his medical records. The medical records depict over time how the Plaintiff's knee has degenerated since, at a minimum, 2016 until the present. Based on the professional, medical opinion of multiple doctors, it is evident the only solution to resolve, rather than prolong or ignore his diagnosis, is a knee replacement. **Exhibit A**, at pp. 36-37.

19.     On or about October 25, 2023, the Plaintiff's doctor indicated that *"[Mr. Alencar] has documented osteoarthritis of both knees and physical therapy will not improve his current situation. However, they refused to approve his knee replacement surgery." Id.* at p. 9. (emphasis added).

20.     The knee pain has impacted his life in more ways than one. As his doctor describes, the pain has resulted in decreased mobility and as a result weight gain. He has been less active because of his knee pain and has gained 20 pounds over the course of the last several months which contributes to his knee pain as well. *Id.*

21.     Starting in or about December 2023, Mr. Alencar sought out physical therapy from New England Baptist Hospital. He was seen over the course of three (3) months to no avail.

22.     According to his treating doctors, the physical therapy would not resolve the pain and problems experienced by Mr. Alencar. Specifically, his doctor stated, "My recommendation is still to proceed with knee replacement surgery. However, we have failed to get this approved

through his insurance carrier. Therefore, I did give him a prescription for outpatient physical therapy. This will hopefully help with his knee pain although I suspect it will not." *Id.*

23.     The medical records clearly show that Mr. Alencar's prognosis has only worsened over the last twelve (12) years.

24.     For years, Aetna has denied Mr. Alencar access to services needed for diagnosis and treatment.

25.     In Fall of 2022, Aetna denied the allowance for an MRI in order for Mr. Alencar's doctors to assess his pain. **Exhibit A**, at p. 21.

26.     Mr. Alencar has also attended physical therapy despite his primary treating physician indicating it would be insufficient.

27.     Even after weeks of physical therapy, Mr. Alencar saw little to no improvements and remains in desperate need of a full knee replacement surgery. A true copy of Mr. Alencar's physical therapy records are attached, restated and incorporated by reference herein as **Exhibit B**.

28.     The Plaintiff has previously sought relief through the internal procedures of Aetna, only to be improperly denied coverage for his case. A true copy of a written correspondence from Aetna to Mr. Alencar dated September 5, 2023, is attached, restated and incorporated by reference herein as **Exhibit C**.

29.     The Plaintiff sent the Defendant a Demand Letter pursuant to M.G.L. c.93A & 176D, §§ 2 & 9. A true copy of the Plaintiff's demand letter dated February 12, 2025, is attached, restated and incorporated by reference herein as **Exhibit D**.

30.     The Defendants have ignored and failed to respond to the Plaintiff's Demand Letter, in any form whatsoever, and thereby rendering them liable for treble and multiple damages, and reasonable attorney's fees.

31.     At all relevant times herein, the Plaintiff's severe physical injuries, emotional distress, loss of earnings, and medical expenses were foreseeable as arising and the result of the Defendant's outrageous and despicable conduct, and breach of their duty of care in any society, as owed to the Plaintiff.

32.     In sum, as a result of the outrageous and despicable denial of insurance coverage by the Defendant, the Plaintiff has suffered mental, emotional and physical injuries, pain and suffering, emotional distress, medical and/or health-related expenses, in excess of $25,000.00, and together with costs, attorneys' fees and interest. Furthermore, the Plaintiff respectfully requests that he be awarded general, compensatory and/or special damages and losses, costs, interest, multiple and/or punitive damages, reasonable attorneys' fees, and any such other relief as this Honorable Court deems just and appropriate.

## V.     VIOLATIONS OF LAW

### COUNT I – VIOLATION OF M.G.L. c. 93A and 176D

33.     The Plaintiff restates and reasserts Paragraphs 1 through 32 of the Complaint, and the Exhibits attached hereto, and incorporates them herein by reference.

34.     At all relevant times herein, the Defendant conducted a trade of business, as defined by the Massachusetts Consumer Protection Act, M.G.L. c. 93A and 176D, within the Commonwealth of Massachusetts.

35.     The conduct of the Defendant as described herein, constitutes unfair and deceptive, under M.G.L. c. 93A Sections 2(a) and 9 and c. 176D Section 3 of the Consumer Protection Act, including but not limited to claims that the Defendants:

> a)      repeatedly denied the Plaintiff access to services needed for diagnosis and treatment of his serious health problems;

7

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

b)    failed to maintain complete and accurate records, to the detriment of the Plaintiff;

c)    delayed the transmittal of the Policy and supporting documents to the Plaintiff;

d)    even after a number of communications by the Plaintiff, steadfastly rejected a speedy resolution;

e)    acted in bad faith and never appropriately responded to the claims or demand for relief by the Plaintiff; and/or

d)    violated the requirements, terms, and conditions of existing Massachusetts statutes, rules, and regulations means for the protection of the public's heal, safety, or welfare.

36.    As a direct and proximate cause of the Defendants violations of the Massachusetts Consumer Protection Act, M.G.L. c. 93A and 176D, the Plaintiff has suffered irreparable harm, and general, special, and consequential damages, including, but not limited to, loss of profits, interest, and other damages, injuries, and losses to his detriment.

## COUNT II – BREACH OF CONTRACT

37.    The Plaintiff restates and reasserts Paragraphs 1 through 36 of the Complaint, and the Exhibits attached hereto, and incorporates them herein by reference.

38.    The Plaintiff and Defendant entered into a valid and binding agreement as to his health insurance coverage.

39.    In detrimental reliance upon the agreement of the Parties, Mr. Alencar and/or his former spouse paid his insurance premiums in accordance with the contract.

40.     The Plaintiff, Mr. Alencar, performed his obligations under the contract and in good faith.

41.     Defendant Aetna, by its conduct described herein, breached its contract with the Plaintiff.

42.     As a direct and proximate cause of the Defendants' breaches of contract, the Plaintiff has suffered irreparable harm, and general, special, and consequential damages, including, but not limited to, loss of profits, interest, and other damages, injuries, and losses to his detriment.

## COUNT III – BREACH OF IMPLIED
## COVENANT OF GOOD FAITH AND FAIR DEALING

43.     The Plaintiff restates and reasserts Paragraphs 1 through 42 of the Complaint, and the Exhibits attached hereto, and incorporates them herein by reference.

44.     A covenant of good faith and fair dealing was implied and existed in the agreement and in the business relationship between the Parties.

45.     The Defendant had a duty of good faith and fair dealing in its dealings with the Plaintiff and pursuant to the promises, contract, and statements made to Plaintiff to induce the Plaintiff to enter into the insurance contract with them.

46.     By Defendant's illegal conduct, the Plaintiff has suffered damages and losses, and will continue to suffer damages and harm, as a direct and indirect consequence of his agreement with the Defendant.

47.     Under the covenant, Aetna was obligated to good faith performance of its obligations under the agreement with the Plaintiff, and to be faithful and consistent to the justified expectations of the Plaintiff.

48.     As described above, Aetna breached the implied covenant of good faith and fair dealing with the Plaintiff.

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

49.     As a direct and proximate cause of the Defendants' violations of the implied covenant of good faith and fair dealing, the Plaintiff has suffered irreparable harm, and general, special, and consequential damages, including, but not limited to, loss of profits, interest, and other damages, injuries, and losses to his detriment.

## COUNT IV – FRAUD AND DECIET

50.     The Plaintiff restates and reasserts Paragraphs 1 through 49 of the Complaint, and the Exhibits attached hereto, and incorporates them herein by reference.

51.     The actions of the Defendant described herein constitute fraud and deceit, including but not limited to the following:

> a)     the Defendant made false representations of material facts, and/or omitted material facts with a duty of disclosure, knowing or having reason to know of their falsity;

> b)     the Defendant made said misrepresentations and omissions for the purpose of inducing the reliance of the Plaintiff; and

> c) the Plaintiff did rely on said misrepresentations and omissions, to his detriment.

52.     As a direct and proximate cause of the Defendants' fraud and deceit, the Plaintiff has suffered irreparable harm, and general, special, and consequential damages, including, but not limited to, loss of profits, interest, and other damages, injuries, and losses to his detriment.

## COUNT IIV – NEGLIGENT MISREPRESENTAION

53.     The Plaintiff restates and reasserts Paragraphs 1 through 52 of the Complaint, and the Exhibits attached hereto, and incorporates them herein by reference.

54.     the conduct of the Defendant as described herein constitutes negligent misrepresentation in that the Defendants negligently provided the Plaintiff with erroneous and

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

misleading information, and negligently omitted material information with a duty to disclosed, to the Plaintiff's detriment.

55.     As a direct and proximate cause of the Defendants' negligent misrepresentations, the Plaintiff has suffered irreparable harm, and general, special, and consequential damages, including, but not limited to, loss of profits, interest, and other damages, injuries, and losses to his detriment.

### VI.    REQUESTS FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court grant him the following relief:

A)      determine, find and adjudge that Defendants are liable for their violations of law, and award the Plaintiff his actual losses and damages, together with his general, special and compensatory damages and other damages, injuries and losses, and together with costs, attorneys' fees and interest, against the Defendants, as set out herein;

B)      determine and award the Plaintiff, his losses and damages for his physical injuries, pain and suffering, emotional distress, loss of earning capacity, medical and/or health-related expenses, in excess of $50,000.00, and general, special and consequential damages, and other damages, injuries and losses, and together with costs, attorneys' fees and interest, as a result of the Defendants' violations of law, as set out herein;

C)      award the Plaintiff his costs in bringing this action, including the filing fees, expert and witness fees, costs and expenses, and reasonable attorneys' fees;

D)    award the Plaintiff multiple or punitive damages in an amount to be determined; and/ or

E)    determine and award the Plaintiff an accounting and/or constructive trust, and declaratory relief and judgment, as may be just, appropriate, necessary and/or proper;

F)    grant, order, restrain and enjoin the Defendants, jointly and severally, temporarily, preliminarily and permanently, and grant the Plaintiffs such equitable relief, as may be just, appropriate, necessary and/or proper; and/or

G)    any additional relief which this Honorable Court deems just and proper.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.**

Respectfully Submitted,
PLAINTIFF, Mauro Alencar,

By his Attorneys,

*Philip M. Giordano*
/s/ Philip M. Giordano
Philip M. Giordano, Esq. (BBO No. 193530)
Julian A. Frare, Esq. (BBO No. 713102)
Taylor M. Gould, Esq. (BBO No. 715202)
Giordano & Company, P.C.
REED & GIORDANO, P.A.
177 State Street
One McKinley Square, Sixth Floor
Boston, Massachusetts 02109
Telephone: (617) 723-7755
Facsimile: (617) 723-7756
Email: pgiordano@reedgiordano.com
Email: jfrare@reedgiordano.com
Dated: April 9, 2025                     Email: tgould@reedgiordano.com

CSM
408

ATTEST: A TRUE COPY
ROBERT E. CARLSON JR.
STATE MARSHAL

12

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

# Exhibit "A"

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

## Medical Records Release Authorization

Upon presentation of this authorization you are requested to provide the records outlined below to:

| | |
|---|---|
| **Online User:** | mauro@malencar.com |
| **To Recipient:** | Mauro Alencar |
| | **Person/Company** |
| | 27 Grace Rd |
| | **Address** |

| | | | |
|---|---|---|---|
| | Newton Center | MA | 02459 |
| | **City** | **State** | **Zip** |
| | 415-215-9488 | | |
| | **Phone** | **Fax** | |
| | mauro@malencar.com | | |
| | **Recipient E-Mail** | | |

| | |
|---|---|
| **From Clinic/Hospital:** | Boston Orthopedic and Spine |

| | | |
|---|---|---|
| **Patient:** | Mauro Alencar | 12/05/1974 |
| | **Patient Name** | **Date of Birth** |
| | mauro@malencar.com | 415-215-9488 |
| | **Patient E-Mail** | **Phone** |

**Dates of Service:**     Please provide a complete copy of my file for all dates of service.

**Records to be Released (45 CFR § 164.508(c)(1)(i)).**

Medical, All, Progress Or Office Notes, Lab Reports, History And Physical, Operative Report,
Radiology Report, Consultation Report, Discharge Summary, Shot Records, Hospital ER Visits,COVID Test Results, Billing, Radiology Images

**Purpose for Disclosure**

Patient

**Please Indicate your acceptance by checking the following boxes:**

☑ I understand that I (or patient, if requested from third-party source) may revoke this authorization (or an attached authorization) in writing at any time except to the extent that action has been taken in reliance upon this authorization. (45 CFR § 164.508(c)(2)(i))

☑ I understand that treatment or payment cannot be conditioned on my signing this authorization (or an attached authorization), except in certain circumstances such as for participation in research programs, or authorization of the release of testing results for pre-employment purposes. (45 CFR § 164.508(c)(2)(i))

☑ I understand that my (or the patient's, if requested from third-party source) records are confidential and cannot be disclosed without written authorization except when otherwise permitted by law. Information used or disclosed pursuant to this authorization (or an attached authorization) may be subject to re-disclosure by the recipient and no longer protected.

☑ I understand that the specified information to be released may include, but is not limited to history, diagnosis, and / or treatment of drug or alcohol abuse, mental illness, or communicable disease, including Human Immunodeficiency Virus(HIV), Acquired Immune Deficiency Syndrome(AIDS), and genetic documentation as related to Genetic Information Nondiscrimination Act(GINA). (45 CFR §164.508(c)(2)(i))

This authorization will expire One Hundred Eighty (180) days from the date of signature unless revoked by authorized party prior to that time. If a third-party request, expiration will also expire One Hundred Eighty (180) days from the date of signature unless explicitly written in an attached authorization.

Date:  10/25/2023          Signature:   Mauro Alencar

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

## Medical Records Release Information (pg 2)
Additional data captured during the request submission process.

**Clinic/Hospital Info:**
  Name: Boston Orthopedic and Spine
  Phone #: 617-712-2309
  Fax #:
  Address: 20 Guest St Suite 225
       Brighton MA 02135

**Requestor Info:**
  Name: Mauro Alencar
  Email: mauro@malencar.com
  Phone #: 415-215-9488
  Fax #:
  Address: 27 Grace Rd
       Newton Center MA 02459

**Recipient Info:**
  Name: Mauro Alencar
  Business Name:
  Email: mauro@malencar.com
  Phone #: 415-215-9488
  Fax #:
  Address: 27 Grace Rd
       Newton Center MA 02459

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

(415) 215-9488   Home (Primary Phone)
(415) 215-9488   Mobile
27 Grace Rd
Newton Center, MA 02459
subscriptions@malencar.com

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

ALENCAR, Mauro (id #440865, dob: 12/05/1974)

## Medical Records - CONFIDENTIAL

**FROM:**  MA - Boston Orthopaedic & Spine

Chloe P
840 Winter Street, WALTHAM, MA 02451-1433
Phone: (781) 487-9444
Fax: (781) 487-9499

**TO:**

**Name: ALENCAR, MAURO**

**DOB: 12/05/1974**

**Date Range: to 10/30/2023**

**This document contains the following records of the patient:**
- **Encounters and Procedures**
- **Imaging Results**
- **Interpretation Documents**
- **Lab Results**
- **Vaccination History**

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:440865-A-14781]

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

ALENCAR, Mauro (id #440865, dob: 12/05/1974)

## Encounters and Procedures

Clinical Encounter Summaries

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)
**Encounter Date: 10/25/2023**

### Patient

| | | | |
|---|---|---|---|
| **Name** | ALENCAR, MAURO (48yo, M) ID# 440865 | **Appt. Date/Time** | 10/25/2023 11:00AM |
| **DOB** | 12/05/1974 | **Service Dept.** | BOS - Brighton |
| **Provider** | ANTHONY J SCHENA, MD | | |
| **Insurance** | Med Primary: AETNA (POS) | | |

Insurance # : W238926005
Policy/Group # : 086544401400006
PCP : GERMAK, MATTHEW C
Referring Provider Name : GERMAK, MATTHEW C
Prescription: CVS|CAREMARK - Member is eligible. details

### Chief Complaint

Right knee pain

### Patient's Care Team

**Primary Care Provider (Primary Insurance):** GERMAK, MATTHEW C: BIDCO BILH, 372 WASHINGTON ST, WELLESLEY, MA 02481, Ph (781) 474-3110, Fax (781) 431-7500
**Referring Provider (Primary Insurance):** GERMAK, MATTHEW C: BIDCO BILH, 372 WASHINGTON ST, WELLESLEY, MA 02481, Ph (781) 474-3110, Fax (781) 431-7500

### Patient's Pharmacies

**CVS/PHARMACY #1199 (ERX): 647 VFW PKWY, CHESTNUT HILL, MA 02467, Ph (617) 469-5264, Fax (617) 325-9148**

### Vitals

**Ht:** 6 ft 1 in Stated (185.42 cm) 10/25/2023 11:39 am     **Wt:** 240 lbs Stated (108.86 kg) 10/25/2023 11:39 am     **BMI:** 31.7 10/25/2023 11:39 am

**Pain Scale:** 8 10/25/2023 11:47am     **Pain Scale Type:** Numeric 10/25/2023 11:39am

### Allergies

Reviewed Allergies

**IODINE:** Facial swelling (Mild)

**SHELLFISH DERIVED**

### Medications

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

Reviewed Medications

**ALPRAZolam 0.5 mg tablet**
TAKE 1-2 TABLETS BY MOUTH AS NEEDED FOR FLIGHT PHOBIA | 12/16/22 | filled

**atorvastatin 10 mg tablet**
TAKE 1 TABLET BY MOUTH EVERY DAY | 08/29/23 | filled

**betamethasone, augmented 0.05 % topical ointment**
APPLY TO AFFECTED AREAS ON RIGHT FOOT TWICE A DAY X 2 WEEKS PER MONTH | 06/22/22 | filled

**chlorhexidine gluconate 0.12 % mouthwash**
RINSE GENTLY 2-3 TIMES PER DAY FOR 30 SECONDS.DO NOT SWALLOW | 02/02/22 | filled

**FLUoxetine 10 mg tablet**
TAKE 1 TABLET BY MOUTH EVERY DAY | 08/30/23 | filled

**FLUoxetine 20 mg tablet**
TAKE 1 TABLET BY MOUTH EVERY DAY | 08/30/23 | filled

**ibuprofen 600 mg tablet**
TAKE 1 TABLET BY MOUTH EVERY 6 TO 8 HOURS AS NEEDED FOR PAIN | 02/26/22 | filled

**ketoconazole 2 % shampoo**
APPLY TO SCALP AND FACE ONCE A DAY LEAVE ON FOR A FEW MINS AND RINSE OUT | 01/19/22 | filled

**mirtazapine 15 mg tablet**
TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | 10/03/23 | filled

**mupirocin 2 % topical ointment**
1 APPLICATION NASAL TWICE A DAY BEGIN: 8/26/23, LAST DOSE: 8/31/23 | 08/23/23 | filled

**tiZANidine 2 mg tablet**
TAKE 1-2 TABS BY MOUTH EVERY 8 HOURS AS NEEDED FOR BACK PAIN | 06/29/22 | filled

**valsartan 80 mg tablet**
TAKE 1 TABLET BY MOUTH EVERY DAY | 08/30/23 | filled

**Vuity 1.25 % eye drops**
INSTILL 1 DROP INTO BOTH EYES ONCE A DAY AS DIRECTED | 05/04/22 | filled

## Vaccines

Vaccines not reviewed (last reviewed 08/12/2022)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/11/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 04/20/21 | | | | | | Pfizer, Inc | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/19/21 | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/04/19 | | | | | | | | | | |

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

### Problems

Reviewed Problems
- Hyperlipidemia - Onset: 11/07/2019
- Obesity - Onset: 11/07/2019
- Body mass index 30+ - obesity - Onset: 11/07/2019
- Depressive disorder - Onset: 11/07/2019
- Insomnia - Onset: 11/07/2019
- Migraine - Onset: 11/07/2019
- Essential hypertension - Onset: 11/07/2019
- Esophagitis - Onset: 11/07/2019
- Gastroesophageal reflux disease - Onset: 11/07/2019
- Gastritis - Onset: 11/07/2019
- Arthropathy of lumbar facet joint - Onset: 11/07/2019
- Degeneration of lumbar intervertebral disc - Onset: 11/07/2019
- Lumbago with sciatica - Onset: 06/29/2022
- Low back pain - Onset: 11/07/2019
- Chronic diarrhea of unknown origin - Onset: 11/07/2019
- Osteoarthritis of right knee joint - Onset: 05/27/2022
- COVID-19 - Onset: 06/13/2022
- Pain of right knee joint - Onset: 10/11/2022

### Family History

Family History not reviewed (last reviewed 07/24/2023)

| Father | - Hypertensive disorder |
| | - Heart disease |
| | - Leukemia |
| Mother | - Family history of stroke |

### Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional

### Surgical History

Reviewed Surgical History
- Reconstruction of anterior cruciate ligament of knee joint - ACl Surgery in left leg
- Appendectomy - 1996
- Reconstruction of anterior cruciate ligament of knee joint - 1990, 2006
- Vasectomy - 2008

### Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Back Pain: **Y**
Depression: **Y**
Dyslipidemia: **Y**
Headaches/Migraines: **Y**
Hypertension: **Y**
Notes: Insomnia; Esophagitis; Gastritis; Chronic Diarrhea

### HPI

Mr. Alencar returns to the office today to follow-up on his bilateral knee pain. He had been scheduled for knee replacement surgery. This was denied by his insurance carrier because he had not done 6 weeks of formal physical therapy. We have tried to appeal this on 2 occasions. They have still denied it. He has documented osteoarthritis of both knees and physical therapy will not improve his current situation. However, they refused to approve his knee replacement surgery. In the meantime, he has continued to have significant pain in his knees, with his left knee started to hurt more than his right knee as he has had to favor his right knee so much. He rates his knee pain as an 8 out of 10. He has been less active because of his knee pain and has put on 20 pounds over the course of the last several months. This is contributed to his knee pain as well.

### ROS

Patient reports Limited range of motion, Extremity weakness, Joint stiffness, and Joint pain Dull aching pain in RT Knee. He reports feeling well. He reports no skin symptoms. He reports no respiratory symptoms. He reports no signs of cardiovascular symptoms. He reports no gastrointestinal symptoms. He reports no psychiatric symptoms. He reports no signs of neurological

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket EQSTQN ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

### ALENCAR, Mauro (id #440865, dob: 12/05/1974)

symptoms. He reports no hematology symptoms. He reports no genitourinary symptoms.

## Physical Exam

**Constitutional:** General Appearance: healthy-appearing and NAD.

**Psychiatric:** Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Cardiovascular System:** Arterial Pulses Right: posterior tibialis normal. Arterial Pulses Left: posterior tibialis normal. Varicosities Right: no varicosities. Varicosities Left: no varicosities. Edema Right: no edema. Edema Left: no edema.

**Gait and Station:** Appearance: normal gait and ambulates with no assistive devices.

**Knees:** Inspection Right: no deformity, erythema, warmth, effusion, swelling, or ecchymosis and normal axial alignment and patella tracking; **Well-healed incisions from his prior ACL reconstruction.** Inspection Left: no deformity, erythema, warmth, effusion, swelling, or ecchymosis and normal patella tracking; **Well-healed incisions across the anterior aspect of the knee** Palpation Right: tenderness of the medial joint line and the lateral joint line and tenderness on palpation. Palpation Left: tenderness of patella, the medial joint line, and the lateral joint line and tenderness on palpation. Active Range of Motion Right: crepitus, extension 0°, and flexion (120 deg). Active Range of Motion Left: crepitus, flexion 130°, and extension 0°. Stability Right: no subluxation, anterior drawer sign negative, posterior drawer sign negative, Lachman test negative, valgus stress test negative, and varus stress test negative. Stability Left: no subluxation, anterior drawer sign negative, Lachman test negative, varus stress test negative, and valgus stress test negative. Special Tests Right: able to perform active straight leg raise and McMurray's test positive. Special Tests Left: McMurray's test negative and able to perform active straight leg raise. Strength Right: flexion 5/5 and extension 5/5. Strength Left: flexion 5/5 and extension 5/5.

**Neurologic:** Coordination: coordination normal. Sensation on the Right: grossly normal in right lower extremity. Sensation on the Left: grossly normal in left lower extremity.

## Assessment / Plan

**1. Pain of right knee joint-**
Mr. Alencar has continued to have pain in his right knee. The MRI shows significant arthritic changes in his knee-with loss of cartilage in all three compartments and no significant meniscal tissue in the latearl compartment. He has several small loose bodies and one large loose body along the posterior aspect of his knee. His graft is torn. He also has arthritic changes in his left knee which are becoming worse because of his need to favor his right knee.

My recommendation is still to proceed with knee replacement surgery. However, we have failed to get this approved through his insurance carrier. Therefore, I did give him a prescription for outpatient physical therapy. This will hopefully help with his knee pain although I suspect it will not. He is going to call the Ensure himself. Once he has completed his outpatient physical therapy, if he continues to have knee pain, then we will we submit for replacement surgery. He is comfortable with this plan as best he can be although he is very uncomfortable and very dissatisfied with the lack of care from his insurer.

25 minutes were spent in a face-to-face encounter.
    M25.561: Pain in right knee
    M25.562: Pain in left knee
    M17.12: Unilateral primary osteoarthritis, left knee
    M17.11: Unilateral primary osteoarthritis, right knee
    • PHYSICAL THERAPIST REFERRAL -    Schedule Within: provider's discretion

| | |
|---|---|
| Evaluate & Treat: bilateral knee OA | Visits per Week: 2 |
| Exercises: closed chain program, bike, stretching, HEP | Modalities: as needed |
| Knee Rehabilitation?: Y | Lower Extremity Stretching Program?: Y |
| Manual Therapy: as needed | Massage to: as needed |
| # of requested visits: 12 | |

## Return to Office
Patient will return to the office as needed.

## Encounter Sign-Off
Encounter signed-off by ANTHONY J SCHENA, MD, 10/25/2023.

Encounter performed and documented by ANTHONY J SCHENA, MD
Encounter reviewed & signed by ANTHONY J SCHENA, MD on 10/25/2023 at 12:47pm

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

### ALENCAR, Mauro (id #440865, dob: 12/05/1974)

**Encounter Date: 08/14/2023**

Patient

| | | | |
|---|---|---|---|
| **Name** | ALENCAR, MAURO (48yo, M) ID# 440865 | **Appt. Date/Time** | 08/14/2023 04:15PM |
| **DOB** | 12/05/1974 | **Service Dept.** | BOS - Waltham |
| **Provider** | ANTHONY J SCHENA, MD | | |
| **Insurance** | Med Primary: AETNA (POS)<br>    Insurance # : W238926005<br>    Policy/Group # : 086544401400006<br>    PCP : GERMAK, MATTHEW C<br>    Referring Provider Name : GERMAK, MATTHEW C<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

### Chief Complaint

Right knee pain

### Patient's Care Team

**Primary Care Provider (Primary Insurance):** GERMAK, MATTHEW C: BIDCO BILH, 372 WASHINGTON ST, WELLESLEY, MA 02481, Ph (781) 474-3110, Fax (781) 431-7500
**Referring Provider (Primary Insurance):** GERMAK, MATTHEW C: BIDCO BILH, 372 WASHINGTON ST, WELLESLEY, MA 02481, Ph (781) 474-3110, Fax (781) 431-7500

### Patient's Pharmacies

CVS/PHARMACY #1199 (ERX): 647 VFW PKWY, CHESTNUT HILL, MA 02467, Ph (617) 469-5264, Fax (617) 325-9148

### Vitals

2023-08-14 16:46

| | | |
|---|---|---|
| **Ht:** 6 ft 1 in (185.42 cm) | **Wt:** 240 lbs (108.86 kg) | **BMI:** 31.7 |
| **Pain Scale:** 6 | **Pain Scale Type:** Numeric | |

### Allergies

Reviewed Allergies

**IODINE:** Facial swelling (Mild)

**SHELLFISH DERIVED**

### Medications

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

Reviewed Medications

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>TAKE 1-2 TABLETS BY MOUTH AS NEEDED FOR FLIGHT PHOBIA | 12/16/22 | filled |
| **amoxicillin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY 8 HOURS UNTIL FINISHED | 03/01/23 | filled |
| **atorvastatin 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 06/03/23 | filled |
| **betamethasone dipropionate 0.05 % topical ointment**<br>APPLY THIN LAYER TO AFFECTED AREAS ON THE FOOT TWICE A DAY X 2 WEEKS PER MONTH | 01/19/22 | filled |
| **betamethasone, augmented 0.05 % topical ointment**<br>APPLY TO AFFECTED AREAS ON RIGHT FOOT TWICE A DAY X 2 WEEKS PER MONTH | 06/22/22 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>RINSE GENTLY 2-3 TIMES PER DAY FOR 30 SECONDS.DO NOT SWALLOW | 02/02/22 | filled |
| **dicyclomine 10 mg capsule**<br>TAKE 1 CAPSULE(S) BY MOUTH THREE TIMES A DAY AS NEEDED FOR AS NEEDED | 01/31/22 | filled |
| **FLUoxetine 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 08/02/23 | filled |
| **FLUoxetine 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 08/02/23 | filled |
| **ibuprofen 600 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 TO 8 HOURS AS NEEDED FOR PAIN | 02/26/22 | filled |
| **ketoconazole 2 % shampoo**<br>APPLY TO SCALP AND FACE ONCE A DAY LEAVE ON FOR A FEW MINS AND RINSE OUT | 01/19/22 | filled |
| **mirtazapine 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | 07/01/23 | filled |
| **tiZANidine 2 mg tablet**<br>TAKE 1-2 TABS BY MOUTH EVERY 8 HOURS AS NEEDED FOR BACK PAIN | 06/29/22 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 08/02/23 | filled |
| **Vuity 1.25 % eye drops**<br>INSTILL 1 DROP INTO BOTH EYES ONCE A DAY AS DIRECTED | 05/04/22 | filled |

Vaccines

Vaccines not reviewed (last reviewed 08/12/2022)

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket

BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/11/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 04/20/21 | | | | | | Pfizer, Inc | | | | |
| Influenza | | | | | | | | | | | |
| Influenza, Injectable, quadrivalent | 10/19/21 | | | | | | | | | | |
| Influenza, Injectable, quadrivalent | 10/04/19 | | | | | | | | | | |

## Problems

Problems not reviewed (last reviewed 07/24/2023)
- Hyperlipidemia - Onset: 11/07/2019
- Obesity - Onset: 11/07/2019
- Body mass index 30+ - obesity - Onset: 11/07/2019
- Depressive disorder - Onset: 11/07/2019
- Insomnia - Onset: 11/07/2019
- Migraine - Onset: 11/07/2019
- Essential hypertension - Onset: 11/07/2019
- Esophagitis - Onset: 11/07/2019
- Gastroesophageal reflux disease - Onset: 11/07/2019
- Gastritis - Onset: 11/07/2019
- Arthropathy of lumbar facet joint - Onset: 11/07/2019
- Degeneration of lumbar intervertebral disc - Onset: 11/07/2019
- Lumbago with sciatica - Onset: 06/29/2022
- Low back pain - Onset: 11/07/2019
- Chronic diarrhea of unknown origin - Onset: 11/07/2019
- Osteoarthritis of right knee joint - Onset: 05/27/2022
- COVID-19 - Onset: 06/13/2022
- Pain of right knee joint - Onset: 10/11/2022

## Family History

Family History not reviewed (last reviewed 07/24/2023)

| Father | - Hypertensive disorder |
| | - Heart disease |
| | - Leukemia |
| Mother | - Family history of stroke |

## Social History

Social History not reviewed (last reviewed 11/14/2022)
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional

██████████████████████████████

## Surgical History

Surgical History not reviewed (last reviewed 07/24/2023)
- Appendectomy - 1996
- Reconstruction of anterior cruciate ligament of knee joint - 1990, 2006
- Vasectomy - 2008

ACI Surgery in left leg

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Back Pain: **Y**
Depression: **Y**
Dyslipidemia: **Y**
Headaches/Migraines: **Y**
Hypertension: **Y**
Notes: Insomnia; Esophagitis; Gastritis; Chronic Diarrhea

HPI

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket NumberBOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

Mauro returned today for a follow up on his right knee. Overall, he is feeling better, but still has pain on a daily basis. He feels that his extension may have improved but his flexion has not. He is pretty much back as his baseline.

### ROS

Patient reports feeling well. He reports no skin symptoms. He reports no respiratory symptoms. He reports no signs of cardiovascular symptoms. He reports no gastrointestinal symptoms. He reports no psychiatric symptoms. He reports Limited range of motion, Extremity weakness, Joint stiffness, and Joint pain. He reports no signs of neurological symptoms. He reports no hematology symtpoms. He reports no genitourinary symptoms.

### Physical Exam

**Constitutional:** General Appearance: healthy-appearing and NAD.

**Psychiatric:** Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Cardiovascular System:** Arterial Pulses Right: posterior tibialis normal. Arterial Pulses Left: posterior tibialis normal. Varicosities Right: no varicosities. Varicosities Left: no varicosities. Edema Right: no edema. Edema Left: no edema.

**Gait and Station:** Appearance: normal gait and ambulates with no assistive devices.

**Knees:** Inspection Right: no deformity, erythema, warmth, effusion, swelling, or ecchymosis and normal axial alignment and patella tracking; **Well-healed incisions from his prior ACL reconstruction.** Inspection Left: no deformity, erythema, warmth, effusion, swelling, or ecchymosis and normal patella tracking; **Well-healed incisions across the anterior aspect of the knee.** Palpation Right: tenderness of the medial joint line and the lateral joint line and tenderness on palpation. Palpation Left: tenderness of patella, the medial joint line, and the lateral joint line and tenderness on palpation. Active Range of Motion Right: crepitus, extension 0°, and flexion (120 deg). Active Range of Motion Left: crepitus, flexion 130°, and extension 0°. Stability Right: no subluxation, anterior drawer sign negative, posterior drawer sign negative, Lachman test negative, valgus stress test negative, and varus stress test negative. Stability Left: no subluxation, anterior drawer sign negative, Lachman test negative, varus stress test negative, and valgus stress test negative. Special Tests Right: able to perform active straight leg raise and McMurray's test positive. Special Tests Left: McMurray's test negative and able to perform active straight leg raise. Strength Right: flexion 5/5 and extension 5/5. Strength Left: flexion 5/5 and extension 5/5.

**Neurologic:** Coordination: coordination normal. Sensation on the Right: grossly normal in right lower extremity. Sensation on the Left: grossly normal in left lower extremity.

### Assessment / Plan

**1. Pain of right knee joint-**
Mr. Alencar has continued to have pain in his right knee. The MRI shows significant arthritic changes in his knee-with loss of cartilage in all three compartments and no significant meniscal tissue in the latearl compartment. He has several small loose bodies and one large loose body along the posterior aspect of his knee. His graft is torn.

We discussed treatment options for his knee. I suspect that his knee pain was due to a loose body finding it way into his joint. I do not think that a knee scope will be of much help. We did discuss the role of a TKA. At this point, he has pain in his knee on a daily basis and it significantly affects his quality life. He has pain when going from a sitting to a standing position, getting up in the morning, and using stairs. Given the current findings, it appears that arthritis is the primary cause for his knee pain. Although he is young to have a total knee arthroplasty, we have very few options aside from knee replacement surgery, as he has failed other treatment options. He did, therefore, discussed the role of a total knee arthroplasty. He is very interested in pursuing this. He understands the risks that include, but are not limited to nerve vessel damage, infection, DVT, postoperative knee pain and stiffness. He also understands that there are 2 options-outpatient and inpatient. We can do the outpatient total knee arthroplasty a bit sooner. We will be able to use a long-acting anesthetic. Given that, he would like to go ahead with surgery and is comfortable doing as an outpatient. My coordinator will reach out to him and get him set up for.

25 minutes were spent in a face-to-face encounter.
    M25.561: Pain in right knee
    M25.562: Pain in left knee
    M17.12: Unilateral primary osteoarthritis, left knee
    M17.11: Unilateral primary osteoarthritis, right knee
    • TOTAL KNEE ARTHROPLASTY (SURG)

    Side:
    RIGHT

### Return to Office
Patient will return to the office as needed.

### Encounter Sign-Off
Encounter signed-off by ANTHONY J SCHENA, MD, 08/14/2023.

Encounter performed and documented by ANTHONY J SCHENA, MD
Encounter reviewed & signed by ANTHONY J SCHENA, MD on 08/14/2023 at 8:58pm

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)
**Encounter Date: 07/24/2023**

### Patient

| | | | |
|---|---|---|---|
| **Name** | ALENCAR, MAURO (48yo, M) ID# 440865 | **Appt. Date/Time** | 07/24/2023 01:00PM |
| **DOB** | 12/05/1974 | **Service Dept.** | BOS - Waltham |
| **Provider** | ANTHONY J SCHENA, MD | | |
| **Insurance** | Med Primary: AETNA (POS) | | |

Insurance # : W238926005
Policy/Group # : 086544401400006
PCP : GERMAK, MATTHEW C
Referring Provider Name : GERMAK, MATTHEW C
Prescription: CVS|CAREMARK - Member is eligible. details

### Chief Complaint

Right knee pain

### Patient's Care Team

**Primary Care Provider (Primary Insurance):** GERMAK, MATTHEW C: BIDCO BILH, 372 WASHINGTON ST, WELLESLEY, MA 02481, Ph (781) 474-3110, Fax (781) 431-7500
**Referring Provider (Primary Insurance):** GERMAK, MATTHEW C: BIDCO BILH, 372 WASHINGTON ST, WELLESLEY, MA 02481, Ph (781) 474-3110, Fax (781) 431-7500

### Patient's Pharmacies

**CVS/PHARMACY #1199 (ERX): 647 VFW PKWY, CHESTNUT HILL, MA 02467, Ph (617) 469-5264, Fax (617) 325-9148**

### Vitals

2023-07-24 12:51

| | | | | |
|---|---|---|---|---|
| **Ht:** 6 ft 1 in Stated (185.42 cm) | | **Wt:** 240 lbs Stated (108.86 kg) | | **BMI:** 31.7 |
| **Pain Scale:** 7 | **Pain Scale Type:** Numeric | | | |

### Allergies

Reviewed Allergies

**IODINE:** Facial swelling (Mild)

**SHELLFISH DERIVED**

### Medications

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

Reviewed Medications

| | | |
|---|---|---|
| **ALPRAZolam 0.5 mg tablet**<br>TAKE 1-2 TABLETS BY MOUTH AS NEEDED FOR FLIGHT PHOBIA | 12/16/22 | filled |
| **amoxicillin 500 mg capsule**<br>TAKE 1 CAPSULE BY MOUTH EVERY 8 HOURS UNTIL FINISHED | 03/01/23 | filled |
| **atorvastatin 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 06/03/23 | filled |
| **betamethasone dipropionate 0.05 % topical ointment**<br>APPLY THIN LAYER TO AFFECTED AREAS ON THE FOOT TWICE A DAY X 2 WEEKS PER MONTH | 01/19/22 | filled |
| **betamethasone, augmented 0.05 % topical ointment**<br>APPLY TO AFFECTED AREAS ON RIGHT FOOT TWICE A DAY X 2 WEEKS PER MONTH | 06/22/22 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>RINSE GENTLY 2-3 TIMES PER DAY FOR 30 SECONDS.DO NOT SWALLOW | 02/02/22 | filled |
| **dicyclomine 10 mg capsule**<br>TAKE 1 CAPSULE(S) BY MOUTH THREE TIMES A DAY AS NEEDED FOR AS NEEDED | 01/31/22 | filled |
| **FLUoxetine 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 06/28/23 | filled |
| **FLUoxetine 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 06/28/23 | filled |
| **ibuprofen 600 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 TO 8 HOURS AS NEEDED FOR PAIN | 02/26/22 | filled |
| **ketoconazole 2 % shampoo**<br>APPLY TO SCALP AND FACE ONCE A DAY LEAVE ON FOR A FEW MINS AND RINSE OUT | 01/19/22 | filled |
| **mirtazapine 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | 07/01/23 | filled |
| **tiZANidine 2 mg tablet**<br>TAKE 1-2 TABS BY MOUTH EVERY 8 HOURS AS NEEDED FOR BACK PAIN | 06/29/22 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 06/28/23 | filled |
| **Vuity 1.25 % eye drops**<br>INSTILL 1 DROP INTO BOTH EYES ONCE A DAY AS DIRECTED | 05/04/22 | filled |

Vaccines

Vaccines not reviewed (last reviewed 08/12/2022)

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket COSTAL ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

| Vaccine Type | Date | Amt | Route | Site | NDC# | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/11/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 04/20/21 | | | | | | Pfizer, Inc | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/19/21 | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/04/19 | | | | | | | | | | |

## Problems

Reviewed Problems
- Hyperlipidemia - Onset: 11/07/2019
- Obesity - Onset: 11/07/2019
- Body mass index 30+ - obesity - Onset: 11/07/2019
- Depressive disorder - Onset: 11/07/2019
- Insomnia - Onset: 11/07/2019
- Migraine - Onset: 11/07/2019
- Essential hypertension - Onset: 11/07/2019
- Esophagitis - Onset: 11/07/2019
- Gastroesophageal reflux disease - Onset: 11/07/2019
- Gastritis - Onset: 11/07/2019
- Arthropathy of lumbar facet joint - Onset: 11/07/2019
- Degeneration of lumbar intervertebral disc - Onset: 11/07/2019
- Lumbago with sciatica - Onset: 06/29/2022
- Low back pain - Onset: 11/07/2019
- Chronic diarrhea of unknown origin - Onset: 11/07/2019
- Osteoarthritis of right knee joint - Onset: 05/27/2022
- COVID-19 - Onset: 06/13/2022
- Pain of right knee joint - Onset: 10/11/2022

## Family History

Reviewed Family History

| Father | - Hypertensive disorder |
|---|---|
| | - Heart disease |
| | - Leukemia |
| Mother | - Family history of stroke |

## Social History

Social History not reviewed (last reviewed 11/14/2022)
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional

██████████████████████████████████

## Surgical History

Reviewed Surgical History
- Appendectomy - 1996
- Reconstruction of anterior cruciate ligament of knee joint - 1990, 2006
- Vasectomy - 2008

ACI Surgery in left leg

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Back Pain: **Y**
Depression: **Y**
Dyslipidemia: **Y**
Headaches/Migraines: **Y**
Hypertension: **Y**
Notes: Insomnia; Esophagitis; Gastritis; Chronic Diarrhea

## HPI

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

Mr. Alencar returned to the office today to follow-up on his right knee. Last fall we gave him a cortisone injection which offered him about a month to 6 weeks of symptom relief. He has been trying to manage his knee pain. Then, last week, he twisted a bit awkwardly and his knee locked up on him. He had a difficult time ambulating and fully extending his leg for about 2 days. He then began to feel better with ice and anti-inflammatories. Last night, it locked up on him again. He came in today to have his knee evaluated. He is currently limping, not using any assistive devices. He reports that his pain is an 8 out of 10. He has swelling in his knee. He has lost some range of motion compared to where he was of week ago.

## ROS

Patient reports feeling well. He reports no skin symptoms. He reports no respiratory symptoms. He reports no signs of cardiovascular symptoms. He reports no gastrointestinal symptoms. He reports no psychiatric symptoms. He reports Limited range of motion, Extremity weakness, Joint stiffness, Joint pain, and Joint swelling. He reports no signs of neurological symptoms. He reports no hematology symptoms. He reports no genitourinary symptoms.

## Physical Exam

**Constitutional:** General Appearance: healthy-appearing and NAD.

**Psychiatric:** Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Cardiovascular System:** Arterial Pulses Right: posterior tibialis normal. Arterial Pulses Left: posterior tibialis normal. Varicosities Right: no varicosities. Varicosities Left: no varicosities. Edema Right: no edema. Edema Left: no edema.

**Gait and Station:** Appearance: limp and ambulates with no assistive devices.

**Knees:** Inspection Right: no deformity, erythema, warmth, swelling, or ecchymosis; normal axial alignment and patella tracking; and effusion 1; **Well-healed incisions from his prior ACL reconstruction.** Inspection Left: no deformity, erythema, warmth, effusion, swelling, or ecchymosis and normal patella tracking; **Well-healed incisions across the anterior aspect of the knee** Palpation Right: tenderness on palpation and of the lateral joint line. Palpation Left: tenderness of patella, the medial joint line, and the lateral joint line and tenderness on palpation. Active Range of Motion Right: limited, crepitus, flexion (120 deg), extension (10 deg.), and pain at extreme limits of range. Passive Range of Motion Right: limited, flexion (125 deg.), extension (5 deg.), and pain elicited by motion. Stability Right: no subluxation, anterior drawer sign negative, posterior drawer sign negative, Lachman test negative, valgus stress test negative, and varus stress test negative. Special Tests Right: able to perform active straight leg raise and McMurray's test positive. Strength Right: flexion 5/5 and extension 5/5.

**Neurologic:** Coordination: coordination normal. Sensation on the Right: grossly normal in right lower extremity. Sensation on the Left: grossly normal in left lower extremity.

## Assessment / Plan

**1. Pain of right knee joint-**
Mr. Alencar presented today with acute pain and swelling and limited range of motion on his right side. Previously, we have felt that he probably had some meniscal tearing and appeared to have a stable ACL after his prior ACL reconstruction. We had tried to get an MRI that was denied. We went ahead with a cortisone injection this did offer him some level of symptom relief. However, today, when compared to my last exam, he has lost about 10 degrees of flexion and extension. Passively, I cannot get him into full flexion or extension without significant pain. He has an effusion. His knee appears to be ligamentously sound.

I feel that he has a locked knee and internal derangement. This could be secondary to a piece of cartilage, loose body or meniscal tear. I am ordering an MRI to further evaluate his knee. He will use a crutch or cane if necessary. He will continue with his ice and anti-inflammatories. He will follow-up with me after the MRI.

20 minutes were spent in a face-to-face encounter.
M25.561: Pain in right knee
S83.281A: Other tear of lateral meniscus, current injury, right knee, initial encounter
M23.92: Unspecified internal derangement of left knee
- MR, KNEE (C-) RIGHT CPT 73721

Side: RIGHT    Height (ft.): 6 ft 1
in

Weight (lbs): 240

## Return to Office

Patient will return to the office as needed.

## Encounter Sign-Off

Encounter signed-off by ANTHONY J SCHENA, MD, 07/24/2023.

Encounter performed and documented by ANTHONY J SCHENA, MD
Encounter reviewed & signed by ANTHONY J SCHENA, MD on 07/24/2023 at 1:09pm

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket EOSTON-ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

### ALENCAR, Mauro (id #440865, dob: 12/05/1974)

**Encounter Date: 11/14/2022**

**Patient**

| | | | |
|---|---|---|---|
| **Name** | ALENCAR, MAURO (47yo, M) ID# 440865 | **Appt. Date/Time** | 11/14/2022 10:00AM |
| **DOB** | 12/05/1974 | **Service Dept.** | BOS - Chestnut Hill |
| **Provider** | ROBERT KENNEY, PA-C | | |
| **Insurance** | Med Primary: AETNA (POS)<br>Insurance # : W238926005<br>Policy/Group # : 086544401400006<br>PCP : GERMAK, MATTHEW C<br>Referring Provider Name : GERMAK, MATTHEW C<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

### Chief Complaint

low back pain, Follow up to physical therapy

### Patient's Care Team

**Primary Care Provider (Primary Insurance):** GERMAK, MATTHEW C: BIDCO BILH, 372 WASHINGTON ST, WELLESLEY, MA 02481, Ph (781) 474-3110, Fax (781) 431-7500
**Referring Provider (Primary Insurance):** GERMAK, MATTHEW C: BIDCO BILH, 372 WASHINGTON ST, WELLESLEY, MA 02481, Ph (781) 474-3110, Fax (781) 431-7500

### Patient's Pharmacies

**CVS/PHARMACY #1199 (ERX): 647 VFW PKWY, CHESTNUT HILL, MA 02467, Ph (617) 469-5264, Fax (617) 325-9148**

### Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 1 in (185.42 cm)<br>11/14/2022 10:18 am | **Wt:** 240 lbs (108.86 kg)<br>11/14/2022 10:18 am | **BMI:** 31.7 11/14/2022 10:18 am |
| **Pain Scale:** 2 11/14/2022 10:28 am | **Pain Scale Type:** Numeric 11/14/2022 10:19 am | |

### Allergies

Reviewed Allergies

**IODINE:** Facial swelling (Mild)

**SHELLFISH DERIVED**

### Medications

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket POST60 ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

Reviewed Medications

| | | |
|---|---|---|
| **atorvastatin 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 11/14/22 | filled |
| **betamethasone dipropionate 0.05 % topical ointment**<br>APPLY THIN LAYER TO AFFECTED AREAS ON THE FOOT TWICE A DAY X 2 WEEKS PER MONTH | 01/19/22 | filled |
| **betamethasone, augmented 0.05 % topical ointment**<br>APPLY TO AFFECTED AREAS ON RIGHT FOOT TWICE A DAY X 2 WEEKS PER MONTH | 06/22/22 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>RINSE GENTLY 2-3 TIMES PER DAY FOR 30 SECONDS.DO NOT SWALLOW | 02/02/22 | filled |
| **dicyclomine 10 mg capsule**<br>TAKE 1 CAPSULE(S) BY MOUTH THREE TIMES A DAY AS NEEDED FOR AS NEEDED | 01/31/22 | filled |
| **FLUoxetine 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 11/14/22 | filled |
| **FLUoxetine 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 11/14/22 | filled |
| **ibuprofen 600 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 TO 8 HOURS AS NEEDED FOR PAIN | 02/26/22 | filled |
| **ketoconazole 2 % shampoo**<br>APPLY TO SCALP AND FACE ONCE A DAY LEAVE ON FOR A FEW MINS AND RINSE OUT | 01/19/22 | filled |
| **mirtazapine 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | 09/28/22 | filled |
| **tiZANIdine 2 mg tablet**<br>TAKE 1-2 TABS BY MOUTH EVERY 8 HOURS AS NEEDED FOR BACK PAIN | 06/29/22 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 11/14/22 | filled |
| **Vuity 1.25 % eye drops**<br>INSTILL 1 DROP INTO BOTH EYES ONCE A DAY AS DIRECTED | 05/04/22 | filled |

Vaccines

Vaccines not reviewed (last reviewed 08/12/2022)

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/11/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 04/20/21 | | | | | | Pfizer, Inc | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/19/21 | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/04/19 | | | | | | | | | | |

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

### Problems

Reviewed Problems
- Hyperlipidemia - Onset: 11/07/2019
- Obesity - Onset: 11/07/2019
- Body mass index 30+ - obesity - Onset: 11/07/2019
- Depressive disorder - Onset: 11/07/2019
- Insomnia - Onset: 11/07/2019
- Migraine - Onset: 11/07/2019
- Essential hypertension - Onset: 11/07/2019
- Esophagitis - Onset: 11/07/2019
- Gastroesophageal reflux disease - Onset: 11/07/2019
- Gastritis - Onset: 11/07/2019
- Arthropathy of lumbar facet joint - Onset: 11/07/2019
- Degeneration of lumbar intervertebral disc - Onset: 11/07/2019
- Lumbago with sciatica - Onset: 06/29/2022
- Low back pain - Onset: 11/07/2019
- Chronic diarrhea of unknown origin - Onset: 11/07/2019
- Osteoarthritis of right knee joint - Onset: 05/27/2022
- COVID-19 - Onset: 06/13/2022
- Pain of right knee joint - Onset: 10/11/2022

### Family History

Family History not reviewed (last reviewed 10/11/2022)

| Father | - Hypertensive disorder |
|--------|--------------------------|
|        | - Heart disease |
|        | - Leukemia |
| Mother | - Family history of stroke |

### Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional

█████████████████████████████

### Surgical History

Reviewed Surgical History
- Appendectomy - 1996
- Reconstruction of anterior cruciate ligament of knee joint - 1990, 2006
- Vasectomy - 2008

ACI Surgery in left leg

### Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Back Pain: **Y**
Depression: **Y**
Dyslipidemia: **Y**
Headaches/Migraines: **Y**
Hypertension: **Y**
Notes: Insomnia; Esophagitis; Gastritis; Chronic Diarrhea

### HPI

Mauro comes in today for a follow-up to physical therapy regarding his lower back and left leg pain. He was last seen back in August by myself and we tried a Medrol Dosepak as well as some physical therapy. Between these 2 modalities the symptoms have greatly improved to the point where he is very functional and has minimal discomfort. He has occasionally noted some low-grade back pain from time to time but he is otherwise very pleased with his progress. He has been working with Dr. Schena regarding his knees. He did undergo a steroid injection in his right knee which did help significantly, however it was only a temporary relief. They are working on getting his MRI approved.

### ROS

Patient reports Joint pain; **pain fluctuates, pain is the worst when laying down sometimes, has gotten better with PT, pain in low back and mid back.** He reports feeling well. He reports no skin symptoms. He reports no respiratory symptoms. He reports no signs of cardiovascular symptoms. He reports no gastrointestinal symptoms. He reports no psychiatric symptoms. He reports no

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

signs of neurological symptoms. He reports no hematology symtpoms. He reports no genitourinary symptoms.

## Physical Exam

Gen: Alert and oriented.
HEENT: Normocephalic atraumatic. The patient is able to see and hear me.
Neck: No Goiter
Psych: Normal mood. Normal affect.
Respiratory: Non labored breathing.
Skin: No rashes
Gait: walks with a normal gait.
Lumbar spine: normal lumbar posture, pain with ROM.
Neuro: SLR negative Bilateral
Sensation of lower extremities grossly intact.
Right lower extremity strength testing: Psoas 5/5, Quad 5/5, Tibialis Anterior 5/5, Gastrocnemius 5/5, EHL 5/5.
Left lower extremity strength testing: Psoas 5/5, Quad 5/5, Tibialis Anterior 5/5, Gastrocnemius 5/5, EHL 5/5.
Vascular: dorsal pedal pulses 2+ bilateral. No lower extremity edema.
Reflexes:
Right - Hoffman's negative, patella 2/4, achilles 2/4
Left - Hoffman's negative, patella 2/4, achilles 2/4
Pain with ROM of bilateral knees

## Assessment / Plan

**1. Lumbar radiculopathy -**
I am very pleased with his progress and at this point he will follow-up regarding his lumbar spine on as needed basis. He will
continue to follow-up with Dr. Schena regarding his knees. He is in agreement with this plan. All questions answered to his
satisfaction.

Total visit time was 21 minutes in length including face-to-face and non-face-to-face time.
   M54.16: Radiculopathy, lumbar region

## Return to Office
Patient will return to the office as needed.

## Encounter Sign-Off
Encounter signed-off by ROBERT KENNEY, PA-C, 11/14/2022.

Encounter performed and documented by ROBERT KENNEY, PA-C
Encounter reviewed & signed by ROBERT KENNEY, PA-C on 11/14/2022 at 10:45am

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

**ALENCAR, Mauro (id #440865, dob: 12/05/1974)**
Encounter Date: 10/11/2022
Patient

| | | | |
|---|---|---|---|
| **Name** | ALENCAR, MAURO (47yo, M) ID# 440865 | **Appt. Date/Time** | 10/11/2022 02:00PM |
| **DOB** | 12/05/1974 | **Service Dept.** | BOS - Brighton |
| **Provider** | ANTHONY J SCHENA, MD | | |
| **Insurance** | Med Primary: AETNA (POS)<br>Insurance # : W238926005<br>Policy/Group # : 086544401400006<br>PCP : GERMAK, MATTHEW C<br>Prescription: CVS\|CAREMARK - Member is eligible. details | | |

## Chief Complaint

Right knee pain

## Patient's Care Team

**Primary Care Provider (Primary Insurance):** GERMAK, MATTHEW C: BIDCO BILH, 372 WASHINGTON ST, WELLESLEY, MA 02481, Ph (781) 474-3110, Fax (781) 431-7500

## Patient's Pharmacies

**CVS/PHARMACY #1199 (ERX): 647 VFW PKWY, CHESTNUT HILL, MA 02467, Ph (617) 469-5264, Fax (617) 325-9148**

## Vitals

**Ht:** 6 ft 1 in (185.42 cm) 10/11/2022 02:02 pm    **Pain Scale:** 2 10/11/2022 02:03 pm    **Pain Scale Type:** Numeric 10/11/2022 02:02 pm

## Allergies

Reviewed Allergies

**IODINE:** Facial swelling (Mild)

**SHELLFISH DERIVED**

## Medications

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

Reviewed Medications

**atorvastatin 10 mg tablet**                                                      09/15/22    filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**betamethasone dipropionate 0.05 % topical ointment**                             01/19/22    filled
APPLY THIN LAYER TO AFFECTED AREAS ON THE FOOT TWICE A DAY X 2 WEEKS PER
MONTH

**betamethasone, augmented 0.05 % topical ointment**                               06/22/22    filled
APPLY TO AFFECTED AREAS ON RIGHT FOOT TWICE A DAY X 2 WEEKS PER MONTH

**chlorhexidine gluconate 0.12 % mouthwash**                                        02/02/22    filled
RINSE GENTLY 2-3 TIMES PER DAY FOR 30 SECONDS.DO NOT SWALLOW

**dicyclomine 10 mg capsule**                                                       01/31/22    filled
TAKE 1 CAPSULE(S) BY MOUTH THREE TIMES A DAY AS NEEDED FOR AS NEEDED

**FLUoxetine 10 mg tablet**                                                         09/15/22    filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**FLUoxetine 20 mg tablet**                                                         09/15/22    filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**ibuprofen 600 mg tablet**                                                         02/26/22    filled
TAKE 1 TABLET BY MOUTH EVERY 6 TO 8 HOURS AS NEEDED FOR PAIN

**ketoconazole 2 % shampoo**                                                        01/19/22    filled
APPLY TO SCALP AND FACE ONCE A DAY LEAVE ON FOR A FEW MINS AND RINSE OUT

**mirtazapine 15 mg tablet**                                                        09/28/22    filled
TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME

**tiZANidine 2 mg tablet**                                                          06/29/22    filled
TAKE 1-2 TABS BY MOUTH EVERY 8 HOURS AS NEEDED FOR BACK PAIN

**valsartan 80 mg tablet**                                                          09/15/22    filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**Vuity 1.25 % eye drops**                                                          05/04/22    filled
INSTILL 1 DROP INTO BOTH EYES ONCE A DAY AS DIRECTED

Vaccines

Vaccines not reviewed (last reviewed 08/12/2022)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/11/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 04/20/21 | | | | | | Pfizer, Inc | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/19/21 | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/04/19 | | | | | | | | | | |

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

### ALENCAR, Mauro (id #440865, dob: 12/05/1974)

## Problems

Problems not reviewed (last reviewed 08/31/2022)
- Hyperlipidemia - Onset: 11/07/2019
- Obesity - Onset: 11/07/2019
- Body mass index 30+ - obesity - Onset: 11/07/2019
- Depressive disorder - Onset: 11/07/2019
- Insomnia - Onset: 11/07/2019
- Migraine - Onset: 11/07/2019
- Essential hypertension - Onset: 11/07/2019
- Esophagitis - Onset: 11/07/2019
- Gastroesophageal reflux disease - Onset: 11/07/2019
- Gastritis - Onset: 11/07/2019
- Arthropathy of lumbar facet joint - Onset: 11/07/2019
- Degeneration of lumbar intervertebral disc - Onset: 11/07/2019
- Lumbago with sciatica - Onset: 06/29/2022
- Low back pain - Onset: 11/07/2019
- Chronic diarrhea of unknown origin - Onset: 11/07/2019
- Osteoarthritis of right knee joint - Onset: 05/27/2022
- COVID-19 - Onset: 06/13/2022
- Pain of right knee joint - Onset: 10/11/2022

## Family History

Reviewed Family History

| | |
|---|---|
| Father | - Hypertensive disorder |
| | - Heart disease |
| | - Leukemia |
| Mother | - Family history of stroke |

## Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional

## Surgical History

Reviewed Surgical History
- Appendectomy - 1996
- Reconstruction of anterior cruciate ligament of knee joint - 1990, 2006
- Vasectomy - 2008

ACI Surgery in left leg

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Back Pain: **Y**
Depression: **Y**
Dyslipidemia: **Y**
Headaches/Migraines: **Y**
Hypertension: **Y**
Notes: Insomnia; Esophagitis; Gastritis; Chronic Diarrhea

## HPI

Mr. Alencar returned to the office today to follow-up on his right knee. Unfortunately, his insurance would not approve the MRI. He continues to have significant pain in his right knee. Ultimately, due to failure to get the MRI approved, he decided come in today to discuss a cortisone injection. Currently, his knee pain is a 2 out of 10. However, does go up to a 5-6 out of 10 with certain activities.

## ROS

Patient reports feeling well. He reports no skin symptoms. He reports no respiratory symptoms. He reports no signs of cardiovascular symptoms. He reports no gastrointestinal symptoms. He reports no psychiatric symptoms. He reports Joint pain. He reports no signs of neurological symptoms. He reports no hematology symtpoms. He reports no genitourinary symptoms.

## Physical Exam

**Constitutional:** General Appearance: healthy-appearing and NAD.

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket EQSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

**Psychiatric:** Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Cardiovascular System:** Arterial Pulses Right: posterior tibialis normal. Arterial Pulses Left: posterior tibialis normal. Varicosities Right: no varicosities. Varicosities Left: no varicosities. Edema Right: no edema. Edema Left: no edema.

**Gait and Station:** Appearance: normal gait and ambulates with no assistive devices.

**Knees:** Inspection Right: no deformity, erythema, warmth, effusion, swelling, or ecchymosis and normal axial alignment and patella tracking; **Well-healed incisions from his prior ACL reconstruction.** Inspection Left: no deformity, erythema, warmth, effusion, swelling, or ecchymosis and normal patella tracking; **Well-healed incisions across the anterior aspect of the knee** Palpation Right: tenderness of the medial joint line and the lateral joint line and tenderness on palpation. Palpation Left: tenderness of patella, the medial joint line, and the lateral joint line and tenderness on palpation. Active Range of Motion Right: crepitus, extension 0°, and flexion (120 deg). Active Range of Motion Left: crepitus, flexion 130°, and extension 0°. Stability Right: no subluxation, anterior drawer sign negative, posterior drawer sign negative, Lachman test negative, valgus stress test negative, and varus stress test negative. Stability Left: no subluxation, anterior drawer sign negative, Lachman test negative, varus stress test negative, and valgus stress test negative. Special Tests Right: able to perform active straight leg raise and McMurray's test positive. Special Tests Left: McMurray's test negative and able to perform active straight leg raise. Strength Right: flexion 5/5 and extension 5/5. Strength Left: flexion 5/5 and extension 5/5.

**Neurologic:** Coordination: coordination normal. Sensation on the Right: grossly normal in right lower extremity. Sensation on the Left: grossly normal in left lower extremity.

## Procedure Documentation

**CML Knee injection (right/left):**
After discussion of the risks and benefits, the patient has elected to proceed with a cortisone to the right knee.

The right knee was prepped with alcohol and betadine. Topical anesthesia was achieved with ethyl chloride. The needle was inserted into the joint with a(n) anterolateral approach. 2 cc(s) of kenalog 40mg and 2 cc lidocaine was administered aseptically. This was completed without complication. A sterile bandage was applied.

The patient tolerated the procedure well. The patient was instructed to avoid strenuous activity for the next 24-48 hours and to use ice, NSAIDs, or Tylenol for pain as needed. The patient will call immediately with any signs of infection.

## Assessment / Plan

**1. Pain of right knee joint-**
Mr. Alencar has continued to have pain in his right knee secondary to degenerative meniscus tear and some early degenerative changes in the joint. Unfortunately, we are unable to get his MRI approved. Because of his knee pain he came in today to see what his other options were. After reviewing his we elected to go ahead with a cortisone injection. Based on today's chief complaint, ROS, history and exam and medical decision making it was decided to perform an injection to the right knee. He tolerated the injection well. He understands will take 3 to 5 days to have a full effect. He will follow-up with me as needed will call with any questions. If his symptoms persist despite cortisone injection we will resubmit for the MRI.

50 minutes were spent in the face-to-face encounter
M25.561: Pain in right knee
S83.241A: Other tear of medial meniscus, current injury, right knee, initial encounter
M25.562: Pain in left knee
M17.12: Unilateral primary osteoarthritis, left knee

## Return to Office
- ROBERT KENNEY, PA-C for FOLLOW UP 15 at BOS - Chestnut Hill on 11/14/2022 at 10:00 AM

## Encounter Sign-Off
Encounter signed-off by ANTHONY J SCHENA, MD, 10/11/2022.

Encounter performed and documented by ANTHONY J SCHENA, MD
Encounter reviewed & signed by ANTHONY J SCHENA, MD on 10/11/2022 at 2:21pm

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
DocketBOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

### ALENCAR, Mauro (id #440865, dob: 12/05/1974)
**Encounter Date: 08/31/2022**

#### Patient

| | | | |
|---|---|---|---|
| **Name** | ALENCAR, MAURO (47yo, M) ID# 440865 | **Appt. Date/Time** | 08/31/2022 02:15PM |
| **DOB** | 12/05/1974 | **Service Dept.** | BOS - Brighton |
| **Provider** | ANTHONY J SCHENA, MD | | |
| **Insurance** | Med Primary: AETNA (POS) | | |

Med Primary: AETNA (POS)
Insurance # : W238926005
Policy/Group # : 086544401400006
PCP : GERMAK, MATTHEW C
Prescription: CVS|CAREMARK - Member is eligible. details

#### Chief Complaint

Bilateral knee pain

#### Patient's Care Team

**Primary Care Provider (Primary Insurance):** GERMAK, MATTHEW C: BIDCO BILH, 372 WASHINGTON ST, WELLESLEY, MA 02481, Ph (781) 474-3110, Fax (781) 431-7500

#### Patient's Pharmacies

**CVS/PHARMACY #1199 (ERX): 647 VFW PKWY, CHESTNUT HILL, MA 02467, Ph (617) 469-5264, Fax (617) 325-9148**

#### Vitals

|  |  |  |
|---|---|---|
| **Ht:** 6 ft 1 in Stated (185.42 cm) 08/31/2022 02:51 pm | **Wt:** 240 lbs Stated (108.86 kg) 08/31/2022 02:51 pm | **BMI:** 31.7 08/31/2022 02:51 pm |
| **Pain Scale:** 8 08/31/2022 02:55 pm | **T:** 97 F° temporal artery (36.11 C) 08/31/2022 02:51 pm | **Pain Scale Type:** Numeric 08/31/2022 02:51 pm |

#### Allergies

Reviewed Allergies

**IODINE:** Facial swelling (Mild)

**SHELLFISH DERIVED**

#### Medications

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

### Reviewed Medications

**atorvastatin 10 mg tablet**                                                      08/16/22   filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**betamethasone dipropionate 0.05 % topical ointment**                             01/19/22   filled
APPLY THIN LAYER TO AFFECTED AREAS ON THE FOOT TWICE A DAY X 2 WEEKS PER
MONTH

**betamethasone, augmented 0.05 % topical ointment**                               06/22/22   filled
APPLY TO AFFECTED AREAS ON RIGHT FOOT TWICE A DAY X 2 WEEKS PER MONTH

**chlorhexidine gluconate 0.12 % mouthwash**                                        02/02/22   filled
RINSE GENTLY 2-3 TIMES PER DAY FOR 30 SECONDS.DO NOT SWALLOW

**dicyclomine 10 mg capsule**                                                       01/31/22   filled
TAKE 1 CAPSULE(S) BY MOUTH THREE TIMES A DAY AS NEEDED FOR AS NEEDED

**FLUoxetine 10 mg tablet**                                                         08/16/22   filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**FLUoxetine 20 mg tablet**                                                         08/16/22   filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**ibuprofen 600 mg tablet**                                                         02/26/22   filled
TAKE 1 TABLET BY MOUTH EVERY 6 TO 8 HOURS AS NEEDED FOR PAIN

**ketoconazole 2 % shampoo**                                                        01/19/22   filled
APPLY TO SCALP AND FACE ONCE A DAY LEAVE ON FOR A FEW MINS AND RINSE OUT

**mirtazapine 15 mg tablet**                                                        06/01/22   filled
TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME

**tiZANidine 2 mg tablet**                                                          06/29/22   filled
TAKE 1-2 TABS BY MOUTH EVERY 8 HOURS AS NEEDED FOR BACK PAIN

**valsartan 80 mg tablet**                                                          08/16/22   filled
TAKE 1 TABLET BY MOUTH EVERY DAY

**Vuity 1.25 % eye drops**                                                          05/04/22   filled
INSTILL 1 DROP INTO BOTH EYES ONCE A DAY AS DIRECTED

### Vaccines

Vaccines not reviewed (last reviewed 08/12/2022)

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/11/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 04/20/21 | | | | | | Pfizer, Inc | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/19/21 | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/04/19 | | | | | | | | | | |

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

### ALENCAR, Mauro (id #440865, dob: 12/05/1974)

## Problems

Reviewed Problems
- Hyperlipidemia - Onset: 11/07/2019
- Obesity - Onset: 11/07/2019
- Body mass index 30+ - obesity - Onset: 11/07/2019
- Depressive disorder - Onset: 11/07/2019
- Insomnia - Onset: 11/07/2019
- Migraine - Onset: 11/07/2019
- Essential hypertension - Onset: 11/07/2019
- Esophagitis - Onset: 11/07/2019
- Gastroesophageal reflux disease - Onset: 11/07/2019
- Gastritis - Onset: 11/07/2019
- Arthropathy of lumbar facet joint - Onset: 11/07/2019
- Degeneration of lumbar intervertebral disc - Onset: 11/07/2019
- Lumbago with sciatica - Onset: 06/29/2022
- Low back pain - Onset: 11/07/2019
- Chronic diarrhea of unknown origin - Onset: 11/07/2019
- Osteoarthritis of right knee joint - Onset: 05/27/2022
- COVID-19 - Onset: 06/13/2022

## Family History

Family History not reviewed (last reviewed 08/12/2022)

| Father | - Hypertensive disorder |
| | - Heart disease |
| | - Leukemia |
| Mother | - Family history of stroke |

## Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
Has tobacco cessation counseling been provided?: No
What is your level of alcohol consumption?: Occasional

████████████████████████████

## Surgical History

Reviewed Surgical History
- Appendectomy - 1996
- Reconstruction of anterior cruciate ligament of knee joint - 1990, 2006
- Vasectomy - 2008

ACI Surgery in left leg

## Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Back Pain: **Y**
Depression: **Y**
Dyslipidemia: **Y**
Headaches/Migraines: **Y**
Hypertension: **Y**
Notes: Insomnia; Esophagitis; Gastritis; Chronic Diarrhea

## HPI

Mr. Alencar is a pleasant, 47-year-old gentleman came to the office today for evaluation. He has had a long history with both of his knees. In 1999 he had a left ACL reconstruction. Then, he had an ACI procedure in 2013 which was followed by 5 manipulations and finally the injection of a rheumatologic drug and that helped to calm down his knee pain and stiffness. In 2018 he had stem cells to both knees. He also underwent a right ACL reconstruction in 2006. This time, both knees give him problems. His right knee has a catching and locking type problem that does limit his activities of daily living. This is been going on for the past several months. He does not recall any specific trauma or injury that triggered the onset of those symptoms. As far as his left knee is concerned, he has aching pain in his knee. Overall, his knee seems to function pretty well except that it hurts. He rates his discomfort as a 8 out of 10. Over the course of the past several years, aside from the stem cell injections, he is also had PRP injections to both knees and has had a couple cortisone injections. He does feel that the cortisone injections helped. The stem cells in the PRP did not offer him any symptom relief.

## ROS

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

Patient reports Limited range of motion, Extremity weakness, Joint stiffness, and Joint pain, **right knee locking, pain when walking/standing**. He reports feeling well. He reports no skin symptoms. He reports no respiratory symptoms. He reports no signs of cardiovascular symptoms. He reports no gastrointestinal symptoms. He reports no psychiatric symptoms. He reports Pins and needles. He reports no hematology symtpoms. He reports no genitourinary symptoms.

## Physical Exam

**Constitutional:** General Appearance: healthy-appearing and NAD.

**Psychiatric:** Orientation: oriented to time, place, and person. Mood and Affect: normal mood and affect and active and alert.

**Cardiovascular System:** Arterial Pulses Right: posterior tibialis normal. Arterial Pulses Left: posterior tibialis normal. Varicosities Right: no varicosities. Varicosities Left: no varicosities. Edema Right: no edema. Edema Left: no edema.

**Gait and Station:** Appearance: normal gait and ambulates with no assistive devices.

**Knees:** Inspection Right: no deformity, erythema, warmth, effusion, swelling, or ecchymosis and normal axial alignment and patella tracking; **Well-healed incisions from his prior ACL reconstruction.** Inspection Left: no deformity, erythema, warmth, effusion, swelling, or ecchymosis and normal patella tracking; **Well-healed incisions across the anterior aspect of the knee** Palpation Right: tenderness of the medial joint line and the lateral joint line and tenderness on palpation. Palpation Left: tenderness of patella, the medial joint line, and the lateral joint line and tenderness on palpation. Active Range of Motion Right: crepitus, extension 0°, and flexion (120 deg). Active Range of Motion Left: crepitus, flexion 130°, and extension 0°. Stability Right: no subluxation, anterior drawer sign negative, posterior drawer sign negative, Lachman test negative, valgus stress test negative, and varus stress test negative. Stability Left: no subluxation, anterior drawer sign negative, Lachman test negative, varus stress test negative, and valgus stress test negative. Special Tests Right: able to perform active straight leg raise and McMurray's test positive. Special Tests Left: McMurray's test negative and able to perform active straight leg raise. Strength Right: flexion 5/5 and extension 5/5. Strength Left: flexion 5/5 and extension 5/5.

**Neurologic:** Coordination: coordination normal. Sensation on the Right: grossly normal in right lower extremity. Sensation on the Left: grossly normal in left lower extremity.

## Assessment / Plan

**1. Pain of right knee joint-**
Mr. Alencar has had a significant history regarding his left knee and some prior history regarding his right knee. This was outlined in the history of present illness. Today, his knees actually have pretty good range of motion. He has some diffuse discomfort palpation around the left knee. He has relatively specific discomfort along the medial aspect of his right knee. He also has a positive McMurray's test on the right side.

His x-rays show postsurgical changes consistent with ACL reconstructions in both knees. He has some mild degenerative change on the right side. He has more advanced degenerative changes on the left side.
Mauro has been dealing with issues with both of his knees for some time. Ultimately, his left knee is going to most likely require a knee replacement surgery. We may want to consider viscosupplementation or a longer acting cortisone for the time being until we get to a point that we can no longer help control his knee pain. At this time, his right knee is a bit more of a problem for him. He appears to have a meniscus tear. His joint is much healthier and we did discuss the possibility pursuing a knee arthroscopy for his ongoing symptoms. He would like to have his knee further evaluated so that he can figure out if he would like to go ahead with the arthroscopy. Therefore, going to order an MRI of his knee. He will follow-up with me after the MRI to discuss the findings and treatment options

30 minutes were spent reviewing his history, his current exam, and his imaging.
    M25.561: Pain in right knee
    S83.241A: Other tear of medial meniscus, current injury, right knee, initial encounter
    M25.562: Pain in left knee
    M17.12: Unilateral primary osteoarthritis, left knee
- XR, KNEE, 3 VIEW

Ordering provider to read?: N    Possibility of Pregnancy?: N

Provide films to patient: N    Shielded?: Y

Side: BILATERAL    Views (X-RAY, KNEE): AP, Lateral and Sunrise

Weighted/Unweighted: Weighted
- MR, KNEE (C-) RIGHT CPT 73721

Side: RIGHT    Height (ft.): 6 ft 1 in

Weight (lbs): 240

XR, KNEE, 3 VIEW
- Ordering provider to read?: N, Possibility of Pregnancy?: N, Provide films to patient: N, Shielded?: Y, Side: BILATERAL, Views (X-RAY, KNEE): AP, Lateral and Sunrise, Weighted/Unweighted: Weighted

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

### ALENCAR, Mauro (id #440865, dob: 12/05/1974)

Review of xr, knee, 3 view taken on 08/31/2022 at BOS - Brighton shows:
    Knee:
        Side: Bilateral.
        Views: Standing AP, Lateral, And Sunrise Views.
        Statement: I personally ordered and reviewed x-rays of the knee.
        General Radiographic Findings: Grade 1 in early grade 2 Kellgren-Lawrence changes along the medial and lateral
        compartments and the patellofemoral joint. No signs of acute fracture or dislocation. Joint spaces are well-maintained.

Return to Office
    • ROBERT KENNEY, PA-C for FOLLOW UP 15 at BOS - Chestnut Hill on 10/11/2022 at 01:00 PM

### Encounter Sign-Off

Encounter signed-off by ANTHONY J SCHENA, MD, 08/31/2022.

Encounter performed and documented by ANTHONY J SCHENA, MD
Encounter reviewed & signed by ANTHONY J SCHENA, MD on 08/31/2022 at 9:30pm

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

**Encounter Date: 08/12/2022**

### Patient

| | | | |
|---|---|---|---|
| **Name** | ALENCAR, MAURO (47yo, M) ID# 440865 | **Appt. Date/Time** | 08/12/2022 10:00AM |
| **DOB** | 12/05/1974 | **Service Dept.** | BOS - Chestnut Hill |
| **Provider** | ROBERT KENNEY, PA-C | | |
| **Insurance** | Med Primary: AETNA (POS) Insurance # : W238926005 Policy/Group # : 086544401400006 PCP : GERMAK, MATTHEW C Prescription: CVS\|CAREMARK - Member is eligible. details | | |

### Chief Complaint

low back pain

### Patient's Care Team

**Primary Care Provider (Primary Insurance):** GERMAK, MATTHEW C: BIDCO BILH, 245 CHAPMAN ST STE 300, PROVIDENCE, RI 02905-4539, Ph 401-444-4741, Fax 401-444-4445

### Patient's Pharmacies

**CVS/PHARMACY #1199 (ERX): 647 VFW PKWY, CHESTNUT HILL, MA 02467, Ph (617) 469-5264, Fax (617) 325-9148**

### Vitals

08/12/2022 10:06 am

| | | |
|---|---|---|
| **Ht:** 6 ft 1 in Stated (185.42 cm) | **Wt:** 240 lbs Stated Out of Range (108.86 kg) | **BMI:** 31.7 |
| **Pain Scale:** 9 | **Pain Scale Type:** Numeric | |

### Allergies

Reviewed Allergies

**IODINE:** Facial swelling (Mild)

**SHELLFISH DERIVED**

### Medications

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket POSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

Reviewed Medications

| | | |
|---|---|---|
| **atorvastatin 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 07/17/22 | filled |
| **betamethasone dipropionate 0.05 % topical ointment**<br>APPLY THIN LAYER TO AFFECTED AREAS ON THE FOOT TWICE A DAY X 2 WEEKS PER MONTH | 01/19/22 | filled |
| **betamethasone, augmented 0.05 % topical ointment**<br>APPLY TO AFFECTED AREAS ON RIGHT FOOT TWICE A DAY X 2 WEEKS PER MONTH | 06/22/22 | filled |
| **chlorhexidine gluconate 0.12 % mouthwash**<br>RINSE GENTLY 2-3 TIMES PER DAY FOR 30 SECONDS.DO NOT SWALLOW | 02/02/22 | filled |
| **dicyclomine 10 mg capsule**<br>TAKE 1 CAPSULE(S) BY MOUTH THREE TIMES A DAY AS NEEDED FOR AS NEEDED | 01/31/22 | filled |
| **FLUoxetine 10 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 07/17/22 | filled |
| **FLUoxetine 20 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 07/17/22 | filled |
| **ibuprofen 600 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 TO 8 HOURS AS NEEDED FOR PAIN | 02/26/22 | filled |
| **ketoconazole 2 % shampoo**<br>APPLY TO SCALP AND FACE ONCE A DAY LEAVE ON FOR A FEW MINS AND RINSE OUT | 01/19/22 | filled |
| **lidocaine 5 % topical patch**<br>APPLY 1 PATCH BY TOPICAL ROUTE ONCE DAILY (MAY WEAR UP TO 12HOURS.) | 06/29/22 | filled |
| **Medrol (Pak) 4 mg tablets in a dose pack**<br>Take 1 dose pk(s) by oral route as directed. | 08/12/22 | prescribed |
| **mirtazapine 15 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERYDAY AT BEDTIME | 06/01/22 | filled |
| **Paxlovid 300 mg (150 mg x 2)-100 mg tablets in a dose pack (EUA)**<br>TAKE 1 DOSE PK EVERY 12 HOURS BY ORAL ROUTE FOR 5 DAYS. | 06/13/22 | filled |
| **tiZANidine 2 mg tablet**<br>TAKE 1-2 TABS BY MOUTH EVERY 8 HOURS AS NEEDED FOR BACK PAIN | 06/29/22 | filled |
| **valsartan 80 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 07/17/22 | filled |
| **Vuity 1.25 % eye drops**<br>INSTILL 1 DROP INTO BOTH EYES ONCE A DAY AS DIRECTED | 05/04/22 | filled |

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docketed: BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

### Vaccines

| Vaccine Type | Date | Amt. | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS Date | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **COVID-19** | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/11/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 04/20/21 | | | | | | Pfizer, Inc | | | | |
| **Influenza** | | | | | | | | | | | |
| Influenza, injectable, quadrivalent | 10/19/21 | | | | | | | | | | |
| Influenza, injectable, quadrivalent | 10/04/19 | | | | | | | | | | |

### Problems

Reviewed Problems
- Hyperlipidemia - Onset: 11/07/2019
- Obesity - Onset: 11/07/2019
- Body mass index 30+ - obesity - Onset: 11/07/2019
- Depressive disorder - Onset: 11/07/2019
- Insomnia - Onset: 11/07/2019
- Migraine - Onset: 11/07/2019
- Essential hypertension - Onset: 11/07/2019
- Esophagitis - Onset: 11/07/2019
- Gastroesophageal reflux disease - Onset: 11/07/2019
- Gastritis - Onset: 11/07/2019
- Arthropathy of lumbar facet joint - Onset: 11/07/2019
- Degeneration of lumbar intervertebral disc - Onset: 11/07/2019
- Lumbago with sciatica - Onset: 06/29/2022
- Low back pain - Onset: 11/07/2019
- Chronic diarrhea of unknown origin - Onset: 11/07/2019
- Osteoarthritis of right knee joint - Onset: 05/27/2022
- COVID-19 - Onset: 06/13/2022

### Family History

| Reviewed Family History | |
|---|---|
| Father | - Hypertensive disorder |
| | - Heart disease |
| | - Leukemia |
| Mother | - Family history of stroke |

### Social History

Reviewed Social History
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
Has tobacco cessation counseling been provided?: No

### Surgical History

Reviewed Surgical History
- Appendectomy - 1996
- Reconstruction of anterior cruciate ligament of knee joint - 1990, 2006
- Vasectomy - 2008

### Past Medical History

Reviewed Past Medical History
Acid Reflux (GERD): **Y**
Back Pain: **Y**
Depression: **Y**
Dyslipidemia: **Y**
Headaches/Migraines: **Y**
Hypertension: **Y**
Notes: Insomnia; Esophagitis; Gastritis; Chronic Diarrhea

### HPI

Mauro comes in today for the evaluation of his lower back pain, buttock pain, and left thigh pain. He notes the symptoms began shortly after he had COVID in mid June. He has had a history of on and off lower back discomfort, however at that time he had the onset of severe searing pain in his left buttock and left thigh. He noted the pain was a 9 out of 10 on the pain scale. It was

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

consistently there every day and was made worse with coughing and sneezing, bending forward to brush his teeth, as well as standing and walking any length. He did have some numbness and tingling into his left thigh as well. The majority of his pain is in his lower back. It is lessened a bit over the last number of weeks. He has been taking anti-inflammatories and modify his activities. At this point his pain is down to a moderate ache across his lower back and left buttock and occasionally into his left leg. He has not had any updated imaging at this point. He also notes that he has a history of knee problems over the years. He was told that he will likely be in need of some knee replacements soon.

## ROS

Neurological: **pain radiates into L buttock and lateral L leg** Patient reports feeling well. He reports no skin symptoms. He reports no respiratory symptoms. He reports no signs of cardiovascular symptoms. He reports no gastrointestinal symptoms. He reports no psychiatric symptoms. He reports Limited range of motion and Joint pain (L lower back; L mid back). He reports no hematology symtpoms. He reports no genitourinary symptoms.

## Physical Exam

Gen: Alert and oriented.
HEENT: Normocephalic atraumatic. The patient is able to see and hear me.
Neck: No Goiter
Psych: Normal mood. Normal affect.
Respiratory: Non labored breathing.
Skin: No rashes
Gait: walks with a normal gait.
Lumbar spine: normal lumbar posture, pain with ROM.
Neuro: SLR negative Bilateral
Sensation of lower extremities grossly intact.
Right lower extremity strength testing: Psoas 5/5, Quad 5/5, Tibialis Anterior 5/5, Gastrocnemius 5/5, EHL 5/5.
Left lower extremity strength testing: Psoas 5/5, Quad 5/5, Tibialis Anterior 5/5, Gastrocnemius 5/5, EHL 5/5.
Vascular: dorsal pedal pulses 2+ bilateral. No lower extremity edema.
Reflexes:
Right - Hoffman's negative, patella 2/4, achilles 2/4
Left - Hoffman's negative, patella 2/4, achilles 2/4
Pain with ROM of bilateral knees

## Assessment / Plan

**1. Lumbar radiculopathy -**
We had a nice discussion today regarding his symptoms and treatment options available. I have given him a Medrol dose pack to see if this can help with his radicular symptoms. I have also recommended that he undergo some physical therapy. He will follow-up after the physical therapy to see where he is at in terms of the pain. If he fails to get adequate relief with this plan, the neck step would be to have him undergo an MRI. In regard to his bilateral knee pain, I have referred him to Dr. Anthony Schena to have this further evaluated. He expressed satisfaction. All questions answered to his satisfaction.

Total visit time was 35 minutes in length including face-to-face and non-face-to-face time.
M54.16: Radiculopathy, lumbar region
- PHYSICAL THERAPIST REFERRAL -    Schedule Within: provider's discretion

Evaluate & Treat: Evaluate and Treat          Visits per Week: 2

Number of Weeks: 8                            Exercises: spine stabilization, core strengthening

Back Pain Treatment?: Y                        Core Strengthening?: Y

Gait Training: Y                               Lower Extremity Stretching Program?: Y

Manual Therapy: manual stretches, ITB stretches    Massage to: myofascial release

Other: home exercise program                  Goals: strength, flexibilty, and functional ROM - back, buttock, hips, abs, LE

Reason for Referral: left back, buttock, and thigh pain

- Medrol (Pak) 4 mg tablets in a dose pack - Take 1 dose pk(s) by oral route as directed.    Qty: 1 dose-pack(s) of 21    Refills: 0    Pharmacy: CVS/PHARMACY #1199

## Return to Office
- ANTHONY J SCHENA, MD for OP/NP at BOS - Brighton on 08/31/2022 at 02:15 PM
- ROBERT KENNEY, PA-C for FOLLOW UP 15 at BOS - Chestnut Hill on 10/11/2022 at 01:00 PM

## Encounter Sign-Off
Encounter signed-off by ROBERT KENNEY, PA-C, 08/14/2022.

Encounter performed and documented by ROBERT KENNEY, PA-C
Encounter reviewed & signed by ROBERT KENNEY, PA-C on 08/14/2022 at 9:17pm

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

ALENCAR, Mauro (id #440865, dob: 12/05/1974)

## Imaging Results

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (Id #440865, dob: 12/05/1974)

### XR, KNEE, 3 VIEW (#3197238, 08/22/2023 12:00am)

08/22/2023 1:45:59 PM -0400                                        PAGE 1    OF 2

**NEW ENGLAND BAPTIST HOSPITAL**
125 Parker Hill Ave
Boston, MA 02120
617-754-5800

Name:  ALENCAR, MAURO
MRN:  000001163930
Acct #: 000006623485
DOB:  12/05/1974  Sex: M
Ordering Dr: SCHENA, ANTHONY MD
Exam Date: 08/22/2023

\*\*\*Final Report\*\*\*

EXAM#: 2923991

PROCEDURE: ROB 0122 XR LEG2+ JOINTS SURVEY 3FT   Aug 22 2023 1:41PM

CLINICAL INDICATION:  RIGHT KNEE OSTEOARTHRITIS

Degenerative changes are present in the right knee with narrowing of the medial joint compartment space, cortical irregularity of the articular surfaces of the medial and lateral joint compartments, and degenerative changes of the patellofemoral joint. In the left knee, there are postsurgical changes present from a medial reconstruction procedure as well as a tibial tubercle osteotomy. Degenerative changes are present in the left knee with cortical irregularity of the articular surfaces of the medial and lateral joint compartments. The hip and the ankle joints are unremarkable.

NUMBER OF IMAGES: 5

Reported by : OWEN MADDOX M.D. On: Aug 22 2023  1:43P
Signed by: MADDOX M.D., OWEN On: Aug 22 2023  1:43P

Distribution:
                        Attending Doctor: ANTHONY SCHENA
                        Alternate Doctor: ANTHONY SCHENA
                        PCP Doctor:

Imaging Service Consultation
Name: ALENCAR, MAURO                    Acct #: 000006623485        MR#:000001163930

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number: BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

**ALENCAR, Mauro (id #440865, dob: 12/05/1974)**

08/22/2023 1:45:59 PM -0400                                    PAGE 2    OF 2

**NEW ENGLAND BAPTIST HOSPITAL**
125 Parker Hill Ave
Boston, MA 02120                          Name:  ALENCAR, MAURO
617-754-5800                              MRN:    000001163930
                                          Acct #: 000006623485
                                          DOB:    12/05/1974  Sex: M
                                          Ordering Dr: SCHENA, ANTHONY MD
                                          Exam Date: 08/22/2023

***Final Report***

EXAM#: 2923992

PROCEDURE: ROB 0111 XR KNEE RIGHT 3 VIEWS  Aug 22 2023 1:41PM

CLINICAL INDICATION:  RIGHT KNEE OSTEOARTHRITIS

Degenerative changes are present in the right knee with narrowing of the medial joint compartment space,
cortical irregularity of the articular surfaces of the medial and lateral joint compartments, and degenerative
changes of the patellofemoral joint. In the left knee, there are postsurgical changes present from a medial
reconstruction procedure as well as a tibial tubercle osteotomy. Degenerative changes are present in the
left knee with cortical irregularity of the articular surfaces of the medial and lateral joint compartments. The
hip and the ankle joints are unremarkable.

NUMBER OF IMAGES: 3

Reported by : OWEN MADDOX M.D. On: Aug 22 2023 1:43P
Signed by: MADDOX M.D., OWEN On: Aug 22 2023 1:43P

Distribution:
                    Attending Doctor: ANTHONY SCHENA
                    Alternate Doctor: ANTHONY SCHENA
                    PCP Doctor:

Imaging Service Consultation
Name: ALENCAR, MAURO              Acct #: 000006623485        MR#:000001163930

MR KNEE (C-) RIGHT CPT 73721 (#3163401 Final 07/28/2023 6:40pm)

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number
BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

Shields MRI - Wellesley

Accession Number: 101123736

Patient Name: Alencar, Mauro
Medical Record Number: 6421078

Date of Birth: 12-05-1974

Date of Exam: 07-28-2023

Referring Physician: Schena, Anthony
    Boston Orthopaedic and Spine
    840 Winter Street
    Waltham, MA 02451

Exam: MR Knee (C-) CPT 73721 - Right

Room Description: Wells Siem Espr 1.5

HISTORY: 48-year-old male with chronic right knee pain recently
progressed over the past 18 months. Persistent moderate-severe right
knee pain and limited weightbearing. Prior history of ACL
reconstruction 2006.

TECHNIQUE: Multiplanar, multisequence MR imaging of the right knee was
performed using standard departmental protocol.

COMPARISON: None.

FINDINGS:

CRUCIATE AND COLLATERAL LIGAMENTS:  ACL reconstruction postsurgical
changes with femoral and tibial anchors. There is slight ill
definition of the ACL graft. There are intact ACL graft fibers
traversing the intercondylar region without evidence of roof
impingement, tunnel nonisometry or cyclops lesion. There are marginal
hypertrophic changes of the posterolateral and medial walls of the
femoral-tibial tunnel with mild impingement of the ACL graft and PCL.
There is slight laxity of an intact PCL. Correlation with clinical
assessment of ACL functional integrity and range of motion is
recommended.

The collateral ligament complexes are intact.

MEDIAL COMPARTMENT: Foci of grade II-III chondromalacia of the medial
femoral condyle weightbearing convexity. Moderate marginal
hypertrophic changes of the medial joint line. There are mild surface
fibrillary changes of the posterior horn medial meniscus which may
represent degenerative and/or post meniscectomy changes which should
be correlated with the precise nature and extent of prior arthroscopic
reconstruction. No displaced medial meniscal free edge flap tear or
peripheral detachment is seen.

LATERAL COMPARTMENT: There are foci of grade III-IV chondromalacia and
degenerative changes narrowing the lateral compartment. There are
marked marginal hypertrophic changes of the lateral joint line. There
is attenuation and truncation of the posterior horn lateral meniscus
extending to the free edge at the junction of the anterior and
posterior horns consistent with sequela of chronic meniscal tear and
or de novo tear of the lateral meniscus which should be correlated
with the nature and extent of prior arthroscopic procedure. There is a
small posterior horn lateral meniscal remnant.

PATELLOFEMORAL COMPARTMENT: Foci of grade II-III chondromalacia of the
central patella and lateral facet. Advanced marginal hypertrophic
changes of the medial and lateral patellofemoral joint lines. The
patellar and quadriceps tendons are intact.

There is a small effusion with multiple scattered intra-articular
osteochondral loose bodies measuring up to 4 mm in the lateral

BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

**ALENCAR, Mauro (id #440865, dob: 12/05/1974)**
suprapatellar pouch. There is a larger cluster of intra-articular
loose bodies measuring up to 9 x 12 mm in the popliteal tendon sheath,
just below the posterolateral joint line (sagittal series 6 image 13).

IMPRESSION:

1. ACL reconstruction postsurgical changes with slight ill definition
of graft fibers at their femoral insertion. Otherwise intact ACL graft
fibers traversing the intercondylar region. There are intercondylar
hypertrophic changes of the medial and lateral sidewalls of the
femoral-tibial tunnel with mild impingement of the ACL graft and PCL.
Slight laxity of an intact PCL. These findings should be correlated
with clinical assessment of cruciate ligament functional integrity and
range of motion. Intact collateral ligament complexes.

2. Tricompartmental degenerative changes as detailed above
predominantly involving the lateral femoral-tibial compartment.

3. Attenuation and truncation of the lateral meniscal free edge and
posterior horn likely reflecting sequela of meniscectomy or chronic de
novo degenerative tear. Of the lateral meniscus.

4. Attenuation and truncation of the posterior horn medial meniscus
likely reflecting sequela of meniscectomy or chronic de novo
degenerative tear. No displaced free edge flap or peripheral
detachment.

5. Small effusion. Intra-articular loose bodies in the lateral
patellar pouch. Larger intra-articular loose bodies in the popliteal
tendon sheath measuring up to 9 x 12 mm.
Electronically Signed By: Daniel Silverstone MD

## XR, KNEE, 3 VIEW (#2656277, 08/31/2022)

| Interpretation | Review of xr, knee, 3 view taken on 08/31/2022 at BOS - Brighton shows: |
|---|---|
| | Knee: |
| |     Side: Bilateral. |
| |     Views: Standing AP, Lateral, And Sunrise Views. |
| |     Statement: I personally ordered and reviewed x-rays of the knee. |
| |     General Radiographic Findings: Grade 1 In early grade 2 Kellgren-Lawrence changes along the medial and lateral |
| |     compartments and the patellofemoral joint. No signs of acute fracture or dislocation. Joint spaces are well-maintained. |

## KNEE RT (#2656102, Preliminary, 08/31/2022)

## KNEE LT (#2656100, Preliminary, 08/31/2022)

# Interpretation Documents

# Lab Results

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

## ALENCAR, Mauro (id #440865, dob: 12/05/1974)

## DISCHARGE ORDER* 08/23/2023 (#3198052, 08/23/2023)

08/23/2023 1:05:56 AM  -0400 FAXCOM                                    PAGE 1    OF 1

NEBH Alencar, Mauro-ENC#6623485-PAS-Adm: 8/22/2023 eFinal Cum Laboratory  8/23/2023

New England Baptist Hospital
125 Parker Hill Ave.
Boston, MA 02210
Ph:(617) 754-5200
Jihad Hayek,MD, Chairman

PRINT DATE: 08/23/23
PRINT TIME: 0800                    DISCHARGE SUMMARY

Location:  PAS                                    PATIENT: ALENCAR,MAURO
Room/Bed:                                          MR #   : K001163930
Attending Phys: Schena M.D.,Anthony               Acct # : K6623485
Discharge:                                         DOB: 12/05/74   Age/Sex: 48/M

### HEMATOLOGY

| Date | Time | WBC (4.0-11.0) K/uL | RBC (4.20-5.80) M/uL | HGB (14.0-17.0) g/dL | HCT (42.0-51.0) % | MCV (80.0-98.0) fl |
|------|------|------|------|------|------|------|
| 8/22/23 | 1245 | 4.67 | 5.15 | 15.5 | 45.1 | 87.6 |

| Date | Time | MCH (27.0-34.0) pg | MCHC (31.0-36.0) g/dL | Platelet (150-400) K/uL | RDW-CV (11.5-14.5) % | Nucleated RBC K/uL |
|------|------|------|------|------|------|------|
| 8/22/23 | 1245 | 30.1 | 34.4 | 259 | 12.4 | 0.00 |

### CHEMISTRY

| Date | Time | Sodium (135-145) mmol/L | Potassium (3.5-5.3) mmol/L | Chloride (100-112) mmol/L | CO2 (21-30) mmol/L | Glucose (70-105) mg/dL |
|------|------|------|------|------|------|------|
| 8/22/23 | 1245 | 141 | 4.1 | 104 | 28 | 94 |

| Date | Time | BUN (6-20) mg/dL | Creatinine (0.6-1.3) mg/dL | eGFR (>60) SEE TEXT | Calcium (8.4-10.2) mg/dL | Magnesium (1.6-2.6) mg/dL |
|------|------|------|------|------|------|------|
| 8/22/23 | 1245 | 10 | 0.9 | > 60(a) | 9.0 | 2.4 |

| Test | Date | Time | Result | Reference | Units |
|------|------|------|------|------|------|
| MRSA-PCR | 8/22/23 | 1100 | NEGATIVE | (Negative) | |
| MSSA-PCR | 8/22/23 | 1100 | POSITIVE | (Negative) | |

NOTES:  (a)  Glomerular Filtration Rate, Estimated
            Reference Range: Greater than 60 mL/min/1.73 sq. meter.
            Multiply result by 1.21 if patient is African American.

*L - Critical Low    *H - Critical High    # - Delta Value

                                                              ALENCAR,MAURO

** CONTINUED ON NEXT PAGE **
DISCHARGE REPORT - DO NOT DESTROY

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number BOSTON ORTHOPAEDIC AND SPINE • 840 Winter Street, WALTHAM MA 02451-1433

**ALENCAR, Mauro (id #440865, dob: 12/05/1974)**

## Vaccination History

| Vaccine Type | Date | Amt | Route | Site | NDC | Lot # | Mfr. | Exp. Date | VIS | VIS Given | Vaccinator |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COVID-19 | | | | | | | | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 05/11/21 | | | | | | Pfizer, Inc | | | | |
| COVID-19, mRNA, LNP-S, PF, 30 mcg/0.3 mL dose (Pfizer-BioNTech) | 04/20/21 | | | | | | Pfizer, Inc | | | | |
| Influenza | | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/19/21 | | | | | | | | | | |
| influenza, injectable, quadrivalent | 10/04/19 | | | | | | | | | | |

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

# BOSTON ORTHOPAEDIC
# AND SPINE LLC

*printed 10/30/2023 12:24 PM*

BOSTON ORTHOPAEDIC AND SPINE,
LLC
PO BOX 26971
BELFAST, ME 04915-2020
*billing phone: (617) 588-3098*

| GUARANTOR NAME AND ADDRESS | PATIENT # | PATIENT NAME |
|---|---|---|
| MAURO ALENCAR<br>27 GRACE RD<br>NEWTON CENTER, MA 02459 | 440865 | MAURO ALENCAR |

| DOB | HOME TELEPHONE |
|---|---|
| 12/05/1974 (415) 215-9488 | |

## Billing Summary

| Claim ID | Procedure | Diagnosis | Date of Service | Post Date | Type | Reason | Plan | Supervising Provider | Ins. 1 | Ins. 2 | Patient |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 273168** | | | | | | | | | | | |
| 273168 | 99203 | M5416 | 08/12/2022 | 08/17/2022 | **CHARGE** | 99203 | AETNA (POS) | ROBERT KENNEY | $440.00 | | |
| 273168 | 99203 | M5416 | 08/12/2022 | 08/26/2022 | PAYMENT | ACH ***********6775 | AETNA (POS) | ROBERT KENNEY | $-145.56 | | |
| 273168 | 99203 | M5416 | 08/12/2022 | 08/26/2022 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (POS) | ROBERT KENNEY | $-244.44 | | |
| 273168 | 99203 | M5416 | 08/12/2022 | 08/17/2022 | TRANSFERIN | COPAY | PATIENT | ROBERT KENNEY | $-50.00 | | $50.00 |
| 273168 | 99203 | M5416 | 08/12/2022 | 08/17/2022 | PAYMENT | MC/VISA | PATIENT | ROBERT KENNEY | | | $-50.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| **Claim ID 275587** | | | | | | | | | | | |
| 275587 | 73565 | M25561, S83241A, M25562, M1712 | 08/31/2022 | 09/01/2022 | **CHARGE** | 73565 | AETNA (POS) | ANTHONY SCHENA | $140.00 | | |
| 275587 | 73565 | M25561, S83241A, M25562, M1712 | 08/31/2022 | 09/23/2022 | PAYMENT | ACH ***********6048 | AETNA (POS) | ANTHONY SCHENA | $-88.18 | | |
| 275587 | 73565 | M25561, S83241A, M25562, M1712 | 08/31/2022 | 09/23/2022 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (POS) | ANTHONY SCHENA | $-51.82 | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 275587 | 99203 | M25561, S83241A, M25562, M1712 | 08/31/2022 | 09/01/2022 | **CHARGE** | 99203 | AETNA (POS) | ANTHONY SCHENA | $440.00 | | |
| 275587 | 99203 | M25561, S83241A, M25562, M1712 | 08/31/2022 | 09/23/2022 | PAYMENT | ACH ***********6048 | AETNA (POS) | ANTHONY SCHENA | $-180.07 | | |
| 275587 | 99203 | M25561, S83241A, M25562, M1712 | 08/31/2022 | 09/23/2022 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (POS) | ANTHONY SCHENA | $-209.93 | | |
| 275587 | 99203 | M25561, S83241A, M25562, M1712 | 08/31/2022 | 09/23/2022 | TRANSFERIN | COPAY | PATIENT | ANTHONY SCHENA | $-50.00 | | $50.00 |
| 275587 | 99203 | M25561, S83241A, M25562, M1712 | 08/31/2022 | 09/26/2022 | PAYMENT | MC/VISA ***********1786 | PATIENT | ANTHONY SCHENA | | | $-50.00 |

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex

| Docket Number | | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim ID 282102** | | | | | | | | | | | | |
| 282102 | 20610,RT | M25561 | 10/11/2022 | 10/12/2022 | **CHARGE** | 20610,RT | AETNA (POS) | ANTHONY SCHENA | $400.00 | | | |
| 282102 | 20610,RT | M25561 | 10/11/2022 | 11/04/2022 | PAYMENT | ACH ***********8335 | AETNA (POS) | ANTHONY SCHENA | $-144.36 | | | |
| 282102 | 20610,RT | M25561 | 10/11/2022 | 11/04/2022 | ADJUSTMENT | CONTRACTUAL (177361) | AETNA (POS) | ANTHONY SCHENA | $-205.64 | | | |
| 282102 | 20610,RT | M25561 | 10/11/2022 | 11/04/2022 | TRANSFERIN | COPAY | PATIENT | ANTHONY SCHENA | $-50.00 | | | $50.00 |
| 282102 | 20610,RT | M25561 | 10/11/2022 | 11/04/2022 | PAYMENT | MC/VISA | PATIENT | ANTHONY SCHENA | | | | $-50.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 | |
| 282102 | 99212,25 | M25561, S83241A, M25562, M1712 | 10/11/2022 | 10/12/2022 | **CHARGE** | 99212,25 | AETNA (POS) | ANTHONY SCHENA | $155.00 | | | |
| 282102 | 99212,25 | M25561, S83241A, M25562, M1712 | 10/11/2022 | 11/04/2022 | PAYMENT | ACH ***********8335 | AETNA (POS) | ANTHONY SCHENA | $-95.10 | | | |
| 282102 | 99212,25 | M25561, S83241A, M25562, M1712 | 10/11/2022 | 11/04/2022 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (POS) | ANTHONY SCHENA | $-59.90 | | | |
| 282102 | 99212,25 | M25561, S83241A, M25562, M1712 | 10/11/2022 | 10/12/2022 | *TRANSFERIN [VOIDED]* | COPAY | PATIENT | ANTHONY SCHENA | $-50.00 | | | $50.00 |
| 282102 | 99212,25 | M25561, S83241A, M25562, M1712 | 10/11/2022 | 10/12/2022 | *PAYMENT [VOIDED]* | MC/VISA | PATIENT | ANTHONY SCHENA | | | | $-50.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 | |
| 282102 | J3301 | M25561 | 10/11/2022 | 10/12/2022 | **CHARGE** | J3301 | AETNA (POS) | ANTHONY SCHENA | $120.00 | | | |
| 282102 | J3301 | M25561 | 10/11/2022 | 11/04/2022 | PAYMENT | ACH ***********8335 | AETNA (POS) | ANTHONY SCHENA | $-28.70 | | | |
| 282102 | J3301 | M25561 | 10/11/2022 | 11/04/2022 | ADJUSTMENT | CONTRACTUAL (177058) | AETNA (POS) | ANTHONY SCHENA | $-91.30 | | | |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 | |
| **Claim ID 288681** | | | | | | | | | | | | |
| 288681 | 99213 | M5416 | 11/14/2022 | 11/21/2022 | **CHARGE** | 99213 | AETNA (POS) | ROBERT KENNEY | $250.00 | | | |
| 288681 | 99213 | M5416 | 11/14/2022 | 12/02/2022 | PAYMENT | ACH ***********8363 | AETNA (POS) | ROBERT KENNEY | $-80.96 | | | |
| 288681 | 99213 | M5416 | 11/14/2022 | 12/02/2022 | ADJUSTMENT | CONTRACTUAL (177361) | AETNA (POS) | ROBERT KENNEY | $-119.04 | | | |
| 288681 | 99213 | M5416 | 11/14/2022 | 11/21/2022 | TRANSFERIN | COPAY | PATIENT | ROBERT KENNEY | $-50.00 | | | $50.00 |
| 288681 | 99213 | M5416 | 11/14/2022 | 11/21/2022 | PAYMENT | MC/VISA | PATIENT | ROBERT KENNEY | | | | $-50.00 |
| | | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 | |
| **Claim ID 330655** | | | | | | | | | | | | |
| 330655 | 99213 | M25561, S83281A, M2392 | 07/24/2023 | 08/03/2023 | **CHARGE** | 99213 | AETNA (POS) | ANTHONY SCHENA | $405.00 | | | |
| 330655 | 99213 | M25561, S83281A, M2392 | 07/24/2023 | 08/25/2023 | PAYMENT | ACH ***********0740 | AETNA (POS) | ANTHONY SCHENA | $-108.26 | | | |
| 330655 | 99213 | M25561, S83281A, M2392 | 07/24/2023 | 08/25/2023 | ADJUSTMENT | CONTRACTUAL (177361) | AETNA (POS) | ANTHONY SCHENA | $-246.74 | | | |
| 330655 | 99213 | M25561, S83281A, M2392 | 07/24/2023 | 08/03/2023 | TRANSFERIN | COPAY | PATIENT | ANTHONY SCHENA | $-50.00 | | | $50.00 |

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 330353 | 99213 | M25561, S83281A, M2392 | 07/24/2023 | 08/03/2023 | PAYMENT | MC/VISA | PATIENT | ANTHONY SCHENA | | | $-50.00 |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |

**Claim ID 333475**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 333475 | 99213 | M25561, M25562, M170 | 08/14/2023 | 08/22/2023 | **CHARGE** | 99213 | AETNA (POS) | ANTHONY SCHENA | $405.00 | | |
| 333475 | 99213 | M25561, M25562, M170 | 08/14/2023 | 09/15/2023 | PAYMENT | ACH ************4603 | AETNA (POS) | ANTHONY SCHENA | $-108.26 | | |
| 333475 | 99213 | M25561, M25562, M170 | 08/14/2023 | 09/15/2023 | ADJUSTMENT | CONTRACTUAL (177361) | AETNA (POS) | ANTHONY SCHENA | $-246.74 | | |
| 333475 | 99213 | M25561, M25562, M170 | 08/14/2023 | 08/22/2023 | TRANSFERIN | COPAY | PATIENT | ANTHONY SCHENA | $-50.00 | | $50.00 |
| 333475 | 99213 | M25561, M25562, M170 | 08/14/2023 | 08/22/2023 | PAYMENT | MC/VISA | PATIENT | ANTHONY SCHENA | | | $-50.00 |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |

**Claim ID 335414**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 335414 | L1830,NU,RT | M1711 | 08/29/2023 | 09/05/2023 | **CHARGE** | L1830,NU,RT | AETNA (POS) | ANTHONY SCHENA | $306.00 | | |
| 335414 | L1830,NU,RT | M1711 | 08/29/2023 | 09/29/2023 | PAYMENT | ACH ************3067 | AETNA (POS) | ANTHONY SCHENA | $-142.06 | | |
| 335414 | L1830,NU,RT | M1711 | 08/29/2023 | 09/29/2023 | ADJUSTMENT | CONTRACTUAL (177449) | AETNA (POS) | ANTHONY SCHENA | $-128.43 | | |
| 335414 | L1830,NU,RT | M1711 | 08/29/2023 | 09/29/2023 | TRANSFERIN | COINSURANCE | PATIENT | ANTHONY SCHENA | $-35.51 | | $35.51 |
| 335414 | L1830,NU,RT | M1711 | 08/29/2023 | 10/18/2023 | PAYMENT | MC/VISA ************1786 | PATIENT | ANTHONY SCHENA | | | $-35.51 |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| | | | | | **TOTAL CHARGE OUTSTANDING AS OF 10/30/2023** | | | $0.00 | $0.00 | $0.00 |

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

# Exhibit "B"

**Beth Israel Lahey Health**
**New England Baptist Hospital**

Aloncar, Mauro
(M) DOB 12/05/1974   MRN 1183930
01/03/2024          ENC 6664110

**Outpatient Physical Therapy Daily Note/Charge Sheet**

Visits # _3_

| Modifier | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| | | Only 1 Unit | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | |
| | 97162 | | PT Eval Mod Complex 30 Min | | Pt reports knee locks |
| | 97163 | | PT Eval High Complex 45 Min | | w/ full revolution on |
| | 97164 | | PT Re-Eval EST Plan Care | | bike, especially |
| | | Only 1 Unit | Modalities-Untimed | | No change in pain |
| | 97010 | | Hot Pack/Cold Pack | | |
| | 97014 | | E Stim-Unattended (non wound) | | • My quad feels a little |
| | 97012 | | Mechanical Traction | | stronger. I've been |
| | | | Modalities-Timed | | doing leg lifts" |
| | 97032 | | E Stim-Attended | | |
| | 97033 | | Iontophoresis | | Objective Findings/Measurements/Function |
| | 97035 | | Ultrasound | | ☐ Refer to Progress Note/Evaluation/Discharge Summary |
| | | | Procedures-Timed | | Dictation Confirmation # |
| | 97110 | 2 | Therapeutic Exercise | 30 | |
| | 97112 | | Neuromuscular Rep-Education | | ® knee ext -14° → -5° |
| | 97116 | | Gait Training | | flex 110° → 110° |
| | 97140 | | Manual Therapy | | |
| | 97530 | | Therapeutic Activity | | |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |
| 1 unit ≥ 8 min to <23 min | | 2 units ≥ 23 min to <38 min | | | ☒ Treatment per Flow Sheet |
| 3 units ≥ 38 min to <53 min | | 4 units ≥ 53 min to <68min | | | Assessment |
| Total Units | | Total Treatment-Untimed | Total Min | | Pt demonstrates some improved |
| Total Units | 2 | Total Treatment- Timed | Total Min | 30 | ext ROM but not flexion |

Assessment (continued):
RQM + strengthening
limited on ® 2° pain,
consistent w/ Dx
Pt was provided education w/
HEP & exercises ACM

: that is not dependent
: on the amount of
: endurance.

**Plan** ☒ Continue current treatment plan
☐ Revise plan as follows

Provider's Signature / Credentials: _Tara Kerman PT # 8444_     Print Name: _Tara Kerman_     Date: _1/3/24_     Time (24 hr): _16:30_

RS 092 (12/19)

Date Filed 4/9/2025 4:04 PM
Superior Court
Docket Number

Page: 08 of 59        2024-06-28 15:22:18 EDT        18582441606        From: 8582441606

## Beth Israel Lahey Health
## New England Baptist Hospital

**Outpatient Physical Therapy Daily Note/Charge Sheet**

Alencar, Mauro
(M) DOB 12/05/1974    MRN 1163930
12/18/2023                        ENC 6664106

Visits # __2__

| Modifier | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| | | Only 1 Unit | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | Pt reports R ankle |
| | 97162 | | PT Eval Mod Complex 30 Min | | locked up 2 times |
| | 97163 | | PT Eval High Complex 45 Min | | while on bike for 2 |
| | 97164 | | PT Re-Eval EST Plan Care | | minutes |
| | | Only 1 Unit | Modalities-Untimed | | |
| | 97010 | | Hot Pack/Cold Pack | | |
| | 97014 | | E Stim-Unattended (non-wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | Modalities-Timed | | |
| | 97032 | | E Stim-Attended | | Objective Findings/Measurements/Function |
| | 97033 | | Iontophoresis | | ☐ Refer to Progress Note/Evaluation/Discharge Summary |
| | 97035 | | Ultrasound | | Dictation Confirmation # |
| | | | Procedures-Timed | | |
| | 97110 | 2 | Therapeutic Exercise | 30 | SAQ 45°√ → 15° ext |
| | 97112 | | Neuromuscular Rep-Education | | |
| | 97116 | | Gait Training | | |
| | 97140 | 1 | Manual Therapy | 10 | |
| | 97530 | | Therapeutic Activity | | |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |

☒ Treatment per Flow Sheet

| 1 unit ≥ 8 min to <23 min | 2 units ≥ 23 min to <38 min |
|---|---|
| 3 units ≥ 38 min to <53 min | 4 units ≥ 53 min to <68min |

| Total Units | | Total Treatment-Untimed | Total Min |
|---|---|---|---|
| Total Units | 3 | Total Treatment- Timed | Total Min | 40 |

**Assessment**

Pt tolerates some stretches,
limited w/ GTR to R 2°
R knee feels like it will
lock, limited + unable to
perform R bone mad
stretch - felt pain + not
stretch

1. Also had to limit SLR
weight + SAQ ROM

Will reassess tolerance to
PT next day

**Plan** ☒ Continue current treatment plan
☐ Revise plan as follows

Provider's Signature / Credentials    ____ PT #3414

Print Name

Date  12/18/23    Time (24 hr)  1:00

RS 092 (12/19)

Page 1 of 1

Date Filed 4/9/2025 4:04 PM
Superior Court Middlesex
Docket Number

| Page: 09 of 59 | 2024-06-28 15:22:18 EDT | 18582441606 | From: 8582441606 |

Beth Israel Lahey Health
**New England Baptist Hospital**

**Patient:** Alencar, Mauro
**DOB:** 12/05/1974
**MRN:** 1163930
**ENC:** 6656439

## NEBH Order

*Encounter Assigned on 12/05/2023 09:13:21 AM  By: Danielle Fearon-Robinson*

*Originated via Fax on 12/05/2023 07:13:46 AM*

### Information

**OrderId:** 144455
**Priority:** Routine
**From Phone:** 16177545578
**To Facility:** NEBH 830 Boylston

### Procedure Information

**CPT Code(s):** PT RIGHT KNEE JOINT PAIN          **Desc** PT RIGHT KNEE JOINT PAIN
**Department:** Physical Therapy
**Order Type:** Schedule

### Diagnosis Information

**ICD-10 Codes:** M25.561, M25.562

### Patient Information

**Patient's Name:** Alencar, Mauro          **DOB:** 12/05/1974
**Gender:** M
**MRN:** 1163930
27 Grace Road
Newton Center MA, 02459

### Insurance Information

**Payor:** Aetna          **Policy #:** W238926005
**Plan:** 1241          **Group #:** 086544401400006
**Group Name:** Aetna - El Paso Tx
**Subscriber Name:** Mauro Alencar          **Relationship to Patient:** Self
**Address:** P.O.Box 981106
**Address:** El Paso TX, 799981109
**Phone:** 8886323862
**Contact:** AetnaElPasoTx

report.cnt.new 12/05/2023 09:13:23 AM

Page 1 of 1

**New England Baptist Hospital**
125 Parker Hill Avenue
Boston, MA 02120

Alencar, Mauro
MR: 1163930
ENC: 6656439
DOB: 12/05/1974
DATE: 12/05/2023
ATTENDING: Schena, Anthony  MD

## PTB - PHYSICAL THERAPY

PHYSICAL THERAPY EVALUATION

REFERRING PHYSICIAN: Anthony Schena, M.D.

DIAGNOSES: Right knee osteoarthritis, left knee osteoarthritis.

DATE OF EVALUATION: 12/05/2023.

HISTORY OF PRESENT INJURY: The patient underwent a left ACL reconstruction in 1999 for a tear, for which at that time, he was able to return to playing basketball. In 2005, he underwent a right ACL reconstruction for a tear, which again he was able to return to playing basketball; however, he did continue to have pain in both of his knees. He was treated with the cortisone injections throughout the years from 2005 to 2009. In 2014, he underwent a left autologous chondrocyte implantation surgery in his left knee, although he does report he continued to have pain and his left knee began to lock despite the use of a CPM following surgery. He underwent multiple scopes for debridement and manipulations under anesthesia for the locking. Ultimately, they injected a rheumatoid arthritis medication into his knee, which did stop the fibrosis. In 2017, he had stem cell treatment for bilateral knee pain, which did not seem to help. At that point, he moved to Massachusetts in 2019 with minimal relief of pain. Since 2019, his right knee pain has been increasing and he began seeing Dr. Schena approximately 1-1/2 years ago. Dr. Schena did initially order an MRI and gave him a cortisone injection, in which the pain relief lasted less than 2 weeks. It took a long time for the insurance company to approve the MRI and he only underwent the MRI 4-5 months ago and per the patient, the MRI showed 9-12 mm loose bodies as well as osteoarthritis per the MD. Dr. Schena recommended a right total knee replacement that was scheduled to be done on 09/01/2023. The patient reports the day before surgery, his insurance denied authorization for the surgery as he has not had physical therapy yet. Since that time, he has been relying more heavily on his left lower extremity due to increasing right knee pain and he reports that now his left knee pain is increasing as well. Also during this time, he has a history of having left-sided low back pain that previously flared up most likely secondary to his antalgic gait due to his knee pain. This was treated with physical therapy 1 year ago and did improve; however, in the past few months that has been increasing as his right knee pain and limping has been increasing. He is still a candidate for a total knee replacement. The patient is being referred to physical therapy now for a diagnosis of osteoarthritis. The patient does report that he has not had a pain free day in regards to his knees for 8 years now.

PAST MEDICAL HISTORY: Please refer to chart and as noted above.

MEDICATIONS: Please refer to chart.

CURRENT SYMPTOMS: The patient complains of right knee pain at the lateral greater than medial joint line. The pain is an aching pain, but his knee can lock especially if brought into an externally rotated position. His pain is fairly constant, rated a 3-9/10 and when it locks, he requires the physical assistance of his family to help him move. He is also having left knee pain that is more intermittent, but when it is painful, it can be a 9-10/10 and it does increase with standing. He is having left-sided low back pain that is also fairly constant, rated a 5/10.

FUNCTIONAL LIMITATIONS: The patient works as a product designer, which requires prolonged standing for which he is limited and he also reports that he has to sand products, which requires him to stand in position of forward flexion, which also is limited and increases his low back pain. He does report that his work studio is on the lower level of his home and he is limited with getting up and down the stairs in order to go from his work studio to the other areas of his home throughout the day.

Page 1 of 3

Date Filed 4/9/2025 4:04 PM
Superior Court of Middlesex
Docket Number

Page: 11 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

**New England Baptist Hospital**
125 Parker Hill Avenue
Boston, MA 02120

Alencar, Mauro
MR: 1163930
ENC: 6656439
DOB: 12/05/1974
DATE: 12/05/2023
ATTENDING: Schena, Anthony  MD

### PTB - PHYSICAL THERAPY

On a daily basis, walking is limited to 2 blocks maximum on even surfaces and uneven surfaces increases pain. Stairs, he is limited with going up and down a step-to gait pattern 50% of the time and if he does perform reciprocally, he has to pull himself up using the rail and he has no control with going down. Transfers require upper extremity assistance for sit-to-stand and sitting in 30 minutes maximum due to stiffness in his knees and he must weight shifts. Standing is limited to 10 minutes maximum. He is unable to tie his shoes on the right due to positioning required and if he does not have shoes that can slip on, he requires his family to assist him with this. He is unable to squat for any activities and he is unable to perform any household chores or home projects. Previously, he was able to play basketball, tennis as well as use home gym equipment, which all of these he could not do any longer. At this point, he is not able to perform any exercises due to his pain. His PROMIS functional score is a 35.9% with anything below 50% indicating functional limitations.

**OBJECTIVE:**
OBSERVATION: The patient's gait on stairs is noted to have decreased eccentric quadriceps control when stepping down stairs and increase use of a rail to pull himself up for going up stairs. Single limb stance is noted to have increased knee strategy bilaterally with the 5-second maximum hold without upper extremity assist.

RANGE OF MOTION: Lumbar flexion 60 degrees, extension 30 degrees, side bending to the right 10 degrees and to the left 20 degrees, and straight leg raising bilaterally 60 degrees. Knee range of motion on the right is -14 to 110 degrees and on the left is -12 to 115 degrees.

STRENGTH: Hip flexion right 4-/5 and left 4/5, abduction bilaterally 4/5, extension bilaterally 4/5, knee extension on the right 4-/5 and left 4/5, knee flexion on the right 4-/5 and left 4/5.

**PALPATION:**
JOINT MOBILITY: The patient's bilateral tibiofemoral glides posteriorly and anteriorly are both graded as 2/5.

PATIENT EDUCATION: The patient was educated in exam findings as well as anticipated plan of care. The patient was instructed in a home stretching program to initiate.

ASSESSMENT: The patient is a 49-year-old male with a history of bilateral knee osteoarthritis with an extensive complicated history of multiple knee surgeries. The patient is a total knee replacement candidate, but did not have insurance authorization. The patient is presenting with significant impairments in bilateral knee range of motion, strength and stability as well as decreased spine range of motion. The patient's impairments limit his ability. The patient will benefit from physical therapy in order to address his physical impairments to help maximize his range of motion, strength, stability, and gait in order to help minimize his pain and improve his tolerance to functional mobility required for ADLs and work. The patient is very motivated and his rehabilitation potential is good.

FUNCTIONAL GOALS:

1. The patient will tolerate prolonged standing for work.
2. The patient will not be restricted with walking on even or uneven surfaces.
3. The patient will tolerate going up stairs reciprocally 100% of the time with minimal use of the rail.
4. The patient will not be restricted with sit-to-stand transfers.
5. The patient will not be restricted with sitting.
6. The patient will be independent with tying the shoes on his right foot.
7. The patient will tolerate previous household chores, projects, and initiation to recreation.

Page 2 of 3

Page: 12 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

**New England Baptist Hospital**          Alencar, Mauro
125 Parker Hill Avenue                    MR: 1163930
Boston, MA 02120                          ENC: 6656439
                                          DOB: 12/05/1974
                                          DATE: 12/05/2023
                                          ATTENDING: Schena, Anthony  MD

### PTB - PHYSICAL THERAPY

OBJECTIVE GOALS:

1. The patient will improve right knee range of motion to 0-120 degrees bilaterally.
2. The patient will improve lumbar flexion to 120 degrees, extension 40 degrees, bilateral side bending 40 degrees, and straight leg raising 90 degrees.
3. The patient will improve all manual muscle testing to 5/5 throughout.
4. The patient will tolerate a single limb stance on an uneven surface for 20 seconds.
5. The patient will be able to tolerate one-half a squat.
6. The patient will improve joint mobility to 3/6.

PLAN: The patient will participate in physical therapy 2 times per week for 3-4 weeks to address impairments in range of motion, strength, and stability.  Physical therapy treatments will include therapeutic exercise for range of motion, strengthening, neuromuscular reeducation for stabilization and balance training, manual therapy for joint mobilization and range of motion and passive range of motion.

Dictated By: Tara M. Kernan, PT LIC# 13414

eScription DEE/SHI/GOT-305184431
Dictated: 12/05/2023 15:35:27  Transcribed 12/05/2023 20:27:00

Signed by Kernan, Tara M PT on  05-Jan-2024 09:41:23 -05:00

_____
Tara M Kernan PT     LIC# 13414

Date Filed 4/9/2025 4:04 PM
Superior Court of Middlesex
Docket Number

Page: 13 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

Beth Israel Lahey Health
**New England Baptist Hospital**

Alencar, Mauro
(M) DOB **12/05/1974**    MRN 1163930
12/05/2023               ENC 6656439

**Outpatient Physical Therapy Daily Note/Charge Sheet**

Visits #

| Modifier | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| | | Only 1 Unit | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | |
| | 97162 | | PT Eval Mod Complex 30 Min | | |
| | 97163 | / | PT Eval High Complex 45 Min | 50 | |
| | 97164 | | PT Re-Eval EST Plan Care | | |
| | | Only 1 Unit | Modalities-Untimed | | |
| | 97010 | | Hot Pack/Cold Pack | | |
| | 97014 | | E Stim-Unattended (non-wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | Modalities-Timed | | |
| | 97032 | | E Stim-Attended | | Objective  Findings/Measurements/Function |
| | 97033 | | Iontophoresis | | ☐ Refer to Progress Note/Evaluation/Discharge Summary |
| | 97035 | | Ultrasound | | |
| | | | Procedures-Timed | | Dictation Confirmation # |
| | 97110 | / | Therapeutic Exercise | 10 | |
| | 97112 | | Neuromuscular Rep-Education | | |
| | 97116 | | Gait Training | | see flow sheet |
| | 97140 | | Manual Therapy | | |
| | 97530 | | Therapeutic Activity | | |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |
| | | | | | ☐ Treatment per Flow Sheet |

| 1 unit ≥ 8 min to <23 min | 2 units ≥ 23 min to <38 min |
|---|---|
| 3 units ≥ 38 min to <53 min | 4 units ≥ 53 min to <68min |

| Total Units | / | Total Treatment-Untimed    Total Min | 50 |
|---|---|---|---|
| Total Units | / | Total Treatment- Timed    Total Min | 10 |

Assessment

Plan ☐ Continue current treatment plan
☐ Revise plan as follows

Tara berman  PT #13464    Tara berman                    12/5/23   1530
**Provider's Signature / Credentials**      Print Name                  Date      Time (24 hr)

RS 092 (12/19)

Page 2 of 29

To: +16177237756

From: 8582441606

**NEW ENGLAND BAPTIST HOSPITAL**

Alencar, Mauro
DM DOB 12/05/1974   MRN 1183930
12/05/2023   EHC 655433

**Physical Therapy Flow Sheet**

Primary PT _____
Referring MD _____

Diagnosis _____
Precautions _____

Injury/Surgery Date _____
Next MD appointment _____

| | | | Approved Visits | | Insurance Valid Through | | Evaluation Date | |
|---|---|---|---|---|---|---|---|---|

| Treatment | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

Signature/Credentials

Print Name

Time (24 hour)

R5903 11/1e

Atencar, Mauro
(M) DOB 12/05/1974      MRN: 1163930
01/03/2024              ENC 8664110



Beth Israel Lahey Health
New England Baptist Hospital

**Outpatient Rehabilitation - Administrative Discharge**

Initial Evaluation Date: __12/5/23__   Total number of visits: __3__

**Discharge Status:**

☐ Incomplete/Non-compliance- Patient Choice

☐ Incomplete- Insurance Issue

☑ Incomplete- Medical Issue

This patient was last seen for an in-person visit on __1/3/24__. Due to the nature of their discharge

status, the last updated objective measurements and patient assessment are reflected in the visit note from

__1/2/24__

During the course of treatment, the patient was:

☐ Making good progress towards long term goals and nearing the end of need for skilled rehabilitation
   services

☐ Reaching a plateau in progress

☐ Not making consistent gains towards their long-term goals

☐ Inconsistent with regular attendance for scheduled appointments

☑ Limited in their progress towards long term goals due to medical reasons other than those they were
   referred for treatment of.

Should this patient look to return for further treatment in the future, we will perform a formal assessment of
their functional status and re-establish a new plan of care based on our evaluative findings.

Additional comments:

_Taratena_ PT          _Taratena_  __3411__   __3/13/24__  __16:10__
Therapist Signature/Credentials      Print Name      License Number    Date      Time

Beth Israel Lahey Health
New England Baptist Hospital

Alencar, Mauro
(M) DOB 12/05/1974   MRN 1163930
12/05/2023                    ENC: 6666439

**OUTPATIENT PHYSICAL THERAPY**
**HEALTH QUESTIONNAIRE**
Page 1 of 2

Date: **12/05/23**

What is the problem that brings you to physical therapy today? **Knee issues**

What are your goals for physical therapy? **No PAIN**

Date of onset / injury: **Many years ago**

Referring physician: **Anthony Schena**      Date of next physician appointment: ___/___/___

Have you seen anyone else for your current condition?   *(Please check all that apply)*

[ ] Physical Therapist          [ ] Occupational Therapist / Hand Therapist     [ ] Chiropractor

[ ] Pain Management        [ ] Massage Therapist                               [ ] Acupuncturist

[ ] Other _____

Have you had physical therapy for this condition in the past?   [X] Yes  [ ] No

Please check all diagnostic tests that you have had for your current condition only.

[X] X-ray   [X] MRI   [ ] CT Scan   [ ] EMG   [ ] Myelogram   [ ] EEG   [ ] Bone Scan

[ ] Other _____

How do you learn best?   [X] observing   [ ] reading   [X] listening   [ ] doing

[ ] Other _____

What is your occupation? **Designer**

Work status: [X] working   [ ] light duty   [ ] not working   [ ] retired

Smoking history: [X] never   [ ] quit, when _____   [ ] smoking, _____ pack(s) / day

Alcohol intake: [ ] never   [X] socially   [ ] moderately   [ ] daily

Exercise:   [X] no   [ ] Yes, please explain what exercise you are doing and how frequently: _____

Height: **6** feet **1** inches   Weight **259** pounds   Hand dominance: [ ] left  [X] right

**Current Medications:** Please include all over the counter medications, herbal supplements and vitamins / minerals.

| Drug Name | Dosage and Frequency | Purpose |
|---|---|---|
| Fluoxetine | 80 mg / daily | Depression |
| Mirtazapine | / daily | Anxiety |
| Atorvastatin | / daily | Blood Pressure |
| Valsartan | / daily | Cholesterol |

Please complete other side >

OPC 630-37 (Rev 01/17)

Date Filed 4/9/2025 4:04 PM
Superior Court Middlesex
Docket Number

Page: 17 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

Beth Israel Lahey Health
New England Baptist Hospital

Alencar, Mauro
(M) DOB: 12/05/1974    MRN: 1163930
12/05/2023              ENC: 6658439

## OUTPATIENT PHYSICAL THERAPY
## HEALTH QUESTIONNAIRE
Page 2 of 2

### Medical History

| | Yes | No | Comments | | Yes | No | Comments |
|---|---|---|---|---|---|---|---|
| Chest Pain | | | | Hypo / hyperthyroid | | | |
| Heart Attack | | | | Anemia | | | |
| High Blood Pressure | X | | | Bleeding Disorder | | | |
| Stroke | | | | Hepatitis | | | |
| Elevated Cholesterol | X | | | Difficulty with Vision | | | |
| Shortness of Breath | | | | Difficulty with Hearing | | | |
| Bronchitis | | | | Dizziness | | | |
| Emphysema | | | | Headache | | | |
| COPD | | | | Fainting | | | |
| Tuberculosis | | | | Numbness | | | |
| Asthma | | | | Muscle Weakness | | | |
| Diabetes | | | | Paralysis | | | |
| Cancer | | | | Seizures | | | |
| Osteoporosis | | | | Nausea / vomiting | | | |
| Rheumatoid Arthritis | | | | Bowel or Bladder Changes | | | |
| Osteoarthritis | X | | | Depression / Anxiety | X | | |
| Weight gain or loss > 10 lbs in last month | X | | | History of Blood Clot or DVT | | | |
| Abdominal / Pelvic Pain | | | | Other | | | |

Are you pregnant or is there any possibility that you may be pregnant? [ ] Yes    [X] No

Allergies / Adverse Reactions:    Latex  [ ] Yes [X] No
Other: Shell fish / iodine

### Surgical History

| Date | Facility | Procedure / Purpose |
|---|---|---|
| Too Many. | | |
| | | |
| | | |
| | | |

Are you currently in a relationship where you were hurt, threatened or made to feel afraid?  [ ] Yes [X] No
Are you presently afraid?  [ ] Yes [X] No
In case of an emergency, contact: _____

Relationship: _____    Phone Number: _____

This medical history has been completed and is true to the best of my knowledge. I will inform my physical therapist of any changes that may occur during this episode of care.

Name of person completing form: Mauro Alencar    Relationship to Patient: Same

_Signature_    Mauro Alencar    12/05/23    1:35 PM am/pm
Patient/Responsible Person Signature    Print Name    Date    Time

_Signature_ PT #13144    Jnakeman    12/5/23    15:45
Provider Signature / Credentials    Print Name    Date    Time (24 hours)





Alencar, Mauro
(M) DOB: 12/05/1974    MRN: 1163930
12/05/2023              ENC: 6956438

– Physical Function 24a (PROMIS-HAQ)

rt Forma 24a (PROMIS HAQ)

Please respond to each question or statement by marking one box per row.

| | | Without any difficulty | With a little difficulty | With some difficulty | With much difficulty | Unable to do |
|---|---|---|---|---|---|---|
| PFA16r1 | Are you able to dress yourself, including tying shoelaces and buttoning your clothes?........................... | ☐ 5 | ☐ 4 | ☐ 3 | ☒ 2 | ☐ 1 |
| PFB26 | Are you able to shampoo your hair?....... | ☒ 5 | ☐ 4 | ☐ 3 | ☐ 2 | ☐ 1 |
| PFA15 | Are you able to stand up from an armless straight chair? ........................... | ☐ 5 | ☐ 4 | ☒ 3 | ☐ 2 | ☐ 1 |
| PFC53 | Are you able to get in and out of bed?.... | ☐ 5 | ☒ 4 | ☐ 3 | ☐ 2 | ☐ 1 |
| PFA20 | Are you able to cut your food using eating utensils?................................... | ☒ 5 | ☐ 4 | ☐ 3 | ☐ 2 | ☐ 1 |
| ✱ PFB25r1 | Are you able to lift a full cup or glass to your mouth? ................................... | ☒ 4 | ☐ 3 | ☐ 2 | ☐ 1 | ☐ 1 |
| PFB30 | Are you able to open a new milk carton?............................................... | ☒ 5 | ☐ 4 | ☐ 3 | ☐ 2 | ☐ 1 |
| PFC6r1 | Are you able to walk a block (about 100 m) on flat ground?........................... | ☐ 5 | ☐ 4 | ☒ 3 | ☐ 2 | ☐ 1 |
| PFB18 | Are you able to climb up five steps?....... | ☐ 5 | ☐ 4 | ☒ 3 | ☐ 2 | ☐ 1 |
| PFA55 | Are you able to wash and dry your body?................................................. | ☒ 5 | ☐ 4 | ☐ 3 | ☐ 2 | ☐ 1 |
| PFB14 | Are you able to take a tub bath? ............. | ☒ 5 | ☐ 4 | ☐ 3 | ☐ 2 | ☐ 1 |

16 April 2019
© 2019 PROMIS Health Organization (PHO)          Page 1 of 3

1          2

3
$\begin{array}{c} 92 \\ 25 \\ \hline 82 \end{array} = 35.7$

Date Filed 4/9/2025 4:04 PM
Superior Court of Massachusetts
Docket Number
Page: 19 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

Alencar, Mauro
(M) DOB 12/05/1974
12/05/2023
MRN: 1163930
ENC: 0656439

**Form v2.0 – Physical Function 24a (PROMIS-HAQ)**

| | | Without any difficulty | With a little difficulty | With some difficulty | With much difficulty | Unable to do |
|---|---|---|---|---|---|---|
| PFC45r1 | Are you able to sit on and get up from the toilet?.................... | ☐ 5 | ☐ 4 | ☒ 3 | ☐ 2 | ☐ 1 |
| PFB39r1 | Are you able to reach and get down a 5 pound (2 kg) object from above your head?.................... | ☐ 5 | ☒ 4 | ☐ 3 | ☐ 2 | ☐ 1 |
| PFA9 | Are you able to bend down and pick up clothing from the floor? .................... | ☐ 5 | ☐ 4 | ☒ 3 | ☐ 2 | ☐ 1 |
| ★ PFB31r1 | Are you able to open car doors? ............ | ☒ 4 | ☐ 3 | ☐ 2 | ☐ 1 | ☐ 1 |
| ★ PFB37r1 | Are you able to turn faucets on and off?.................... | ☒ 4 | ☐ 3 | ☐ 2 | ☐ 1 | ☐ 1 |
| PFA53 | Are you able to run errands and shop? ... | ☐ 5 | ☐ 4 | ☒ 3 | ☐ 2 | ☐ 1 |
| PFA56 | Are you able to get in and out of a car? _ | ☐ 5 | ☐ 4 | ☒ 3 | ☐ 2 | ☐ 1 |
| PFA11 | Are you able to do chores such as vacuuming or yard work? .................... | ☐ 5 | ☐ 4 | ☐ 3 | ☒ 2 | ☐ 1 |

| | | Not at all | Very little | Somewhat | Quite a lot | Cannot do |
|---|---|---|---|---|---|---|
| PFC8 | Does your health now limit you in opening a previously opened jar? ............ | ☒ 5 | ☐ 4 | ☐ 3 | ☐ 2 | ☐ 1 |

| | | Completely | Mostly | Moderately | A little | Not at all |
|---|---|---|---|---|---|---|
| Global06 | To what extent are you able to carry out your everyday physical activities such as walking, climbing stairs, carrying groceries, or moving a chair? ... | ☐ 5 | ☐ 4 | ☒ 3 | ☐ 2 | ☐ 1 |

1     10     3

16 April 2019
© 2019 PROMIS Health Organization (PHO)     Page 2 of 3

Date Filed 4/3/2025 7:37 PM
Superior Court - Middlesex
Docket Number
Page: 20 of 59
2024-06-28 15:22:18 EDT
18582441606
From: 8582441606

Alencar, Mauro
(M) DOB: 12/05/1974    MRN: 1163930
12/05/2023    ENC: 6656439



### 2.0 – Physical Function 24a (PROMIS-HAQ)

| | | Excellent | Very good | Good | Fair | Poor |
|---|---|---|---|---|---|---|
| Global03 | In general, how would you rate your physical health?................. | ☐ 5 | ☐ 4 | ☐ 3 | ☐ 2 | ☒ 1 |

| | | Never use a walking device or wheelchair. | Use a cane, walker or other walking device at least some of the time, but never use a wheelchair. | Use a walking device at least some of the time and a wheelchair at least some of the time. | I use a wheelchair. I can't walk. |
|---|---|---|---|---|---|
| PFScreen | Chose the sentence that best describes you: ..................... | ☒ 1 | ☐ 2 | ☐ 3 | ☐ 4 |

In the past 7 days...

| | | 0 No pain | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 Worst pain imaginable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Global07 | How would you rate your pain on average? ..................... | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

16 April 2019
© 2019 PROMIS Health Organization (PHO)    Page 3 of 3

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

Page: 21 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

## Standing Forward Trunk Flexion

12/6/23



REPS: 2          HOLD: 20
DAILY: 1

## Standing Lumbar Extension



REPS: 2          HOLD: 20
DAILY: 1

## Standing Sidebends




REPS: 2          HOLD: 20
DAILY: 1

## Seated Table Hamstring Stretch




REPS: 2          HOLD: 20
DAILY: 1

## Supine Lower Trunk Rotation




REPS: 2          HOLD: 20
DAILY: 1

Alencar, Mauro
(M) DOB 12/05/1974
12/05/2023                    MRN: 1163530
                             ENC 6856439

⚡ MEDBRIDGE   Disclaimer: This program provides exercises related to preventative maintenance OR to your condition that you can perform at home. As there a
risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercise and
contact your healthcare provider.

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number 2461CV732799

Page: 22 of 59          2024-06-28 15:22:18 EDT          18592441606          From: 8582441606

## Prone Quadriceps Stretch with Strap



 

**REPS: 2**          **HOLD: 20**

**DAILY: 1**

## Standing Gastroc Stretch on Step

 

**REPS: 2**          **HOLD: 20**

**DAILY: 1**

Atencar, Mauro
(M) DOB. 12/05/1974        MRN. 1163930
12/05/2023                 ENC. 6666439



MEDBRIDGE    Disclaimer: This program provides exercises related to preventative maintenance OR to your condition that you can perform at home. As there is a risk of injury with any activity, use caution when performing exercises. If you experience any pain or discomfort, discontinue the exercises and contact your healthcare provider.

Date Filed 4/9/2025 4:04 PM
Superior Court of Middlesex
Docket Number

Page: 23 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

# Beth Israel Lahey Health
# New England Baptist Hospital

| | | | |
|---|---|---|---|
| Pt Name: | Alencar, Mauro | MRN: | 1163930 |
| DOB: | 12/05/1974 | Visit No: | 6623485 |
| Age/Sex: | 48Y/M | | |
| Adm DTime: | 08/22/2023 10:13 | Atn Dr: | Schena, Anthony MD |
| Alrg: | No Known Drug Allergies, Shellfish | | |

## History and Physical Examination General Medicine - History and Physical Examination

**Collected On: 08/22/2023 10:58**

**Encounter Information**

Admission Date 8/22/2023 10:44, Interpreter Present No; Gender Male, Birth Sex Male, Transgender No, Other Gender No; Falls Within The Last 6 Months No;

Reason for Encounter

Dx: Right knee OA

Surgery: Right TKA.

**HPI**

Patient Stated Complaint Right knee pain , Narrative of Presenting Problem 48 year old male presents with a history of right knee pain for several years. He has had several knee surgeries bilaterally over the years. Describes constant pain that worsens with weightbearing. Ranges from moderate to severe in intensity. Pain keeps him up at night and he has trouble with standing for prolonged periods of time. Limited relief with rest and NSAIDs. Failed conservative treatments including cortisone injections, stem cells, and activity modification. Plans for right TKA with Dr. Schena on August 31st, 2023. Plans to go home with social support. .

**Past History**

Allergies

- NKDA
- Shellfish

**Allergy List Reviewed Yes.**

Home Medications

Last Updated: 08/22/2023 10:56 (Complete) By: Jennifer Healy NP.

**Active**

- ****dilaudid preferred, other opiods cause nausea****
- atorvastatin 10 mg Tablet Directions: 1 tablet oral daily (Active)
- FLUoxetine 20 mg Capsule Directions: 1 capsule oral daily Extended Instructions: total 30mg (Active)
- FLUoxetine 10 mg Capsule Directions: 1 capsule oral daily Extended Instructions: total 30mg (Active)
- mirtazapine 15 mg Tablet Directions: 1 tablet oral daily at bedtime (Active)
- valsartan 80 mg Tablet Directions: 1 tablet oral daily (Active)
- "zz herbals; thc, prebiotic/probiotic, "

Home Medication List Reviewed Yes.

Medical and Surgical History Medical Depression Disorder, Dyslipidemia, GERD, Hypertension, Obesity, OA; migraines; low back pain; insomnia; chronic diarrhea- resolved; Surgical Appendectomy, Multiple construction of

| | | |
|---|---|---|
| Pt Name: Alencar, Mauro | MRN: 1163930 | Seaman3 History and Physical Examination |
| Rm/ Bed: | Page 1 of 5 | ORE_JOV1_0213_EDR.rpt v1.00 |

Copyright © Cerner Health Services, Inc. All rights reserved.
Crystal Reports © 2023 Business Objects SA. All rights reserved.

Printed By .EDR - Event Driven Routing
Printed On: 22-Aug-23 12:16

... A P E F tar, Naum-Uyglan ; dem 98-Admi sy; 22/22 I retmy and Physical istory and myste.as examination
Conata. Medicine   -  Jaraltoe Healy, MP  08/22/2323.

## Beth Israel Lahey Health
# New England Baptist Hospital

| | | | | |
|---|---|---|---|---|
| **Pt Name:** | Alencar, Mauro | | **MRN:** | 1163930 |
| **DOB:** | 12/05/1974 | | **Visit No:** | 6623485 |
| **Age/Sex:** | 48Y/M | | | |
| **Adm DTime:** | 08/22/2023  10:13 | | **Atn Dr:** | Schena, Anthony MD |
| **Alrg:** | No Known Drug Allergies, Shellfish | | | |

## History and Physical Examination General Medicine - History and Physical Examination

Collected On: 08/22/2023  10:58

ACL and meniscus repair bilaterally- last sx on right knee in 2005; ACI on left knee (2015); vasectomy (2008)
Denies self or family hx of complications with anesthesia. .
Social History Smoking Status Denies Ever Smoked;
    Alcohol Use Current Amount 1 drink a week ;
    Current Opioid Use No;
    Recreational Drug Use No;
    Medical Marijuana Yes, Medical Marijuana Details vapes THC daily ;
    Current Substance Use Disorder Treatment No;
    Checked Mass Online Prescription Monitoring Program (PMP) Yes, Checked Mass Online Prescription
Monitoring Program (PMP) Details Alprazolam 0.5 Mg Tablet - 4 tablets filled 12/16/2022;
    Lives with Spouse;
    Adaptive Equipment Set Adaptive Equipment No;
    Additional Social History 0 STE, bedroom on main level .
Family History Father CAD, Malignancy Type Leukemia; Father Living Status Alive, Mother CAD.

### Vital Signs and Body Measurements
Vital Signs Measured at 8/22/2023 11:07, Temperature 96.7 Fahrenheit infared; Blood Pressure 133/75, Heart Rate
73 Beats per Minute; Respiratory Rate 16 Breaths per Minute, Pulse Oximetry Reading 96 %, Inspired Air Room
Air.
Body Measurements Height 6 Feet 0.5 Inches Method Measurement; Weight 119.7 Kilograms Method Weighed;
Body Mass Index 35.2.

### ROS
At Least 10 Organ Systems Reviewed and Negative Except as Indicated.
Constitutional Denies Any Symptom, No Chills, No Fever, No Night Sweats, No Weight Loss.
Eye Denies Any Symptom, No Dryness, No Eye Pain.
Ear Nose Throat Last dental visit: 4-5 months ago; at night time feels sharp pain in throat when drinks liquids -
PCP is aware , No Dental Pain, No Dysphagia, No Hearing Impairment, No Sore Throat.
Cardiovascular METS >4 (walk two blocks without stopping), No Chest Pain, No Palpitations, No Peripheral
Edema.
Respiratory Denies Any Symptom, No Cough, No Dyspnea, No Sleep Apnea.
Gastrointestinal daily bowel movements, No Abdominal Pain, No Constipation, No Hematemesis, No
Hematochezia, No Melena, No Nausea, No Vomiting.
Genitourinary Denies Any Symptom, No Dysuria, No Hematuria, No Urinary Frequency, No Urinary Incontinence,
No Urinary Retention.

| Pt Name: | Alencar, Mauro | MRN: | 1163930 | Soanan® History and Physical Examination |
|---|---|---|---|---|
| Rm/ Bed: | | | Page 2 of 5 | ORE_J0V1_0213_EDR.rxt v1.00 |

Printed By EDR - Event Driven Routing
Printed On 22-Aug-23 12:16

Copyright © Cerner Health Services, Inc. All rights reserved.
Crystal Reports © 2023 Business Objects SA. All rights reserved.

Date Filed 4/9/2025 4:04 PM
Superior Court of Middlesex
Docket Number

Page: 25 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

Beth Israel Lahey Health

# New England Baptist Hospital

| | | | |
|---|---|---|---|
| Pt Name: | Alencar, Mauro | MRN: | 1163930 |
| DOB: | 12/05/1974 | Visit No: | 6623485 |
| Age/Sex: | 48Y/M | | |
| Adm DTime: | 08/22/2023  10:13 | Atn Dr: | Schena, Anthony MD |
| Alrg: | No Known Drug Allergies, Shellfish | | |

## History and Physical Examination General Medicine - History and Physical Examination

**Collected On: 08/22/2023  10:58**

Musculoskeletal Arthralgia, Back Pain.
Neurologic Denies Any Symptom, No Headache, No Memory Deficit, No Seizure.
Skin Denies Any Symptom, No Bruising, No Lesion, No Rash.
Hematologic and Lymphatic Denies Any Symptom, No Anemia.
Allergic and Immunologic Denies Any Symptom, No Frequent Infection, No Hives, No Tongue Swelling.
Endocrine Denies Any Symptom, No Polydipsia, No Polyphagia, No Polyuria.
Psychiatric Anxiety, Depression, No Suicidal Thoughts, No Thoughts of Harming Others.

**Physical Examination**
Constitutional Alert, No Acute Distress, Well Nourished.
Head and Face Normocephalic and Atraumatic.
Eye Extraocular Movement Intact, Pupils Equally Round Reactive to Light, Pupils Reactive to Accommodation.
Ear Nose Throat Mucous Membranes Moist, No Injury or Deformity, Oropharynx Clear; MP 1.
Cardiovascular No Peripheral Edema, Normal S1, S2, Pulses Normal, Regular Rate and Rhythm.
Respiratory Clear to Auscultation Bilaterally, Normal Rate and Effort.
Gastrointestinal Abdomen Soft, Bowel Sounds Present, Not Tender.
Musculoskeletal Distal Pulses Normal, No Injury or Deformity, No Calf Tenderness; Limited ROM to right knee.
Neurologic 5/5 Strength throughout, No Focal Deficits, Sensation Intact throughout.
Skin Dry, No Lesion, No Rash, Normal Color, Warm; Skin to right knee intact with healed incisional scar.
Lymph No Lymphadenopathy.
Psychiatric Appropriate Affect, Cooperative.

**Radiology Reports and Cardiology Results**
Cardiology Results
EKG:
Sinus rhythm, 58
Borderline T abnormalities inferior leads
Probable left atrial enlargement.

**Impression and Plan**
ASA II;

- 1) Osteoarthritis of Knee,
  Present on Admission Yes,
  Clinical Status Worsening,

| | | | |
|---|---|---|---|
| Pt Name: | Alencar, Mauro | MRN:  1163930 | |
| Rm/ Bed: | | Page 3 of 5 | |

Copyright © Cerner Health Services, Inc. All rights reserved.
Crystal Reports © 2023 Business Objects SA. All rights reserved.

Seanan-5 History and Physical Examination
ORE_J0V1_0213_EDR.rpt v1.00
Printed By EDR - Event Driven Routing
Printed On  22-Aug-23 12 16

Beth Israel Lahey Health

# New England Baptist Hospital

| | | | |
|---|---|---|---|
| **Pt Name:** | Alencar, Mauro | **MRN:** | 1163930 |
| **DOB:** | 12/05/1974 | **Visit No:** | 6623485 |
| **Age/Sex:** | 48Y/M | | |
| **Adm DTime:** | 08/22/2023  10:13 | **Atn Dr:** | Schena, Anthony MD |
| **Alrg:** | No Known Drug Allergies, Shellfish | | |

---

### History and Physical Examination General Medicine - History and Physical Examination

Collected On: 08/22/2023  10:58

Treatment Plan Right TKA with Dr. Schena on August 31st, 2023. ;

2) Hyperlipidemia,
   Present on Admission Yes,
   Clinical Status Stable,
   Treatment Plan Continue atorvastatin.

3) Benign Essential Hypertension,
   Present on Admission Yes,
   Clinical Status Stable,
   Treatment Plan Hold valsartan the DOS. ;

4) Body Mass Index 30+ - Obesity,
   Present on Admission Yes,
   Clinical Status Stable,
   Detail BMI 35.2;

5) Gastroesophageal Reflux Disease,
   Present on Admission Yes,
   Clinical Status Stable;

6) Migraine,
   Present on Admission Yes,
   Clinical Status Stable,
   Detail Without auras, rare occurences. ;

7) Depression,
   Present on Admission Yes,
   Clinical Status Stable,
   Detail Completed ketamine treatments last year, followed by psych at BIDMC. ;
   Treatment Plan Continue fluoxetine and mirtazapine. ;

8) Chronic Pain,
   Present on Admission Yes,
   Clinical Status Stable,

---

Copyright @ Cerner Health Services, Inc.  All rights reserved.
Crystal Reports @ 2023 Business Objects SA All rights reserved.

## Beth Israel Lahey Health
# New England Baptist Hospital

| | | | |
|---|---|---|---|
| Pt Name: | Alencar, Mauro | MRN: | 1163930 |
| DOB: | 12/05/1974 | Visit No: | 6623485 |
| Age/Sex: | 48Y/M | | |
| Adm DTime: | 08/22/2023 10:13 | Atn Dr: | Schena, Anthony MD |
| Alrg: | No Known Drug Allergies, Shellfish | | |

### History and Physical Examination General Medicine - History and Physical Examination

Collected On: 08/22/2023 10:58

Detail Managed with medical marijuana. .

**Screening**
STOP BANG Completed Yes, STOP BANG Score 4; Abuse Neglect Feels Safe at Home Yes, Feels Abused or Threatened No, Fears Returning Home No; Communicable Disease Tuberculosis Exposure No, Travel Outside USA within Past Year Yes Travel to Brazil; Suicide Risk and Homicide Risk Thoughts of Self Harm No, Current Suicidal Ideation No, Means to Implement Self Harm No, Thoughts of Harming Others No, Current Homicidal Ideation No, Means to Implement Harm to Others No; Vaccination Immunization Influenza Virus Vaccine Received this Season Yes, Pneumococcal Virus Vaccine within Last 5 Years Not Known.

Electronically signed by Jennifer Healy, NP on 08/22/2023 12:16

| Pt Name: Alencar, Mauro | MRN: 1163930 | Soarian® History and Physical Examination |
|---|---|---|
| Rm/Bed: | Page 5 of 5 | ORE_J0V1_0213_EDR.rpt v1.00 |

Copyright © Cerner Health Services, Inc. All rights reserved.
Crystal Reports © 2023 Business Objects SA All rights reserved.

Printed By 'EDR - Event Driven Routing
Printed On 22-Aug-23 12:16

*Addendum*

**Beth Israel Lahey Health**
**New England Baptist Hospital**

| | | | |
|---|---|---|---|
| Pt Name: | Alencar, Mauro | MRN: | 1163930 |
| DOB: | 12/05/1974 | Visit No: | 6623485 |
| Age/Sex: | 48Y/M | | |
| Adm DTime: | 08/22/2023  10:13 | Atn Dr: | Schena, Anthony MD |
| Alrg: | No Known Drug Allergies, Shellfish | | |

---

**History and Physical Examination General Medicine - Provider Free Text**

Collected On: 08/22/2023  12:41

Reports had cardiac testing in Brazil. Describes a cardiac contrast CT. States had very early plaque that was nonobstructive.
He is able to generate >4 METS, denies cardiac symptoms. EKG without ischemia.

**Electronically signed by Jennifer Healy, NP on 08/22/2023 12:41**

| Pt Name: Alencar, Mauro | MRN: 1163930 | Addendum to Scanend History and Physical Examination |
|---|---|---|
| Rm/Bed: | Page 1 of 1 | ORE_J0V1_0213_EDR.rpt v1.00 |

Copyright © Cerner Health Services, Inc. All rights reserved.    Printed By .EDR - Event Driven Routing
Crystal Reports © 2023 Business Objects SA. All rights reserved.    Printed On: 22-Aug-23 12:41

Date Filed 4/9/2025 4:04 PM
Superior Court 1617CV03705
Docket Number

Page: 29 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

**Beth Israel Lahey Health**
**New England Baptist Hospital**

Alencar, Mauro
(M) DOB 12/05/1974
08/22/2023          MRN 1163930
                    ENC 6623485

### PROGRESS NOTES

| DATE | TIME | SERV | |
|------|------|------|---|
| 8/23/23 | 0940 | Nasal Culture + MSSA Patient Contacted and will start treatment | |

MS 031 Rev 10/20                                    **USE BOTH SIDES OF SHEET**

Date Filed 4/9/2025 4:04 PM
Superior Court of the state of x
Docket Number

| | | | | |
|---|---|---|---|---|
| Page: 30 of 59 | 2024-06-28 15:22:18 EDT | 18592441606 | | From: 8582441606 |

Paid Alencar, Mauro-MRN6623485-EAS-adm: 6/22/2023 Session Clinical Note   8/16/2023

**Clinical Notes Report**
Generated from 08/08/2023 00:00 to END

# NEW ENGLAND BAPTIST
## HOSPITAL

**125 Parker Hill Ave**
**Boston, MA 02120**
**(617)754-5800**

### Clinical Notes Report

| Name: | Mauro  Alencar | MRN: | 1163930 |
|---|---|---|---|
| DOB: | 12/05/1974 | Patient ID: | 4279718 |
| Age/Sex: | 48Y/M | MPI: | 3616244 |
| Arrival Date/Time: | | Visit #: | 6623485 |

Collected Date/Time: 08/22/23  12:26          Status: Complete

Collected By:  Stephanie E. Lloyd, PT

**Note:**  PT NOTE: Patient is a 48 year old male seen in PASU for anticipated right TKA with Dr. Schena on 8/31/2023. Patient plans to discharge home with support from his wife and daughter. He has 0 STE his home and then a FOS with a rail to the bedroom and stall shower. He is currently independent in ADL's, ambulates without a device. He owns crutches which he will bring DOS. Discussed plan of care, role of PT/OT and post operative precautions. No further questions at this time.

| Pt Name:  Alencar, Mauro | MRN:  1163930 | Clinical Notes Report |
|---|---|---|
| Rm/ Bed: | Page 1 of 1 | ORE_JOV1_0030_DSCH_NBR.rpt v1.00 |

@ 2005-2023 Siemens Medical Solutions Health Services Corporation.  All rights reserved.
Crystal Reports © 1991-2023 Business Objects Software Limited, All rights reserved.

Printed By :
Printed On: 29-Aug-23 01:11

Page: 31 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

**Orders Report**

**Generated from 08/08/2023 00:00 to END**

Beth Israel Lahey Health
**New England Baptist Hospital**

125 Parker Hill Ave
Boston, MA 02120
(617)754-5800

| Orders Report | | | |
|---|---|---|---|
| Name: | Mauro  Alencar | MRN: | 1163930 |
| DOB: | 12/05/1974 | Patient ID: | 4279718 |
| Age/Sex: | 48Y/M | MPI: | 3616244 |
| Arrival Date/Time: | | Visit #: | 6623485 |

**Order Type: Cardiology**
    **Order Sub Type: EKG**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Ordered By |
|---|---|---|---|---|
| 14513679 | 08/22/23 10:59 / 08/22/23 10:59 | Electrocardiogram(EKG) Reason for Request: pre op | Complete | Jennifer  Healy, NP / Jennifer Healy, NP |

Comments: pre op

**Order Type: Charges**
    **Order Sub Type: Inpatient Rehab Charges**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Ordered By |
|---|---|---|---|---|
| 14515081 | 08/22/23 12:35 / 08/22/23 12:35 | Time (PT) | Complete | Stephane E. Lloyd, PT / Stephanie E. Lloyd, PT |

**Order Type: Laboratory**
    **Order Sub Type: Chemistry**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Ordered By |
|---|---|---|---|---|
| 14513678 | 08/22/23 10:59 / 08/22/23 10:59 | Chemistry Panel PASU | Complete | Jennifer  Healy, NP / Jennifer Healy, NP |

**Order Type: Laboratory**
    **Order Sub Type: Hematology**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Ordered By |
|---|---|---|---|---|
| 14513677 | 08/22/23 10:59 / 08/22/23 10:59 | CBC | Complete | Jennifer  Healy, NP / Jennifer Healy, NP |

**Order Type: Laboratory**
    **Order Sub Type: Microbiology**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By / Ordered By |
|---|---|---|---|---|
| 14513736 | 08/22/23 10:59 / 08/22/23 10:59 | MRSA/MSSA BY PCR Source: Nares, Is Patient on Antibiotics? No | Complete | Jennifer  Healy, NP / Jennifer Healy, NP |

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Page 1 of 2

Page: 32 of 59          2024-05-28 15:22:18 EDT          18582441606          From: 8582441606

**Orders Report**

Generated from 08/08/2023 00:00 to END

Beth Israel Lahey Health
## New England Baptist Hospital

**125 Parker Hill Ave**
**Boston, MA 02120**
**(617)754-5800**

| Orders Report | |
|---|---|
| Name: | Mauro Alencar |
| DOB: | 12/05/1974 |
| Age/Sex: | 48Y/M |
| Arrival Date/Time: | |

| | |
|---|---|
| MRN: | 1163930 |
| Patient ID: | 4279718 |
| MPI: | 3616244 |
| Visit #: | 6623485 |

**Order Type: PASU**
    **Order Sub Type: PASU Charges**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By Ordered By |
|---|---|---|---|---|
| 14513680 | 08/22/23 10:59 08/22/23 10:59 | PASU H&P | Discontinue | Jennifer Healy, NP Jennifer Healy, NP |

**Order Type: Radiology**
    **Order Sub Type: DX Radiology**

| Ord No | Str / End DTime | Order as Written | Ord Status | Signed-By Ordered By |
|---|---|---|---|---|
| 14514523 | 08/22/23 12:27 08/22/23 12:27 | XR Standing Legs 3 Foot | In progress | |
| 14514524 | 08/22/23 12:27 08/22/23 12:27 | XR Knee Right 3 Views | In progress | |

| Pt Name: Alencar, Mauro | MRN: 1163930 | Orders Report |
|---|---|---|
| Rm/ Bed: | Page 2 of 2 | ORE_J0V1_0149_DSCH_NBR_V1.rpt v1.00 |
| | | Printed By :Workflow |
| © 2003-2023 Siemens Medical Solutions USA, Inc. All rights reserved. | | Printed On: 26-Aug-23 01:11 |
| Crystal Reports © 2023 Business Objects SA. All rights reserved. | | |

*Report Content Represents Data Available for the specified Visit as of the Generated On Date/Time*

Date Filed 4/9/2025 4:04 PM
Superior Court/Middlesex
Docket Number

Page: 33 of 59        2024-06-28 15:22:18 EDT        18582441606        From: 8582441606

New England Baptist Hospital
125 Parker Hill Avenue
Boston, MA 02120

ALENCAR, MAURO
MR: 1163930
ENC: 6623485
DOB: 12/05/1974 SEX: M
PHYS: SCHENA, ANTHONY
EXAM DATE: 08/22/2023

## RADIOLOGY REPORT

***Final Report***

EXAM#: 2923991

PROCEDURE: ROB 0122 XR LEG2+ JOINTS SURVEY 3FT    Aug 22 2023  1:41PM

CLINICAL INDICATION:  RIGHT KNEE OSTEOARTHRITIS

Degenerative changes are present in the right knee with narrowing of the
medial joint compartment space, cortical irregularity of the articular
surfaces of the medial and lateral joint compartments, and degenerative
changes of the patellofemoral joint. In the left knee, there are
postsurgical changes present from a medial reconstruction procedure as
well as a tibial tubercle osteotomy. Degenerative changes are present in
the left knee with cortical irregularity of the articular surfaces of the
medial and lateral joint compartments. The hip and the ankle joints are
unremarkable.

NUMBER OF IMAGES: 5

Reported by : OWEN MADDOX M.D. On: Aug 22 2023  1:43P
Signed by: MADDOX M.D., OWEN On. Aug 22 2023  1:43P

Date Filed 4/9/2025 4:04 PM
Superior Court Department
Docket Number

Page: 34 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

**New England Baptist Hospital**
125 Parker Hill Avenue
Boston, MA 02120

ALENCAR, MAURO
MR: 1163930
ENC: 6623485
DOB: 12/05/1974 SEX: M
PHYS: SCHENA, ANTHONY
EXAM DATE: 08/22/2023

## RADIOLOGY REPORT

***Final Report***

EXAM#: 2923992

PROCEDURE: ROB 0111 XR KNEE RIGHT 3 VIEWS    Aug 22 2023  1:41PM

CLINICAL INDICATION:   RIGHT KNEE OSTEOARTHRITIS

Degenerative changes are present in the right knee with narrowing of the
medial joint compartment space, cortical irregularity of the articular
surfaces of the medial and lateral joint compartments, and degenerative
changes of the patellofemoral joint. In the left knee, there are
postsurgical changes present from a medial reconstruction procedure as
well as a tibial tubercle osteotomy. Degenerative changes are present in
the left knee with cortical irregularity of the articular surfaces of the
medial and lateral joint compartments. The hip and the ankle joints are
unremarkable.

NUMBER OF IMAGES: 3

Reported by : OWEN MADDOX M.D. On: Aug 22 2023  1:43P
Signed by: MADDOX M.D., OWEN On: Aug 22 2023  1:43P

Date Filed 4/9/2025 4:04 PM
Superior Court of Middlesex
Docket Number

Page: 35 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

**New England Baptist Hospital**
125 Parker Hill Avenue
Boston, MA 02120

Alencar, Mauro
MR: 1163930
ENC: 6511112
DOB: 12/05/1974
DATE: 11/29/2022
ATTENDING: Kenney, Robert C PA

## PTB - PHYSICAL THERAPY

PHYSICAL THERAPY DISCHARGE NOTE

REFERRING PHYSICIAN: Robert Kenney, PA.

DIAGNOSIS: Lumbar radiculopathy.

DATE OF EVALUATION: 10/08/2022.

DATES OF SERVICE: Include 10/10/2022, 10/13/2022, 10/18/2022, 10/20/2022, 10/27/2022, 11/01/2022, 11/08/2022, 11/10/2022, and 11/29/2022.

SUBJECTIVE: The patient denies having pain at this point at all. He initially rated his pain in the back as a 2/10. He did report having sprained his ankle approximately 2 weeks ago causing him to decrease some of his activity, but did not note any increase in symptoms secondary to that. The patient reported that he will be participating in treatment for a separate issue beginning next week and feels as though he is appropriate for discharge at this time. The patient does not feel functionally limited by any activities and the patient believes he has met all the goals of his initial evaluation.

OBJECTIVE: Current PT treatment has included the use of cycling for warmup, static stretching, progressive resisted strengthening exercises, functional lifting, home exercise program and patient education.

The patient's Oswestry disability index score is changed from a 24% to a 0%.

Range of motion includes lumbar flexion 110 degrees, extension 4 degrees and side bending bilaterally of 40 degrees. As of his initial evaluation, he had lumbar flexion of 75 degrees, extension of 40 degrees and side bending bilaterally of 30 degrees.

The patient is able to utilize the back extension machine with 180 pounds compared to 135 pounds initially.

The patient is able to perform the rotary torso with 155 pounds compared to 115 pounds initially.

The patient is able to perform lat pull downs with 97 pounds compared to 72 pounds initially.

The patient is able to perform hip flexion with 130 pounds compared to 85 pounds initially.

The patient is able to perform hip abduction with 120 pounds compared to 70 pounds initially.

The patient is able to perform hip extension with 225 pounds compared to 130 pounds initially.

The patient is able to perform hip adduction with 135 pounds compared to 85 pounds initially.

The patient is able to perform box lifting from floor to waist with a 50-pound box compared to a 35-pound box initially.

The patient is able to perform seated rows with 77 pounds compared to 60 pounds initially.

The patient is able to perform the leg press with 200 pounds compared to 150 pounds initially.

**New England Baptist Hospital**
125 Parker Hill Avenue
Boston, MA 02120

Alencar, Mauro
MR: 1163930
ENC: 6511112
DOB: 12/05/1974
DATE: 11/29/2022
ATTENDING: Kenney, Robert C PA

### PTB - PHYSICAL THERAPY

ASSESSMENT:  The patient has progressed well with physical therapy and is appropriate for discharge from physical therapy at this time.  The patient has met all the goals of his initial evaluation.

PLAN:  Discharge the patient from outpatient physical therapy.

Dictated By: Eric C. Knopp, PT LIC# 19044

eScription DEE/SUM-278633959
Dictated: 11/29/2022 16:46:23   Transcribed 11/30/2022 07:57:00

Signed by Knopp, Eric C PT on  01-Dec-2022 16:25:51 -05:00

_____

Eric C Knopp PT       LIC# 19044

Beth Israel Lahey Health 
New England Baptist Hospital

Alencar, Mauro
(M) DOB 12/05/1974    MRN 1163930
11/29/2022                ENC 6511112

**Outpatient Physical Therapy Daily Note/Charge Sheet**

Visits # 10

| Modifier | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| | | Only 1 Unit | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | The PT sprained his ankle 2 |
| | 97162 | | PT Eval Mod Complex 30 Min | | weeks ago for no apparently |
| | 97163 | | PT Eval High Complex 45 Min | | good reason. He is it |
| | 97164 | | PT Re-Eval EST Plan Care | | is feeling better since. |
| | | Only 1 Unit | Modalities-Untimed | | He said his back is not bothering |
| | 97010 | | Hot Pack/Cold Pack | | him either. |
| | 97014 | | E Stim-Unattended (non-wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | Modalities-Timed | | |
| | 97032 | | E Stim-Attended | | |
| | 97033 | | Iontophoresis | | Objective Findings/Measurements/Function |
| | 97035 | | Ultrasound | | ☑ Refer to Progress Note/Evaluation/Discharge Summary |
| | | | Procedures-Timed | | Dictation Confirmation # 33178385 |
| | 97110 | 3 | Therapeutic Exercise | 50 | |
| | 97112 | | Neuromuscular Rep-Education | | |
| | 97116 | | Gait Training | | |
| | 97140 | | Manual Therapy | | |
| | 97530 | | Therapeutic Activity | | |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |
| | | | | | ☑ Treatment per Flow Sheet |
| 1 unit ≥ 8 min to <23 min | | 2 units ≥ 23 min to <38 min | | | Assessment |
| 3 units ≥ 38 min to <53 min | | 4 units ≥ 53 min to <68min | | | |
| Total Units | | Total Treatment-Untimed    Total Min | | | |
| Total Units | 3 | Total Treatment-Timed    Total Min | 50 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Plan ☑ Continue current treatment plan |
| | | | | | ☐ Revise plan as follows |
| | | | | | |
| | | | | | |

*Eric Knopp* PT 19044        Eric Knopp                11/29/22  16:50
Provider's Signature / Credentials        Print Name                Date        Time (24 hr)

RS 092 (12/19)

Date Filed 4/9/2025 4:04 PM
Superior Court 1603CV00666x
Docket Number

Page: 38 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

**Beth Israel Lahey Health**
## New England Baptist Hospital

Aloncar, Mauro
(M) DOB 12/05/1974
11/10/2022

MRN 1163930
ENC 6502870



**Outpatient Physical Therapy Daily Note/Charge Sheet**

Visits # __9__

| Modifier | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| | | Only 1 Unit | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | The pt has not observed his |
| | 97162 | | PT Eval Mod Complex 30 Min | | back pain for several days. |
| | 97163 | | PT Eval High Complex 45 Min | | He believed that his back will |
| | 97164 | | PT Re-Eval EST Plan Care | | not be a factor in playing |
| | | Only 1 Unit | Modalities-Untimed | | basketball. |
| | 97010 | | Hot Pack/Cold Pack | | |
| | 97014 | | E Stim-Unattended (non-wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | Modalities-Timed | | |
| | 97032 | | E Stim-Attended | | |
| | 97033 | | Iontophoresis | | Objective *Findings/Measurements/Function* |
| | 97035 | | Ultrasound | | ☐ Refer to Progress Note/Evaluation/Discharge Summary |
| | | | Procedures-Timed | | Dictation Confirmation # |
| | 97110 | 3 | Therapeutic Exercise | 40 | Progressed exercises to the |
| | 97112 | | Neuromuscular Rep-Education | | pt's tolerance. |
| | 97116 | | Gait Training | | |
| | 97140 | | Manual Therapy | | |
| | 97530 | | Therapeutic Activity | | |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |
| | | | | | ☑Treatment per Flow Sheet |
| 1 unit ≥ 8 min to <23 min | | 2 units ≥ 23 min to <38 min | | | Assessment  The pt has observed |
| 3 units ≥ 38 min to <53 min | | 4 units ≥ 53 min to <68min | | | an improvement in his |
| Total Units | | Total Treatment-Untimed    Total Min | | | attitude and hip symptoms. |
| Total Units | 3 | Total Treatment- Timed    Total Min | 40 | | He has nearly met all |
| | | | | | goals. |
| | | | | | |
| | | | | | Plan ☑Continue current treatment plan |
| | | | | | ☐Revise plan as follows |
| | | | | | |
| | | | | | |

Eric Knapp PT 19084    Eric Knapp                    11/10/22    14 35
Provider's Signature / Credentials          Print Name              Date      Time (24 hr)

RS 092 (12/19)

Page 1 of 1

Date Filed 4/9/2025 4:04 PM
Superior Court of Middlesex
Docket Number

Page: 39 of 59                    2024-06-28 15:22:18 EDT                    18582441606                    From: 8582441606

**New England Baptist Hospital**
125 Parker Hill Avenue
Boston, MA 02120

Alencar, Mauro
MR: 1183930
ENC: 6502869
DOB: 12/05/1974
DATE: 11/08/2022
ATTENDING: Kenney, Robert C PA

## PTB - PHYSICAL THERAPY

PHYSICAL THERAPY PROGRESS NOTE

REFERRING PHYSICIAN: Robert Kenney, PA.

DIAGNOSIS: Lumbar Radiculopathy.

DATE OF EVALUATION: 10/06/2022

DATES OF SERVICE: Include 10/10/2022, 10/13/2022, 10/18/2022, 10/20/2022, 10/27/2022, 11/01/2022 and 11/08/2022.

SUBJECTIVE: The patient noted that he was able to walk for several miles over the weekend and did not notice any back pain. The patient has been compliant with performing his home exercise program. The patient feels as though he is making good progress with physical therapy currently. The patient has not attempted to playing any basketball primarily due to other bouts of sickness, but is becoming more confident in his ability to participate. The patient has not had the need to go into his attic as of yet.

OBJECTIVE: Current physical therapy treatment has included the use of riding a recumbent bicycle for warmup, static stretching, progressive resistive strengthening exercises, functional lifting, home exercise program, and patient education.

Range of motion includes lumbar flexion 100 degrees, extension 40 degrees and side bending bilaterally 40 degrees. As of his initial evaluation, he had lumbar flexion of 75 degrees, extension of 40 degrees and side bending bilaterally of 30 degrees.

The patient is able to utilize the back extension machine with 175 pounds compared to 135 pounds initially.

The patient is able to utilize the rotary torso with 150 pounds compared to 115 pounds initially.

The patient is able to perform lat pull downs with 92 pounds compared to 72 pounds initially.

The patient is able to perform hip flexion with 120 pounds compared to 85 pounds initially.

The patient is able to perform hip abduction with 105 pounds compared to 70 pounds initially.

The patient is able to perform hip extension with 220 pounds compared to 130 pounds initially.

The patient is able to perform hip adduction with 120 pounds compared to 85 pounds initially.

The patient is able to perform box lifting from floor to waist with a 45-pound box compared to a 35-pound box initially.

The patient is able to perform a static hold on the Roman chair for 90 seconds and has been able to perform 15 dips.

The patient is able to perform seated rows with 77 pounds compared to 60 pounds initially.

The patient is able to perform the leg press with 190 pounds compared to 150 pounds initially.

Date Filed 4/9/2025 4:04 PM
Superior Court 1617CV00256x
Docket Number

**New England Baptist Hospital**
125 Parker Hill Avenue
Boston, MA 02120

Alencar, Mauro
MR: 1163930
ENC: 6502869
DOB: 12/05/1974
DATE: 11/08/2022
ATTENDING: Kenney, Robert C PA

## PT8 - PHYSICAL THERAPY

ASSESSMENT: The patient is progressing well with physical therapy and is noting improvement to his symptoms as well as in his function. The patient is encouraged by his current progress and would continue to benefit from physical therapy as planned at his initial evaluation as he has not yet met all of his goals. The patient has not yet met the goal of being independent with his home exercise program nor his ability to going to the attic largely secondary to not having a need to go up there.

PLAN: The patient will attend physical therapy 2 times a week for three more weeks. These sessions will continue to include stretching exercises for flexibility, progressive resistive strengthening exercises, functional lifting activities, home exercise program along with patient education.

Dictated By: Eric C. Knopp, PT LIC# 19044

eScription ARP/GOT-275334100
Dictated: 11/08/2022 13:48:42   Transcribed 11/09/2022 02:15:00

Signed by Knopp, Eric C PT on  15-Nov-2022 15:23:00 -05:00

_____
Eric C Knopp PT      LIC# 19044

Page 2 of 2

Date Filed 4/9/2025 4:04 PM
Superior Court Middlesex
Docket Number

Page: 41 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606



Beth Israel Lahey Health
**New England Baptist Hospital**

Alencar, Mauro
(M) DOB 12/05/1974    MRN 1163930
11/08/2022              ENC 6502869



**Outpatient Physical Therapy Daily Note/Charge Sheet**

Visits # ____ 8

| Modifier | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| | | Only 1 Unit | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | |
| | 97162 | | PT Eval Mod Complex 30 Min | | |
| | 97163 | | PT Eval High Complex 45 Min | | |
| | 97164 | | PT Re-Eval EST Plan Care | | |
| | | Only 1 Unit | Modalities-Untimed | | |
| | 97010 | | Hot Pack/Cold Pack | | |
| | 97014 | | E Stim-Unattended (non-wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | Modalities-Timed | | |
| | 97032 | | E Stim-Attended | | |
| | 97033 | | Iontophoresis | | Objective *Findings/Measurements/Function* |
| | 97035 | | Ultrasound | | ☑ Refer to Progress Note/Evaluation/Discharge Summary |
| | | | Procedures-Timed | | Dictation Confirmation # 3126722 |
| | 97110 | 3 | Therapeutic Exercise | 45 | Excl            Nau |
| | 97112 | | Neuromuscular Rep-Education | | Flexion        75        100 |
| | 97116 | | Gait Training | | Extension      40        40 |
| | 97140 | | Manual Therapy | | S debrid (R)   30        40 |
| | 97530 | | Therapeutic Activity | | (L)   30        40 |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |

| 1 unit ≥ 8 min to <23 min | 2 units ≥ 23 min to <38 min | ☑ Treatment per Flow Sheet |
|---|---|---|
| 3 units ≥ 38 min to <53 min | 4 units ≥ 53 min to <68min | Assessment |

| Total Units | | Total Treatment-Untimed | Total Min | |
|---|---|---|---|---|
| Total Units | 3 | Total Treatment- Timed | Total Min | 75 |

Plan ☑ Continue current treatment plan
☐ Revise plan as follows

Eric Johnson PT 19044    Print Name: Eric Kuc APP    Date: 11/8/22    Time (24 hr): 13 45

Provider's Signature / Credentials

RS 092 (12/19)

Date Filed 4/9/2025 4:04 PM
Superior Court of Middlesex
Docket Number

Page: 42 of 59          2024-08-28 15:22:18 EDT          18582441606          From: 8582441606





**Beth Israel Lahey Health**
**New England Baptist Hospital**

Alencar, Mauro
(M) DOB 12/05/1974   MRN 1163930
11/01/2022            ENC 6602867

**Outpatient Physical Therapy Daily Note/Charge Sheet**

Visits # ___7___

| Modifier | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| | | Only 1 Unit | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | The pt said that he "doesn't |
| | 97162 | | PT Eval Mod Complex 30 Min | | feel great today because I |
| | 97163 | | PT Eval High Complex 45 Min | | had a bad night's sleep." |
| | 97164 | | PT Re-Eval EST Plan Care | | |
| | | Only 1 Unit | Modalities-Untimed | | |
| | 97010 | | Hot Pack/Cold Pack | | |
| | 97014 | | E Stim-Unattended (non wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | Modalities-Timed | | |
| | 97032 | | E Stim-Attended | | Objective Findings/Measurements/Function |
| | 97033 | | Iontophoresis | | ☐ Refer to Progress Note/Evaluation/Discharge Summary |
| | 97035 | | Ultrasound | | |
| | | | Procedures-Timed | | Dictation Confirmation # |
| | 97110 | 2 | Therapeutic Exercise | 30 | Progressed exercises to the pt's |
| | 97112 | | Neuromuscular Rep-Education | | tolerance |
| | 97116 | | Gait Training | | |
| | 97140 | | Manual Therapy | | |
| | 97530 | | Therapeutic Activity | | |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |
| | | | | | ☐ Treatment per Flow Sheet |
| 1 unit ≥ 8 min to <23 min | | 2 units ≥ 23 min to <38 min | | | Assessment The pt was motivated |
| 3 units ≥ 38 min to <53 min | | 4 units ≥ 53 min to <68min | | | to attend but had low |
| Total Units | | Total Treatment-Untimed | Total Min | | energy for the exercise. |
| Total Units | 2 | Total Treatment-Timed | Total Min | 30 | He noted feeling good with the |
| | | | | | PT and done today and |
| | | | | | believes he could not have |
| | | | | | done more. |
| | | | | | |
| | | | | | Plan ☑ Continue current treatment plan |
| | | | | | ☐ Revise plan as follows |
| | | | | | |
| | | | | | |

_Eric Knapp_ PT 19044          Eric Knapp          11/1/22          14:30
**Provider's Signature / Credentials          Print Name          Date          Time (24 hr)**
RS 092 (12/18)

Date Filed 4/9/2025 4:04 PM
Superior Court Middlesex
Docket Number

Page: 43 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

**Beth Israel Lahey Health**
**New England Baptist Hospital**

Alencar, Mauro
(M) DOB **12/05/1974**  MRN **1163930**
**10/27/2022**  ENC **6502888**



**Outpatient Physical Therapy Daily Note/Charge Sheet**

| Visits # | 6 | | | | |
|---|---|---|---|---|---|
| Modifier | CPT | Units | Description | Min | Daily Note |
| | | Only 1 Unit | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | The pt reported "tweak'ng" his |
| | 97162 | | PT Eval Mod Complex 30 Min | | (L) knee the other day |
| | 97163 | | PT Eval High Complex 45 Min | | He has had times where he |
| | 97164 | | PT Re-Eval EST Plan Care | | hasn't noticed his back. |
| | | Only 1 Unit | Modalities-Untimed | | He notes having no back |
| | 97010 | | Hot Pack/Cold Pack | | pain for a couple weeks. |
| | 97014 | | E Stim-Unattended (non-wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | Modalities-Timed | | |
| | 97032 | | E Stim-Attended | | Objective *Findings/Measurements/Function* |
| | 97033 | | Iontophoresis | | ☐ Refer to Progress Note/Evaluation/Discharge Summary |
| | 97035 | | Ultrasound | | |
| | | | Procedures-Timed | | Dictation Confirmation # |
| | 97110 | 3 | Therapeutic Exercise | 45 | Progressed exercises to the |
| | 97112 | | Neuromuscular Rep-Education | | pt's tolerance |
| | 97116 | | Gait Training | | |
| | 97140 | | Manual Therapy | | |
| | 97530 | | Therapeutic Activity | | |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |
| | | | | | ☑ Treatment per Flow Sheet |
| | | | | | Assessment |
| 1 unit ≥ 8 min to <23 min | | 2 units ≥ 23 min to <38 min | | | The pt has observed |
| 3 units ≥ 38 min to <53 min | | 4 units ≥ 53 min to <68min | | | significant changes functionally |
| Total Units | | Total Treatment-Untimed | Total Min | | and symptomatically. |
| Total Units | 3 | Total Treatment- Timed | Total Min | 45 | |
| | | | | | |
| | | | | | |
| | | | | | Plan ☑ Continue current treatment plan |
| | | | | | ☐ Revise plan as follows |
| | | | | | The pt will start running |
| | | | | | this weekend. |

Provider's Signature / Credentials: *Eric Knapp PT 19044*     Print Name: *Eric Knapp*     Date: 10/27/22     Time (24 hr): 16:45

RS 092 (12/19)

Date Filed 4/9/2025 4:04 PM
Superior Court (S) Middlesex
Docket Number

Page: 44 of 59          2024-06-28 15:22:18 EDT          18592441606          From: 8582441606

Beth Israel Lahey Health
**New England Baptist Hospital**

Alencar, Mauro
(M) DOB 12/05/1974    MRN 1163930
10/20/2022               ENC 6502864



**Outpatient Physical Therapy Daily Note/Charge Sheet**

| Modifier | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| Visits # | 3 | | | | |
| | | Only 1 Unit | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | The pr sd he has been sleeping |
| | 97162 | | PT Eval Mod Complex 30 Min | | more and drick drinking |
| | 97163 | | PT Eval High Complex 45 Min | | more water |
| | 97164 | | PT Re-Eval EST Plan Care | | The pr reported that his (R) |
| | | Only 1 Unit | Modalities-Untimed | | Knee feels good but his (L) |
| | 97010 | | Hot Pack/Cold Pack | | knee hurts. |
| | 97014 | | E Stim-Unattended (non-wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | Modalities-Timed | | |
| | 97032 | | E Stim-Attended | | Objective Findings/Measurements/Function |
| | 97033 | | Iontophoresis | | ☐ Refer to Progress Note/Evaluation/Discharge Summary |
| | 97035 | | Ultrasound | | Dictation Confirmation # |
| | | | Procedures-Timed | | |
| | 97110 | 3 | Therapeutic Exercise | 40 | Progressed exercises in the |
| | 97112 | | Neuromuscular Rep-Education | | pt's tolerence. |
| | 97116 | | Gait Training | | |
| | 97140 | | Manual Therapy | | |
| | 97530 | | Therapeutic Activity | | |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |
| | | | | | ☑ Treatment per Flow Sheet |
| 1 unit ≥ 8 min to <23 min | | | 2 units ≥ 23 min to <38 min | | Assessment The pr is making |
| 3 units ≥ 38 min to <53 min | | | 4 units ≥ 53 min to <68min | | steady progress c treatment. |
| Total Units | | Total Treatment-Untimed | Total Min | | He is less nervous about |
| Total Units | 3 | Total Treatment- Timed | Total Min | 40 | his symptoms as they are |
| | | | | | decreasing. |
| | | | | | |
| | | | | | |
| | | | | | Plan ☑ Continue current treatment plan |
| | | | | | ☐ Revise plan as follows |

Eric Knapp PT 19044          Eric Knapp          10/20/22  13:40
Provider's Signature / Credentials          Print Name          Date    Time (24 hr)

RS 092 (12/19)

Date Filed 4/9/2025 4:04 PM
Superior Court Civil Docket
Docket Number

Page: 45 of 59        2024-06-28 15:22:18 EDT        18582441606        From: 8582441606



**Beth Israel Lahey Health**
# New England Baptist Hospital

Alencar, Mauro
(M) DOB 12/05/1974    MRN 1183930
10/18/2022    ENC 6502863

**Outpatient Physical Therapy Daily Note/Charge Sheet**

Visits # __4__

| (Modifier) | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| | | Only 1 Unit | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | The pt noted that his knee |
| | 97162 | | PT Eval Mod Complex 30 Min | | is improved since the |
| | 97163 | | PT Eval High Complex 45 Min | | injections. He noted one |
| | 97164 | | PT Re-Eval EST Plan Care | | issues following his last visit. |
| | | Only 1 Unit | Modalities-Untimed | | |
| | 97010 | | Hot Pack/Cold Pack | | |
| | 97014 | | E Stim-Unattended (non-wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | Modalities-Timed | | |
| | 97032 | | E Stim-Attended | | Objective Findings/Measurements/Function |
| | 97033 | | Iontophoresis | | ☐ Refer to Progress Note/Evaluation/Discharge Summary |
| | 97035 | | Ultrasound | | |
| | | | Procedures-Timed | | Dictation Confirmation # |
| | 97110 | 3 | Therapeutic Exercise | 45 | Progressee exercise to the |
| | 97112 | | Neuromuscular Rep-Education | | pt's exercise |
| | 97116 | | Gait Training | | The pt noted slight lightheadedness |
| | 97140 | | Manual Therapy | | on the Roman chair |
| | 97530 | | Therapeutic Activity | | BP= 122/86   HR 122 |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |
| | | | | | ☑ Treatment per Flow Sheet |

| 1 unit ≥ 8 min to <23 min | 2 units ≥ 23 min to <38 min |
|---|---|
| 3 units ≥ 38 min to <53 min | 4 units ≥ 53 min to <68min |

| Total Units | | Total Treatment-Untimed | Total Min |
|---|---|---|---|
| Total Units | 3 | Total Treatment- Timed | Total Min | 45 |

Assessment The pt has noted an improvement in his sxs clearly. She is aware of the connection b/w anxiety and pain. Encouraged the pt to consume more fluids in general and specifically before his PT sessions

Plan ☑ Continue current treatment plan
☐ Revise plan as follows

_Eric Knapp PT 19044_     Eric Knapp     10/18/22  17:45
Provider's Signature / Credentials    Print Name    Date    Time (24 hr)

RS 092 (12/19)

Date Filed 4/9/2025 4:04 PM
Superior Court of Massachusetts
Docket Number

Page: 46 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606



**Beth Israel Lahey Health**
**New England Baptist Hospital**

Alencar Mauro
(M) DOB 12/05/1974   MRN 1163630
10/13/2022          ENC 6502882



**Outpatient Physical Therapy Daily Note/Charge Sheet**

Visits # ___ 5 ___

| Modifier | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| | Only 1 Unit | | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | |
| | 97162 | | PT Eval Mod Complex 30 Min | | |
| | 97163 | | PT Eval High Complex 45 Min | | Tues had cortisone shot (R) Knee |
| | 97164 | | PT Re-Eval EST Plan Care | | 4/10 ↓ to 0 ~ |
| | Only 1 Unit | | Modalities-Untimed | | |
| | 97010 | | Hot Pack/Cold Pack | | (L) E Stim 1/10 |
| | 97014 | | E Stim-Unattended (non-wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | Modalities-Timed | | |
| | 97032 | | E Stim-Attended | | |
| | 97033 | | Iontophoresis | | Objective Findings/Measurements/Function |
| | 97035 | | Ultrasound | | ☐ Refer to Progress Note/Evaluation/Discharge Summary |
| | | | Procedures-Timed | | Dictation Confirmation # |
| | 97110 | 4 | Therapeutic Exercise | 60 | |
| | 97112 | | Neuromuscular Rep-Education | | added seated piriformis |
| | 97116 | | Gait Training | | stretch ~ |
| | 97140 | | Manual Therapy | | Standing Hamstring stretch |
| | 97530 | | Therapeutic Activity | | |
| | 97535 | | ADL Self/Home Management | | Started - cervical lift & 25# |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |
| | | | | | ☐ Treatment per Flow Sheet |
| 1 unit ≥ 8 min to <23 min | | 2 units ≥ 23 min to <38 min | | | Assessment Patient, had a cortisone |
| 3 units ≥ 38 min to <53 min | | 4 units ≥ 53 min to <68min | | | shot on Tues 10/11/22 for (R) knee |
| Total Units | | Total Treatment-Untimed | Total Min | | and the pain decreased from |
| Total Units | 4 | Total Treatment-Timed | Total Min | 60 | 4/10 to 0/10. |
| | | | | | Patient increased weights |
| | | | | | on all gym equipment and |
| | | | | | worked on good spine |
| | | | | | position during exercises. |
| | | | | | Plan ☐ Continue current treatment plan |
| | | | | | ☐ Revise plan as follows |

Nancy Kiernan MPT
Provider's Signature / Credentials          Nancy L Kiernan
RS 092 (12/19)                              Print Name          10/13/22    1230
                                                                Date        Time (24 hr)

License # 6410

Page 1 of 1

Date Filed 4/9/2025 4:04 PM
Superior Court Middlesex
Docket Number

Page: 47 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606



**Beth Israel Lahey Health**

**New England Baptist Hospital**

Alencar, Mauro
(M) DOB 12/05/1974    MRN 1163930
10/10/2022             ENC 6502584

**Outpatient Physical Therapy Daily Note/Charge Sheet**

Visits # 2

| Modifier | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| | **Only 1 Unit** | | **Evaluations-Untimed** | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | "I think the recumbent bike |
| | 97162 | | PT Eval Mod Complex 30 Min | | will be better for my knees." |
| | 97163 | | PT Eval High Complex 45 Min | | The pt did not seem to stretch |
| | 97164 | | PT Re-Eval EST Plan Care | | over the weekend but is ready |
| | **Only 1 Unit** | | **Modalities-Untimed** | | to change that today. |
| | 97010 | | Hot Pack/Cold Pack | | |
| | 97014 | | E Stim-Unattended (non-wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | **Modalities-Timed** | | |
| | 97032 | | E Stim-Attended | | **Objective** Findings/Measurements/Function |
| | 97033 | | Iontophoresis | | ☐ Refer to Progress Note/Evaluation/Discharge Summary |
| | 97035 | | Ultrasound | | Dictation Confirmation # |
| | | | **Procedures-Timed** | | |
| | 97110 | 3 | Therapeutic Exercise | 40 | Began gym training to the |
| | 97112 | | Neuromuscular Rep-Education | | pt's tolerance. |
| | 97116 | | Gait Training | | |
| | 97140 | | Manual Therapy | | |
| | 97530 | | Therapeutic Activity | | |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |
| | | | | | ☑ Treatment per Flow Sheet |
| | | | | | **Assessment** The pt noted being |

1 unit ≥ 8 min to <23 min     2 units ≥ 23 min to <38 min
3 units ≥ 38 min to <53 min   4 units ≥ 53 min to <68 min

| Total Units | | Total Treatment-Untimed   Total Min | | out of shape. He was slightly |
| Total Units | 3 | Total Treatment- Timed   Total Min | 40 | provided on the arm cycle/bike |
| | | | | but said it got better. |

**Plan** ☑ Continue current treatment plan
☐ Revise plan as follows

Eric Knapp PT 19044    Eric Knapp    10/10/22  16.40
Provider's Signature / Credentials    Print Name    Date    Time (24 hr)
RS 092 (12/19)

Page 1 of 1

Beth Israel Lahey Health

# New England Baptist Hospital

**Patient:** Alencar, Mauro
**DOB:** 12/05/1974
**MRN:** 1163930
**ENC:** 6490916

## NEBH Order

*Encounter Assigned on 10/10/2022 07:02:03 AM   By: Stephany Alberto*

*Originated via Fax on 09/16/2022 12:44:06 PM*

### Information

**OrderId:** 126085
**Priority:** Routine
**From Phone:** 16177545578
**To Facility:** NEBH 830 Boylston

### Procedure Information

**CPT Code(s):** 97163,97110,97530,97140          **Desc** PT
**Department:** Physical Therapy
**Order Type:** Schedule

### Diagnosis Information

**ICD-10 Codes:** M54.16

### Patient Information

**Patient's Name:**  Alencar, Mauro          **DOB:**  12/05/1974
**Gender:**  M
**MRN:**  1163930
**Home Phone:** 4152159488
27 Grace Road
Newton Center MA, 02459

### Insurance Information

**Payor:** Aetna            **Policy #:** W238926005
**Plan:** 5                 **Group #:** 086544401400006
**Group Name:** Aetna PPO
**Subscriber Name:** Mauro Alencar          **Relationship to Patient:** Self
**Address:** PO Box 981106
**Address:** El Paso TX, 79998
**Phone:** 8886323862
**Contact:** Aetna Open Choice
**Payor:** Aetna            **Policy #:** W238926005
**Plan:** 1241               **Group #:** 086544401400006
**Group Name:** Aetna - El Paso Tx
**Subscriber Name:** Mauro Alencar          **Relationship to Patient:** Self
**Address:** P.O.Box 981106
**Address:** El Paso TX, 799981109

**Phone:** 8886323862

**Contact:** AetnaElPasoTx

report created 10/10/2022 07:03:05 AM

Date Filed 4/9/2025 4:04 PM
Superior Court Middlesex
Docket Number

Page: 50 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

**New England Baptist Hospital**
125 Parker Hill Avenue
Boston, MA 02120

Alencar, Mauro
MR: 1163930
ENC: 6490916
DOB: 12/05/1974
DATE: 10/06/2022
ATTENDING: Kenney, Robert C PA

## PTB - PHYSICAL THERAPY

PHYSICAL THERAPY INITIAL EVALUATION

REFERRING PHYSICIAN: Robert Kenney, PA.

DIAGNOSIS: Lumbar radiculopathy.

DATE OF EVALUATION: 10/06/2022

HISTORY OF PRESENT INJURY: The patient is a 47-year-old male who reports having history of bilateral multiple knee surgeries prompting him to decrease his activity and change it on various occasions over the past several years and began noticing an experience of back pain, which began within the last 4 to 5 years. He says that he feels the left side of his body is largely imbalanced including at the knees and hips. He had imaging of his spine revealed. He has had imaging performed of his lumbar spine revealing compression and herniation at one of his disks, though he does not recall which one in particular. The patient met with Robert Kenney, PA, on 08/12/2022. He was not deemed a surgical candidate but was referred to outpatient physical therapy for which he presents today.

PAST MEDICAL HISTORY: This is available inside of the patient's chart.

MEDICATIONS: This is available inside of the patient's chart.

CURRENT SYMPTOMS: The patient reports experiencing back pain that he rates as a 2/10 and denies having any leg pain. He indicates that his pain can get extremely heavy at times to a point where he needs assistance with walking. He describes his pain is located at his glutes and mid back, primarily on the left hand side. He will occasionally get some left thigh pain. He denies any numbness or tingling. He stated "I don't remember the last time I didn't have the pain."

FUNCTIONAL LIMITATIONS: The patient's Oswestry disability index score is 24% with the patient having limitations noted on all components of this test. The patient states that standing can be problematic for him, especially when washing the dishes or standing in line. He reports that he can potentially stand for up to an hour but also notes that if he is standing and looking down at the same time, he can only do so for a few moments. The patient did not report any significant issues regarding his work status. The patient states that he is able to lift relatively heavy weights, though will pay for it the day after. He states that he is cautious about how he lifts items to make sure he is maintaining a good posture. The patient states that he is not particularly good at sleeping but does not have this limitation secondary to back pain. The patient previously used to play basketball but has been unable to do that, which may be secondary to his knees as compared to his back.

OBJECTIVE: The patient's stated height is 6 feet 1 inch, and he has an ideal body weight of 180 pounds.

POSTURE: In standing, does not reveal any significant postural abnormalities. The patient does demonstrate surgical scars bilaterally at the knees.

RANGE OF MOTION: Includes lumbar flexion 75 degrees, extension 40 degrees and side bending bilaterally of 30 degrees.

MUSCLE LENGTH: The patient demonstrates decreased muscle length in his hamstrings by way of straight leg raising bilaterally possible to 60 degrees as well as in his hip flexors and piriformis muscles. The patient's quadriceps muscles were also short length.

Page 1 of 2

**New England Baptist Hospital**
125 Parker Hill Avenue
Boston, MA 02120

Alencar, Mauro
MR: 1163930
ENC: 6490916
DOB: 12/05/1974
DATE: 10/06/2022
ATTENDING: Kenney, Robert C PA

## PTB - PHYSICAL THERAPY

STRENGTH: Hip flexion bilaterally 4+/5, abduction bilaterally 5/5, extension bilaterally 5/5. Knee extension and flexion not assessed secondary to patient's knee history. Dorsiflexion and plantar flexion bilaterally 5/5.

The patient is able to heel walk and toe walk.

The patient is able to perform the back extension machine with 135 pounds.

JOINT MOBILITY ASSESSMENT: The patient had normal joint mobility grade 3 PA glides at the spinous processes and the facet processes bilaterally with a firm end feel at each level utilizing a grade 3 glide.

PALPATION: The patient did not have any tenderness to palpation but did have increased muscle tension palpated throughout his lumbar paraspinals bilaterally.

The patient was educated on PT findings, goals and strategies while also being provided a home exercise program, which is available inside of the patient's chart.

ASSESSMENT: The patient presents to physical therapy with the PA diagnosis of lumbar radiculopathy, who presents with physical therapy findings including decreased range of motion, decreased strength, decreased muscle length, decreased activity tolerance and difficulty participating in all of his regular activities secondary to this. The patient is otherwise healthy, though he does have some comorbidities that should not have an impact on the patient's current prognosis. The patient has not participated in a course of physical therapy regarding his condition and does want to be able to return to a more active lifestyle, making physical therapy a good modality for this patient at this point in time to help address the impairments noted above. This patient has good rehab potential to achieve the following goals over the course of the next 6 weeks:

1. Independent in advanced home/gym program.
2. The patient will be able to walk for 1 mile with his wife.
3. The patient will be able to go into his attic at home.
4. The patient will be able to lightly play basketball without limitation secondary to his spine.

PLAN: The patient will participate in physical therapy 2 times a week for 6 weeks to work on reversing range of motion, strength and lifting deficits. Physical therapy treatment will include stretching exercises for flexibility, progressive resistive strengthening exercises, functional lifting activities, home exercise program and patient education.

Dictated By: Eric C. Knopp, PT LIC# 19044

eScription DIS/GOT-271458390
Dictated: 10/06/2022 16:51:09   Transcribed 10/07/2022 14:35:00

Signed by Knopp, Eric C PT on 10-Oct-2022 15:10:59 -04:00

_____
Eric C Knopp PT     LIC# 19044

Page 2 of 2

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

Page: 52 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606



**Beth Israel Lahey Health**
# New England Baptist Hospital

Alencar, Mauro
(M) DOB 12/05/1974   MRN 1163930
10/06/2022           ENC 6480916

Outpatient Physical Therapy Daily Note/Charge Sheet

Visits # _____

| Modifier | CPT | Units | Description | Min | Daily Note |
|---|---|---|---|---|---|
| | Only 1 Unit | | Evaluations-Untimed | | Subjective |
| | 97161 | | PT Eval Low Complex 20 Min | | |
| | 97162 | 1 | PT Eval Mod Complex 30 Min | 50 | |
| | 97163 | | PT Eval High Complex 45 Min | | |
| | 97164 | | PT Re-Eval EST Plan Care | | |
| | Only 1 Unit | | Modalities-Untimed | | |
| | 97010 | | Hot Pack/Cold Pack | | |
| | 97014 | | E Stim-Unattended (non-wound) | | |
| | 97012 | | Mechanical Traction | | |
| | | | Modalities-Timed | | |
| | 97032 | | E Stim-Attended | | |
| | 97033 | | Iontophoresis | | Objective *Findings/Measurements/Function* |
| | 97035 | | Ultrasound | | ☐ Refer to Progress Note/Evaluation/Discharge Summary |
| | | | Procedures-Timed | | Dictation Confirmation # 279506 9 |
| | 97110 | 1 | Therapeutic Exercise | | |
| | 97112 | 1 | Neuromuscular Rep-Education | 10 | |
| | 97116 | | Gait Training | | |
| | 97140 | | Manual Therapy | | |
| | 97530 | | Therapeutic Activity | | |
| | 97535 | | ADL Self/Home Management | | |
| | 97545 | | Work Conditioning Initial 2 Hours | | |
| | 97546 | | Work Conditioning Additional Hour | | |
| | | | | | ☐ Treatment per Flow Sheet |
| 1 unit ≥ 8 min to <23 min | | 2 units ≥ 23 min to <38 min | | | Assessment |
| 3 units ≥ 38 min to <53 min | | 4 units ≥ 53 min to <68min | | | |
| Total Units | 1 | Total Treatment-Untimed | Total Min | 50 | |
| Total Units | | Total Treatment- Timed | Total Min | 10 | |
| | | | | | |
| | | | | | |
| | | | | | Plan ☐ Continue current treatment plan |
| | | | | | ☐ Revise plan as follows |

Eric Johnson PT 9044    Eric Knapp          10/6/22    14 00
Provider's Signature / Credentials    Print Name         Date    Time (24 hr)

RS 092 (12/19)

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number



**NEW ENGLAND BAPTIST HOSPITAL**

Outpatient Rehabilitation

*Spine Physical Therapy Flow Sheet*

Alencar, Mauro
(M) DOB 12/05/1974   MRN 1183930
10/06/2022        ENC 6490916

| Approved Visits | 90 |
| Insurance Valid Through | 12/31/22 |
| Evaluation Date | 10/6/22 |

Primary PT: Eric Knopp
Referring MD: Robert Kennedy PA

Diagnosis: Radiculopathy Lumbar
Precautions _____

Injury/Surgery Date: _____
Next MD appointment _____

| Rx / Date | GOAL | 10/6/22 1 | 10/10/22 12 | 10/13/22 (3) | 10/18/22 14 | 10/20/22 15 | 10/27/22 16 | 11/1/22 17 | 11/8/22 CC 18 |
|---|---|---|---|---|---|---|---|---|---|
| Bike(__)/Upper Body Ergometer(__)/Treadmill(__) | | | R bike 10' | 10 min | 10 min | 10' | 10' | 10' | 10' |
| Back extension (3/3) | 180 | T-135 | 140# X15 | 150# 15 | 155# X15 | 160# X15 | 165# X15 | 170# X15 | 175# X15 |
| Rotary Torso (3/3) | | | 105# X15 | 130# X15 | 135# X 15 | 140# X15 | 145# X15 | 150# X15 | 150# X15 |
| Lat Pulldown  G | | | 72# X15 | 92# X10 | 94.5# X15 | 97# X15 | 97# X15 | 92# X10 | 92# X15 |
| Multihip (5) flexion | | | 85# X15 | 100# X15 | 105# X15 | 115# X10 | 115# X15 | 120# X10 | 120# X15 |
| abduction | | | 76# X15 | 85# | 90# X15 | 100# X16 | 105# X15 | 105# X10 | 105# X15 |
| extension | | | 130# X15 | 190# | 195# X15 | 207# X15 | 210# X15 | 210# X10 | 220# X15 |
| adduction | | | 85# X15 | 115# | 120# X15 | 120# X15 | 120# X15 | 120# X10 | 120# X15 |
| Lift floor to waist | | | 35# X15 | 40# X15 | 42.5# X10 | 42.5# X10 | 42.5 X15 | Dead# 2/35# X10 | 45# X10 |
| Lift waist to shoulder | | | | 25# X15 | | | | | |
| Roman Chair (x) Hold/Dips | | | 90"/row X15 | 90" X10 | 90"/* | 90'/— | 90"/— | 80"/— | 90"/15 |
| Seated Rows | | | 60# X15 | 62.5# 2X10 | 60# X15 | 67.5# X15 | 72# X15 | 72# X10 | 77# X15 |
| Prone Series (T/T/Y) | | | | | | | | | |
| 4 way Neck | | | | | | | | | |
| Front/Lateral Raise | | | | | | | | | |
| Home Exercise Program (see attached) | | | 1X30" | 1X30" | 1X30" | 1X30" | 1X30" | 1X30" | 1X30 |
| Leg Press (5/3) | | | | Elevated on platforms | | 150# X15 | 180# X15 | 190# X10 | 190# X15 |
| | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Signature/Credentials | | Eric Knopp PT | Eric Knopp PT | Mary Kieran PT | Eric Knopp PT | Eric Knopp PT | Eric Knopp PT | Eric Knopp PT | Eric Knopp PT |
| Print Name | | Eric Knopp | Eric Knopp | Mary Kieran | Eric Knopp | Eric Knopp | Eric Knopp | Eric Knopp | Eric Knopp |
| Time (24 hour) | | 14:00 | 16:45 | 13:30 | 17:45 | 13:40 | 16:45 | 14:30 | 13:45 |

Eric Knopp PT #6404         License #6410

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

From: 8582441606 To: +16177237756 Page: 54 of 59 2024-06-28 15:22:18 EDT 18582441606

NEW ENGLAND BAPTIST HOSPITAL

Alencar, Mauro
(M) DOB 12/08/1974 MRN 1163930
10/06/2022 ENC 6490918

**Outpatient Rehabilitation**

*Spine Physical Therapy Flow Sheet*

| | |
|---|---|
| Approved Visits | 90 |
| Insurance Valid Through | 12/31/22 |
| Evaluation Date | 10/6/21 |

Primary PT Eric Knapp Diagnosis Radiculopathy Lumbar Injury/Surgery Date ____
Referring MD Robert Kenney PA Precautions ____ Next MD appointment ____

| Rx / Date | GOAL | 11/10/22 9 | 11/29/22 10 | / | / | / | / | / | / |
|---|---|---|---|---|---|---|---|---|---|
| Bike( )/Upper Body Ergometer( )/Treadmill( ) | | R bike 10 | R bike 10 | | | | | | |
| Back extension (3/3) | 180 | 180# x15 | 180# x15 | | | | | | |
| Rotary Torso (3 /125) | | 155# x15 | 155# x15 | | | | | | |
| Lat Pulldown 6 | | 94.5# x15 | 97# x15 | | | | | | |
| Multihip (5) flexion | | 120# x15 | 130# x15 | | | | | | |
| abduction | | 115# x15 | 120# x15 | | | | | | |
| extension | | 220# x15 | 225# x15 | | | | | | |
| adduction | | 130# x15 | 135# x15 | | | | | | |
| Lift floor to waist | | 45# x15 | 50# x15 | | | | | | |
| Lift waist to shoulder | | | | | | | | | |
| Roman Chair ( )Hold/Dips | | — | | | | | | | |
| Seated Rows | | 77# x15 | 77# x15 | | | | | | |
| Prone Series (I/T/Y) | | | | | | | | | |
| 4 way Neck | | | | | | | | | |
| Front/Lateral Raise | | | | | | | | | |
| Home Exercise Program (see attached) | | stretches 1x30" | 1x30" | | | | | | |
| Leg Press 5/3 | | 195# x15 | 200# x15 | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Signature/Credentials | Eric Knapp PT | Eric Knapp PT | | | | | | |
| Print Name | Eric Knapp | Eric Knapp | | | | | | |
| Time (24 hour) | 14:35 | 10:30 | | | | | | |

R5083 (10/17)

Eric Knapp PT #1904

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

Page: 55 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

Beth Israel Lahey Health
# New England Baptist Hospital

**OUTPATIENT PHYSICAL THERAPY**
**HEALTH QUESTIONNAIRE**
Page 1 of 2

Patient Name: Mauro Alencar

M.R.#

Alencar, Mauro
(M) DOB: 12/05/1974     MRN: 1163930
10/08/2022              ENC: 8490916

Date: 09/26/2022

What is the problem that brings you to physical therapy today? Lower back pain

What are your goals for physical therapy? Alleviate/Eliminate lower back pain

Date of onset / injury: Over three years ago

Referring physician: Anthony J Schena          Date of next physician appointment: ____ / ____ / ____

Have you seen anyone else for your current condition?  *(Please check all that apply)*

[ ] Physical Therapist          [ ] Occupational Therapist / Hand Therapist          [ ] Chiropractor

[ ] Pain Management          [✓] Massage Therapist          [ ] Acupuncturist

[ ] Other _____

Have you had physical therapy for this condition in the past?     [ ] Yes  [✓] No

Please check all diagnostic tests that you have had for your **current condition** only.

[✓] X-ray     [ ] MRI     [ ] CT Scan     [ ] EMG     [ ] Myelogram     [ ] EEG     [ ] Bone Scan

[ ] Other _____

How do you learn best?     [✓] observing     [ ] reading     [✓] listening     [✓] doing

[ ] Other _____

What is your occupation? Designer

Work status:     [ ] working     [✓] light duty     [ ] not working     [ ] retired

Smoking history: [✓] never     [ ] quit, when _____     [ ] smoking, _____ pack(s) / day

Alcohol intake: [ ] never     [✓] socially     [ ] moderately     [ ] daily

Exercise:     [✓] no     [ ] yes, please explain what exercise you are doing and how frequently: _____

Height: 11" feet _____ inches     Weight: 230 pounds     Hand dominance: [ ] left  [✓] right

**Current Medications:** Please include all over the counter medications, herbal supplements and vitamins / minerals.

| Drug Name | Dosage and Frequency | Purpose |
|---|---|---|
| Fluoxetine | 30mg daily | Depression/anxiety |
| Mirtazapine | 15mg daily | Depression/anxiety |
| Valsartan | 80mg daily | Hipertension |
| Atorvastatin | 10mg daily | High Cholesterol |

Please complete other side >

OPC 830-37 (Rev. C1/17)

Date Filed 4/9/2025 4:04 PM
Superior Court of Middlesex
Docket Number

Page: 56 of 59          2024-06-28 15:22:18 EDT          18582441606          From: 8582441606

Beth Israel Lahey Health
New England Baptist Hospital



**Patient Name:** _____

**M.R.#:** _____
**Alencar, Mauro**
(M) DOB: 12/05/1974    MRN: 1163930
10/06/2022              ENC: 6490916

**OUTPATIENT PHYSICAL THERAPY
HEALTH QUESTIONNAIRE**
Page 2 of 2

### Medical History

| | Yes | No | Comments | | Yes | No | Comments |
|---|---|---|---|---|---|---|---|
| Chest Pain | | | | Hypo / hyperthyroid | | | |
| Heart Attack | | | | Anemia | | | |
| High Blood Pressure | ✔ | | | Bleeding Disorder | | | |
| Stroke | | | | Hepatitis | | | |
| Elevated Cholesterol | ✔ | | | Difficulty with Vision | | | |
| Shortness of Breath | | | | Difficulty with Hearing | | | |
| Bronchitis | | | | Dizziness | | | |
| Emphysema | | | | Headache | | | |
| COPD | | | | Fainting | | | |
| Tuberculosis | | | | Numbness | | | |
| Asthma | | | | Muscle Weakness | | | |
| Diabetes | | | | Paralysis | | | |
| Cancer | | | | Seizures | | | |
| Osteoporosis | | | | Nausea / vomiting | | | |
| Rheumatoid Arthritis | | | | Bowel or Bladder Changes | | | |
| Osteoarthritis | ✔ | | | Depression / Anxiety | ✔ | | |
| Weight gain or loss > 10 lbs in last month | | | | History of Blood Clot or DVT | | | |
| Abdominal / Pelvic Pain | | | | Other | | | |

Are you pregnant or is there any possibility that you may be pregnant? [ ] Yes  ✔ No

Allergies / Adverse Reactions:          Latex    [ ] Yes  ✔ No

Other: Iodine (Shellfish) _____

### Surgical History

| Date | Facility | Procedure / Purpose |
|---|---|---|
| Too many (Knees) | Multiple | ACL, Meniscus, ACL, Debridment |
| | | |
| | | |



In case of an emergency, contact: MAIA ALENCAR

Relationship: Wife _____          Phone Number: 4154208292

**This medical history has been completed and is true to the best of my knowledge.  I will inform my physical therapist of any changes that may occur during this episode of care.**

Name of person completing form: Mauro Alencar _____          Relationship to Patient: Self _____

*(signature)*                              Mauro Alencar          09/26/2022    1pm    am/pm
Patient / Responsible Person Signature          Print Name          Date          Time

*(signature)* Eric Knopp PT 19044          Eric Knopp          10/6/22    13:20
Provider Signature / Credentials          Print Name          Date          Time (24 hours)

Beth Israel Lahey Health
**New England Baptist Hospital**

Patient Name:
M.B.#:
Alencar, Mauro
(M) DOB: **12/05/1974**    MRN: 1163930
10/06/2022    ENC: 6480916

**OUTPATIENT PHYSICAL THERAPY**
**HEALTH QUESTIONNAIRE**
Page 2 of 2

## Medical History

| | Yes | No | Comments | | Yes | No | Comments |
|---|---|---|---|---|---|---|---|
| Chest Pain | | | | Hypo / hyperthyroid | | | |
| Heart Attack | | | | Anemia | | | |
| High Blood Pressure | ✔ | | | Bleeding Disorder | | | |
| Stroke | | | | Hepatitis | | | |
| Elevated Cholesterol | ✔ | | | Difficulty with Vision | | | |
| Shortness of Breath | | | | Difficulty with Hearing | | | |
| Bronchitis | | | | Dizziness | | | |
| Emphysema | | | | Headache | | | |
| COPD | | | | Fainting | | | |
| Tuberculosis | | | | Numbness | | | |
| Asthma | | | | Muscle Weakness | | | |
| Diabetes | | | | Paralysis | | | |
| Cancer | | | | Seizures | | | |
| Osteoporosis | | | | Nausea / vomiting | | | |
| Rheumatoid Arthritis | | | | Bowel or Bladder Changes | | | |
| Osteoarthritis | ✔ | | | Depression / Anxiety | ✔ | | |
| Weight gain or loss > 10 lbs in last month | | | | History of Blood Clot or DVT | | | |
| Abdominal / Pelvic Pain | | | | Other | | | |

Are you pregnant or is there any possibility that you may be pregnant? [ ] Yes    ✔No

**Allergies / Adverse Reactions:**    Latex    [ ] Yes    ✔No

Other: Iodine (Shellfish)

## Surgical History

| Date | Facility | Procedure / Purpose |
|---|---|---|
| Too many (Knees) | Multiple | ACL, Meniscus, ACL, Debridment |
| | | |
| | | |

In case of an emergency, contact: Kate ALENCAR

Relationship: Wife                                Phone Number: 4154208292

**This medical history has been completed and is true to the best of my knowledge.  I will inform my physical therapist of any changes that may occur during this episode of care.**

Name of person completing form: Mauro Alencar        Relationship to Patient: Self

| | | | |
|---|---|---|---|
| _(signature)_ | Mauro Alencar | 09/26/2022 | 1pm    am/pm |
| Patient / Responsible Person Signature | Print Name | Date | Time |
| _(signature)_ Eric Knapp PT 19044 | Eric Knapp | 10/6/22 | 13:00 |
| Provider Signature / Credentials | Print Name | Date | Time (24 hours) |



Page: 57 of 59          2024-06-28 15:52:19 EDT          18582441606          From: 8582441606

**Beth Israel Lahey Health** ▼
**New England Baptist Hospital**

**OUTPATIENT REHABILITATION
SPINE PHYSICAL THERAPY**

DATE: 08/19/2022

Alencar, Mauro
(12) DOB: 12/05/1974    MRN: 1163830
10/06/2022                    ENC: 6490916

## PAIN INDEX

**Average pain Intensity in the last week**

|  | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ___ Back | No Pain 0 | 1 ✔ | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 Severe Pain |
| ___ Leg | No Pain 0 ✔ | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 Severe Pain |

## FUNCTION QUESTIONNAIRE

This questionnaire is designed to give us information as to how your back (or leg) trouble affects your ability to manage in everyday life. Please answer every section. Mark one box only in each section that most closely describes you today.

**Section 1 – Pain Intensity**
- ☐ I have no pain at the moment.
- ☑ The pain is very mild at the moment.
- ☐ The pain is moderate at the moment.
- ☐ The pain is fairly severe at the moment.
- ☐ The pain is very severe at the moment.
- ☐ The pain is the worst imaginable at the moment.

**Section 2 – Personal care (washing, dressing, etc.)**
- ☐ I can look after myself normally without causing extra pain.
- ☑ I can look after myself normally but it is very painful.
- ☐ It is painful to look after myself and I am slow and careful.
- ☐ I need some help but manage most of my personal care.
- ☐ I need help every day in most aspects of self-care.
- ☐ I do not get dressed, wash with difficulty and stay in bed.

**Section 3 – Lifting**
- ☐ I can lift heavy weights without extra pain.
- ☑ I can lift heavy weights but it gives me extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned eg. on a table.
- ☐ Pain prevents me from lifting heavy weights but I can manage light to medium weights if they are conveniently positioned.
- ☐ I can lift only very light weights.
- ☐ I cannot lift or carry anything at all.

**Section 4 – Walking**
- ☐ Pain does not prevent me from walking any distance.
- ☑ Pain prevents me from walking more than 1 mile.
- ☐ Pain prevents me from walking more than 1/2 mile.
- ☐ Pain prevents me from walking more than 100 yards.
- ☐ I can only walk with a cane or crutches.
- ☐ I am in bed most of the time and have to crawl to the bathroom.

**Section 5 – Sitting**
- ☐ I can sit in any chair as long as I like.
- ☑ I can only sit in my favourite chair as long as I like.
- ☐ Pain prevents me sitting more than 1 hour.
- ☐ Pain prevents me from sitting more than 1/2 hour.
- ☐ Pain prevents me from sitting more than 10 minutes.
- ☐ Pain prevents me from sitting at all.

**Section 6 – Standing**
- ☐ I can stand as long as I want without extra pain.
- ☐ I can stand as long as I want but it gives me extra pain.
- ☑ Pain prevents me from standing for more than 1 hour.
- ☐ Pain prevents me from standing for more than 1/2 hour.
- ☐ Pain prevents me from standing for more than 10 minutes.
- ☐ Pain prevents me from standing at all.

**Section 7 – Sleeping**
- ☑ My sleep is never disturbed by pain.
- ☐ My sleep is occasionally disturbed by pain.
- ☐ Because of pain I have less than 6 hours sleep.
- ☐ Because of pain I have less than 4 hours sleep.
- ☐ Because of pain I have less than 2 hours sleep.
- ☐ Pain prevents me from sleeping at all.

**Section 8 – Sex life (if applicable)**
- ☑ My sex life is normal and causes no extra pain.
- ☐ My sex life is normal but causes some extra pain.
- ☐ My sex life is nearly normal but is very painful.
- ☐ My sex life is severely restricted by pain.
- ☐ My sex life is nearly absent because of pain.
- ☐ Pain prevents any sex at all.

**Section 9 – Social life**
- ☐ My social life is normal and causes me no extra pain.
- ☐ My social life is normal but increases the degree of pain.
- ☐ Pain has no significant affect on my social life apart from limiting my more energetic interests eg. sport, etc.
- ☑ Pain has restricted my social life and I do not go out as often.
- ☐ Pain has restricted my social life to my home.
- ☐ I have no social life because of pain.

**Section 10 – Travelling**
- ☐ I can travel anywhere without pain.
- ☐ I can travel anywhere but it gives me extra pain.
- ☑ Pain is bad but I manage journeys over 2 hours.
- ☐ Pain restricts me to journeys of less than one hour.
- ☐ Pain restricts me to short necessary journeys less than 30 minutes.
- ☐ Pain prevents me from traveling except to receive medical treatment.

Score  12 , 50 = 24 %

Patient Signature          Mauro Alencar          08/19/2022          12:35pm _ am / pm
                                    Print Name                    Date                    Time

ODI 2.0    OPC 830-45 Rev '17

Date Filed 4/9/2025 4:04 PM
Superior Court
Docket Number

Page: 58 of 59          2024-06-28 15:52:19 EDT          18582441606          From: 8582441606



# NEW ENGLAND BAPTIST
## HOSPITAL

**OUTPATIENT REHABILITATION**
**SPINE PHYSICAL THERAPY**

DATE: ____ / ____ / ____

Alencar, Mauro
(M) DOB: 12/05/1974          MRN: 1163930
11/29/2022                   ENC: 6511112



## PAIN INDEX

**Average pain intensity in the last week**

**0** Back

| No Pain 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 Severe Pain |
|---|---|---|---|---|---|---|---|---|---|---|

**0** Leg

| No Pain 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 Severe Pain |
|---|---|---|---|---|---|---|---|---|---|---|

## FUNCTION QUESTIONNAIRE

This questionnaire is designed to give us information as to how your back (or leg) trouble affects your ability to manage in everyday life. Please answer every section. Mark one box only in each section that most closely describes you today.

**Section 1 – Pain intensity**
- ☑ I have no pain at the moment.
- ☐ The pain is very mild at the moment.
- ☐ The pain is moderate at the moment.
- ☐ The pain is fairly severe at the moment.
- ☐ The pain is very severe at the moment
- ☐ The pain is the worst imaginable at the moment.

**Section 2 – Personal care (washing, dressing, etc.)**
- ☑ I can look after myself normally without causing extra pain.
- ☐ I can look after myself normally but it is very painful.
- ☐ It is painful to look after myself and I am slow and careful.
- ☐ I need some help but manage most of my personal care.
- ☐ I need help every day in most aspects of self-care.
- ☐ I do not get dressed, wash with difficulty and stay in bed.

**Section 3 – Lifting**
- ☑ I can lift heavy weights without extra pain.
- ☐ I can lift heavy weights but it gives extra pain.
- ☐ Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned eg. on a table.
- ☐ Pain prevents me from lifting heavy weights but I can manage light to medium weights if they are conveniently positioned.
- ☐ I can lift only very light weights.
- ☐ I cannot lift or carry anything at all.

**Section 4 – Walking**
- ☑ Pain does not prevent me from walking any distance.
- ☐ Pain prevents me from walking more than 1 mile.
- ☐ Pain prevents me from walking more than 1/2 mile.
- ☐ Pain prevents me from walking more than 100 yards.
- ☐ I can only walk with a cane or crutches.
- ☐ I am in bed most of the time and have to crawl to the bathroom.

**Section 5 – Sitting**
- ☑ I can sit in any chair as long as I like.
- ☐ I can only sit in my favourite chair as long as I like.
- ☐ Pain prevents me sitting more than 1 hour.
- ☐ Pain prevents me from sitting more than 1/2 hour.
- ☐ Pain prevents me from sitting more than 10 minutes.
- ☐ Pain prevents me from sitting at all.

**Section 6 – Standing**
- ☑ I can stand as long as I want without extra pain.
- ☐ I can stand as long as I want but it gives me extra pain.
- ☐ Pain prevents me from standing for more than 1 hour.
- ☐ Pain prevents me from standing for more than 1/2 hour.
- ☐ Pain prevents me from standing for more than 10 minutes.
- ☐ Pain prevents me from standing at all.

**Section 7 – Sleeping**
- ☑ My sleep is never disturbed by pain.
- ☐ My sleep is occasionally disturbed by pain.
- ☐ Because of pain I have less than 6 hours sleep.
- ☐ Because of pain I have less than 4 hours sleep.
- ☐ Because of pain I have less than 2 hours sleep.
- ☐ Pain prevents me from sleeping at all.

**Section 8 – Sex life (if applicable)**
- ☑ My sex life is normal and causes no extra pain.
- ☐ My sex life is normal but causes some extra pain.
- ☐ My sex life is nearly normal but is very painful.
- ☐ My sex life is severely restricted by pain.
- ☐ My sex life is nearly absent because of pain.
- ☐ Pain prevents any sex at all.

**Section 9 – Social life**
- ☑ My social life is normal and causes me no extra pain.
- ☐ My social life is normal but increases the degree of pain.
- ☐ Pain has no significant effect on my social life apart from limiting my more energetic interests eg. sport, etc.
- ☐ Pain has restricted my social life and I do not go out as often.
- ☐ Pain has restricted my social life to my home.
- ☐ I have no social life because of pain.

**Section 10 – Travelling**
- ☑ I can travel anywhere without pain.
- ☐ I can travel anywhere but it gives me extra pain.
- ☐ Pain is bad but I manage journeys over 2 hours.
- ☐ Pain restricts me to journeys of less than one hour.
- ☐ Pain restricts me to short necessary journeys less than 30 minutes.
- ☐ Pain prevents me from travelling except to receive medical treatment.

Score **0** / **50** = **0** %

_____          _____          _____          _____          am / pm
Patient Signature                Print Name               Date             Time

ODI 2.0    OPC 830-45 Rev. 1/17

Date Filed 4/9/2025 4:04 PM
Superior Court Middlesex
Docket Number 1581CV03786

Page: 59 of 59                2024-06-28 15:52:19 EDT        18582441606            From: 8582441606

For: Alencar, Mauro EMC#6623485-DIS Adm: 8/22/2024 eFinal Cum Laboratory 8/25/2024

New England Baptist Hospital
125 Parker Hill Ave.
Boston, MA 02210
Ph:(617) 754-5200
Jihad Hayek,MD, Chairman

PRINT DATE: 08/25/23                    DISCHARGE SUMMARY
PRINT TIME: 2359

----------------------------------------------------------------------------

Location: PAS                           PATIENT: ALENCAR,MAURO
Room/Bed:                               MR #    : K001163930
Attending Phys: Schena M.D.,Anthony     Acct # : K6623485
Discharge:                              DOB: 12/05/74   Age/Sex: 48/M

----------------------------------------------------------------------------
                         H E M A T O L O G Y
----------------------------------------------------------------------------
                 WBC         RBC         HGB         HCT         MCV
               (4.0-11.0)  (4.20-5.80) (14.0-17.0) (42.0-51.0) (80.0-98.0)
Date   Time    K/uL        M/uL        g/dL        %           fl
----------------------------------------------------------------------------
8/22/23 1245   4.67        5.15        15.5        45.1        87.6


                 MCH         MCHC        Platelet    RDW-CV    Nucleated RBC
               (27.0-34.0) (31.0-36.0) (150-400)   (11.5-14.5)
Date   Time    pg          g/dL        K/uL        %             K/uL
----------------------------------------------------------------------------
8/22/23 1245   30.1        34.4        259         12.4          0.00

                         C H E M I S T R Y
----------------------------------------------------------------------------
                 Sodium      Potassium   Chloride    CO2         Glucose
               (135-145)   (3.5-5.3)   (100-112)   (21-30)     (70-105)
Date   Time    mmol/L      mmol/L      mmol/L      mmol/L      mg/dL
----------------------------------------------------------------------------
8/22/23 1245   141         4.1         104         28          94


                 BUN         Creatinine  eGFR        Calcium     Magnesium
               (6-20)      (0.0-1.3)   (>60)       (8.4-10.2)  (1.6-2.6)
Date   Time    mg/dL       mg/dL       SEE TEXT    mg/dL       mg/dL
----------------------------------------------------------------------------
8/22/23 1245   10          0.9         > 60(a)     9.0         2.4


----------------------------------------------------------------------------
Test        Date      Time   Result        Reference  Units
----------------------------------------------------------------------------
MRSA-PCR    8/22/23   1100   NEGATIVE      (Negative)
MSSA-PCR    8/22/23   1100   POSITIVE      (Negative)

NOTES:  (a)  Glomerular Filtration Rate, Estimated
             Reference Range: Greater than 60 mL/min/1.73 sq. meter.
             Multiply result by 1.21 if patient is African American.


----------------------------------------------------------------------------
*L - Critical Low    *H - Critical High    δ - Delta Value
                                                    ALENCAR,MAURO
----------------------------------------------------------------------------
                        ** CONTINUED ON NEXT PAGE **
                    DISCHARGE REPORT - DO NOT DESTROY

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

# Exhibit "C"

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number



Customer Resolution Team
PO Box 14001
Lexington, KY 40512

September 05, 2023

Mauro Alencar
27 Grace Road
Newton,  MA 02459

| | |
|---|---|
| Subscriber name: | Thais Alencar |
| Member name: | Mauro Alencar |
| Member ID number: | W238926005-04 |
| Provider name: | Schena, Anthony, MD |
| Date(s) of service: | N/A |
| Patient account number: | N/A |
| Payer: | Aetna Life Insurance Company |
| Case number(s): | 2023082903535 |

**We want to share our decision on your appeal**

Dear Appellant:

We reviewed your concerns, which we received on August 29, 2023, about your recent prior authorization request. Here's our decision.

**What we reviewed**
We are responding to the appeal of our decision on the following issue:
The denial of coverage for the procedure code: 27447-right (RT), arthroplasty, knee, condyle and plateau; medial and lateral compartments with or without patella resurfacing (total knee arthroplasty).

We reviewed all available information, including:
- Your appeal request
- Clinical judgment
- The denial letter
- The office notes
- The precertification request/file
- The radiology report
- Aetna's Clinical Policy Bulletin (CPB) number (#) 0660, Knee Arthroplasty, review date: June 29, 2023
- The Summary Plan Description (SPD) for Cengage Learning, Inc.

**Our decision on this appeal**
After reviewing the information above, we are standing by our earlier decision to uphold the denial of coverage for the procedure code: 27447-right (RT), arthroplasty, knee, condyle and

Gen 4 Ver1 Rev4 02.19.19



Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

plateau; medial and lateral compartments with or without patella resurfacing (total knee arthroplasty).

**How we made our decision**

We understand that you are appealing for the denial of coverage for the procedure code: 27447-right (RT), arthroplasty, knee, condyle and plateau; medial and lateral compartments with or without patella resurfacing (total knee arthroplasty).

The basis for this determination is lack of an adequate documented trial of non-surgical treatment. There is no documentation of a recent (within the last twelve (12) months) course of formal physical therapy. The prior denial is upheld.

According to the **"Medical necessity and precertification requirements"** sub section of the **"How your plan works"** section of the SPD for Cengage Learning, Inc., "Your plan pays for its share of the expense for **covered services** only if the general requirements are met. They are:

- The service is **medically necessary**
- For in-network benefits, you get the service from a **network provider**
- You or your **provider precertifies** the service when required

**Medically necessary, medical necessity**

The **medical necessity** requirements are in the Glossary section, where we define **"medically necessary, medical necessity."** That is where we also explain what our medical directors or a **physician** they assign consider when determining if a service is **medically necessary."**

Please refer to the **"Medically necessary, medical necessity"** definition located in the **"Glossary"** section of the SPD, which states:

"Health care services or supplies that prevent, evaluate, diagnose or treat an illness, injury, disease or its symptoms, and that are all of the following, as determined by us within our discretion:

- In accordance with generally accepted standards of medical practice
- Clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for your illness, injury or disease
- Not primarily for your convenience, the convenience of your **physician** or other health care **provider**
- Not more costly than an alternative service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of your illness, injury or disease

Generally accepted standards of medical practice mean:

- Standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community
- Following the standards set forth in our clinical policies and applying clinical judgment"

You may obtain free of charge a copy of the clinical criteria by contacting our Member Services department or you may obtain the Clinical Policy Bulletin pertaining to Knee Arthroplasty through

Gen 4 Ver1 Rev4 02.19.19

·Dàte Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

the Internet at: www.aetna.com.

A Medical Director board certified in orthopedic surgeon with professional designation of DO, an appeals nurse associated with a professional designation of RN, a senior complaint and appeal analyst and two complaint and appeal analysts who were not involved in any prior reviews, participated in the review of the appeal.

### Access to relevant information
You can request access to copies of all documents, records and other information about this claim for benefits. There's no charge for this. We will include the specific rule, guideline, protocol or other similar criterion we used in making our decision. It also includes the names of any clinical reviewers if applicable.

The member, doctor or other provider may have sent us diagnosis and treatment codes with your request for authorization. To get these codes and their meanings, call us at the number on the member's ID card. Contact the member's doctor or other provider with any medical questions about the diagnosis or treatments.

### You can appeal this decision
If you disagree with this decision, you may request a second level appeal. If you choose to appeal, please forward any additional relevant information that you would like us to consider.

The enclosed document, Aetna Appeal Process and Member Rights, has:
- Instructions on how to appeal
- An overview of the entire appeal process.

### We are here to answer your questions
If you have questions about this appeal decision or the appeal process, call us at the number on the member's ID card. Be sure to include the case number when responding or asking about this issue. You can find it at the top of this letter.

### Let us know what you think
We have a short survey about our appeal process. Can you help us by answering its questions? Just go to **aetna.com/form_assets/members/survey.html**.

Sincerely,

*Satish M*

Satish M
Complaint and Appeal Analyst
Customer Resolution Team

Enclosure(s): Appeal Process & Member Rights
               Language Enclosure
               Member Complaint and Appeal Form

Gen 4 Ver1 Rev4 02.19.19



R 0000256

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

Gen 4 Ver1 Rev4 02.19.19

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

Please retain this document for future reference

## Aetna
## Appeal Process & Member Rights

You or your authorized representative — that's someone you name to represent you — has the right to file an appeal about coverage for service(s). You can do this when you're not satisfied with our original coverage decision.

Below we give you an overview of:
- The appeal process
- Your legal rights

To understand where you are in the appeal process, refer to our response to your letter of appeal.

1. You can file an appeal by writing us or by calling or by calling Member Services at the number on your member ID card. You or your authorized representative has 180 calendar days from the date you got our original decision to submit an appeal. If we don't hear from you within that time period, we'll consider our original decision to be final.

You may give us more information that you'd like us to consider. You may also ask us for copies of documents relevant to your claim. Just call us at the number on your member ID card or write us at the address below. There's no charge for this.

2. We'll let you know our appeal decision within 15 calendar days after we get your appeal.

3. You can ask us for an expedited — rush — appeal if we decide not to certify urgent or ongoing services. We'll let you know our decision within 36 hours after we get your expedited appeal.

You can ask for an expedited appeal when a delay in decision-making might either:
- Seriously jeopardize — put at risk — the life or health of the member
- Jeopardize the member's ability to regain maximum function

4. **Second-level appeal:** If you disagree with the response in our first appeal resolution letter, you may request a second-level appeal. To begin this process, you must send a written request to Aetna at the below address within 60 calendar days after you receive the resolution letter. If you do not request a second-level appeal within that time period, we'll consider our original decision stated in the first resolution letter to be final.

Aetna Customer Resolution Team
PO Box 14001
Lexington, KY 40512

If you do not agree with the final decision, you have the right to bring a civil action under Section 502(a) of ERISA within two years of the decision.

5. You and your plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your plan administrator, local U.S. Department of Labor Office and your state insurance regulatory agency.



R 0000256

PS-G_Rev9_12.06.22

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

Please retain this document for future reference

### 6. Resources to help you

Call Member Services if you have questions about the external review forms or process. Just use the phone number on your member ID card. You can also visit **aetna.com** or write us at the address above.

For plans subject to the Patient Protection and Affordable Care Act (PPACA), if you have questions about your appeal rights, this notice, or for assistance, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272). You can also contact

Division of Insurance
1000 Washington St. #810
Boston, Massachusetts 02118
(617) 521-7794
https://www.mass.gov/health-care (website)
doicss.mailbox@state.ma.us (email)

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

TTY:711

| English | To access language services at no cost to you, call the number on your ID card. |
|---|---|
| Albanian | Për shërbime përkthimi falas për ju, telefononi në numrin që gjendet në kartën tuaj të identitetit. |
| Amharic | የቋንቋ አገልግሎቶችን ያለክፍያ ለማግኘት፡ በመታወቂያዎት ላይ ያለውን ቁጥር ይደውሉ። |
| Arabic | للحصول على الخدمات اللغوية دون أي تكلفة، الرجاء الاتصال على الرقم الموجود على بطاقة اشتراككك. |
| Armenian | Ձեր նախընտրած լեզվով անվճար խորհրդատվություն ստանալու համար զանգահարեք ձեր բժշկական ապահովագրության քարտի վրա նշված հեռախոսահամարով |
| Bantu-Kirundi | Kugira uronke serivisi z'indimi ata kiguzi, hamagara inomero iri ku karangamuntu kawe |
| Bengali | আপনাকে বিনামূল্যে ভাষা পরিষেবা পেতে হলে আপনার পরিচয়পত্রে দেওয়া নম্বরে টেলিফোন করুন। |
| Burmese | သင့်အနေဖြင့် အခကြေးငွေ မပေးရ�’ ဘာသာစကားဝန်ဆောင်မှုများ ရရှိနိုင်ရန်၊ သင့် ID ကတ်ပေါ် တွင်ရှိသော ဖုန်းနံပါတ်အား ခေါ်ဆိုပါ။ |
| Catalan | Per accedir a serveis lingüístics sense cap cost per a vostè, telefoni al número indicat a la seva targeta d'identificació. |
| Cebuano | Aron maakses ang mga serbisyo sa lengguwahe nga wala kay bayran, tawagi ang numero nga anaa sa imong kard sa ID. |
| Chamorro | Para un hago' i setbision lengguåhi ni dibåtde para hågu, ågang i numiru gi iyo-mu kard aidentifikasion. |
| Cherokee | ᏣᎳᎩ ᏕᎼᎭᏊᎳ Ꭺ°ᎤᎸᎦᏗᎵ Ꮒ ᎠᎦᏗ ᏓᏉᎬᏩᎵ ᎠᏯ, ᎤᎦᎵᎽᎦᎧ ᎤᏝᏯ ᏓᏘᎦᎵ ᎻᏌᎠᏎᎢ ᎤᏂᎴᎢ ᎢᎭᎵᏗᎵ ᏣᎴᎢ. |
| Chinese Traditional | 如欲使用免費語言服務，請撥打您健康保險卡上所列的電話號碼 |
| Choctaw | Anumpa tosholi i toksvli ya peh pilla ho ish i payahinla kvt chi holisso kallo iskitini holhtena takanli ma i payah |
| Chuukese | Ren omw kopwe angei aninisin eman chon awewei (ese kamé), kopwe kééri ewe nampa mei mak won noum ena katen ID |
| Cushitic-Oromo | Tajaajiiloota afaanii gatii bilisaa ati argaachuuf,lakkoofsa fuula waraaqaa eenyummaa (ID) kee irraa jiruun bilbili. |
| Dutch | Voor gratis taaldiensten, bel het nummer op uw ziekteverzekeringskaart. |
| French | Pour accéder gratuitement aux services linguistiques, veuillez composer le numéro indiqué sur votre carte d'assurance santé. |
| French Creole (Haitian) | Pou ou jwenn sèvis gratis nan lang ou, rele nimewo telefòn ki sou kat idantifikasyon asirans sante ou. |
| German | Um auf den für Sie kostenlosen Sprachservice auf Deutsch zuzugreifen, rufen Sie die Nummer auf Ihrer ID-Karte an. |
| Greek | Για πρόσβαση στις υπηρεσίες γλώσσας χωρίς χρέωση, καλέστε τον αριθμό στην κάρτα ασφάλισής σας. |
| Gujarati | તમારે કોઇ પણ જાતના ખર્ચ વિના ભાષા સેવાઓ મેળવવા માટે, તમારા આઇડી કાર્ડ પર રહેલ નંબર પર કૉલ કરવી. |



R 0000256

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

| Hawaiian | No ka walaʻau ʻana me ka lawelawe ʻōlelo e kahea aku i ka helu kelepona ma kāu kāleka ID. Kāki ʻole ʻia kēia kōkua nei. |
|---|---|
| Hindi | बिना किसी कीमत के भाषा सेवाओं का उपयोग करने के लिए, अपने आईडी कार्ड पर दिए नंबर पर कॉल करें। |
| Hmong | Yuav kom tau kev pab txhais lus tsis muaj nqi them rau koj, hu tus naj npawb ntawm koj daim npav ID. |
| Igbo | Inweta enyemaka asụsụ na akwughi ụgwọ obụla, kpọọ nọmba nọ na kaadi njirimara gị |
| Ilocano | Tapno maakses dagiti serbisio ti pagsasao nga awanan ti bayadna, awagan ti numero nga adda ayan ti ID kardmo. |
| Indonesian | Untuk mengakses layanan bahasa tanpa dikenakan biaya, silakan hubungi nomor telepon di kartu asuransi Anda. |
| Italian | Per accedere ai servizi linguistici senza alcun costo per lei, chiami il numero sulla tessera identificativa. |
| Japanese | 無料の言語サービスは、IDカードにある番号にお電話ください。 |
| Karen | လၢတၢ်ကမၤန့ၢ်ကျိာ်တၢ်မၤစၢၤအတၢ်ဖံးတၢ်မၤတဖၣ် လၢတအိၣ်ဒီးအပှ့ၤလၢနကဘၣ်ဟ့ၣ်အီၤအဂီၢ်, ကိးဘၣ်လီတဲစိနီၣ်ဂံၢ်လၢအအိၣ်လၢနအိၣ်ဒီၣ်ဂီၤ (ID) အလိၤန့ၣ်တက့ၢ်. |
| Korean | 무료 다국어 서비스를 이용하려면 보험 ID 카드에 수록된 번호로 전화해 주십시오. |
| Kru-Bassa | I nyuu kosna mahola ni language services ngui nsaa wogui wo, sebel i nsinga i ye ntilga i kat yong matibla |
| Kurdish | بۆ دەستبڕ اگەیشتن بە خزمەتگوزاری زمان بەبێ تێچوون بۆ تۆ، پەیوەندی بکە بە ژمارەی سەر ناسی دی(ID) کارتی خۆت. |
| Lao | ເພື່ອເຂົ້າເຖິງປຶກສາການພາສາທີ່ບໍ່ເສຍຄ່າ, ໂທໄປຫາເບີໂທຣ໌ຢູ່ໃນບັດປະຈໍາຕົວຂອງທ່ານ. |
| Marathi | आपल्याला कोणत्याही शुल्काशिवाय भाषा सेवांपर्यंत पोहोचण्यासाठी, आपल्या ID कार्डावरील क्रमांकावर फोन करा. |
| Marshallese | Ṇan bōk jipañ kōn kajin ilo an ejjeḷọk wōṇean ñan kwe, kwōn kallok nōṃba eo ilo kaat in ID eo aṃ. |
| Micronesian-Ponapean | Pwehn alehdi sawas en lokaia kan ni sohte pweipwei, koahlih nempe nan amhw doaropwe en ID. |
| Mon-Khmer, Cambodian | ដើម្បីទទួលបានសេវាកម្មភាសាដែលឥតគិតថ្លៃសម្រាប់លោកអ្នក សូមហៅទូរស័ព្ទទៅកាន់លេខដែលមាននៅលើប័ណ្ណសម្គាល់ខ្លួនរបស់លោកអ្នក។ |
| Navajo | Tʼáá ni nizaad kʼehjí bee níká aʼdoowoł doo bááh ílínígóó naaltsoos bee atah níłígo nanitinígíí bee néého'dólzinígíí béésh bee hane'í biká'ígíí áají' hólne'. |
| Nepali | भाषासम्बन्धी सेवाहरूमाथि निःशुल्क पहुँच राख्न आफ्नो कार्डमा रहेको नम्बरमा कल गर्नुहोस्। |
| Nilotic-Dinka | Të kɔɔr yïn ran de wëër de thokic ke cïn wëu kɔr keek tënɔŋ yïn. Ke yïn cɔl ran ye kɔc kuɔny në namba de abac tɔ në ID kard duɔ̈n de tïït de nyin de panakim kɔ̈u. |
| Norwegian | For tilgang til kostnadsfri språktjenester, ring nummeret på ID-kortet ditt. |

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

# EXHIBIT D

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

# REED & GIORDANO

Attorneys at Law
A Professional Association
One McKinley Square, 6th Floor
Boston, Massachusetts 02109-2724
Telephone: (617) 723-7755
Facsimile: (617) 723-7756
Email: pgiordano@reedgiordano.com

Philip M. Giordano*
Barry C. Reed, Jr.

Derek A. Glover
Julian A. Frare
Taylor M. Gould
* also admitted in New York

**BY FEDERAL EXPRESS**
**PERSONAL & CONFIDENTIAL**

February 12, 2025

Aetna, Inc.
Aetna Life Insurance Company
Home Office, Legal Department
151 Farmington Avenue
Hartford, Connecticut 06156
Attn: General Counsel's Office

| | | |
|---|---|---|
| Re: | Subscriber name: | Thais Alencar |
| | Member name: | Mauro Alencar |
| | Member ID number: | W238926005-04 |
| | Provider name: | Schena, Anthony, MD |
| | Payer: | Aetna Life Insurance Company |
| | Case number(s): | 2023082903535 |

*RE: Mauro Alencar / Aetna: M.G.L. c.93A & 176D-Demand for Relief*

Dear Sir or Madam:

Please accept this correspondence as the demand of Mr. Mauro Alencar (hereinafter "Mr. Alencar" or the prospective "Plaintiff") to Aetna, Inc. and Aetna Life Insurance Company, and together with their respective parents, subsidiaries, affiliates, officers, directors, employees, brokers, registered representatives, and/or agents (collectively hereinafter "Aetna," "you," or the prospective "Defendant") pursuant to the provisions of Massachusetts General Laws, Chapters 93A and 176D as related to unfair and deceptive trade practices with respect to insurance matters. Additionally, please accept this correspondence as a demand for payment of the above-referenced medical insurance policy. Please be informed that this Firm represents Mr. Alencar with respect to this matter.

As set forth below, please accept this correspondence as the Plaintiff's demand for injuries and damages and for relief by way of demand for injuries and damages for relief in the amount of $2,500,000.00, together with costs and attorney's fees for being required to make this claim.

1

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

## FACTS AND BACKGROUND

Mr. Alencar is a benefit holder of the policy in place through his spouse, Mrs. Thais Alencar. Through his policy and benefits available to him, Mr. Alencar seeks to exercise his policy for a medically necessary procedure of a total knee replacement (total knee arthroplasty), with the procedure code of 27447-right (RT), arthroplasty, knee, condyle and plateau; medial and lateral compartments with or without patella resurfacing.

As you know, starting nearly twenty (20) years ago, Mr. Alencar started to experience pain and difficulty with his knees. In or about April 2012, Mr. Alencar started to see his physicians, Dr. Kenneth H. Akizuki, and Nurse Practitioner Janice O. Santos. The suffering and diagnosis had been ongoing in both his left and right knees since 2012. Most instances in which Mr. Alencar visited his doctors, he consulted them regarding the issue he was experiencing in both knees. In conjunction with the previously provided information, Mr. Alencar reiterated his need for the total knee replacement for his right knee. His physician, Dr. Anthony Schena, explicitly determined it was, at that time, the sole remedy for his diagnosis. A true copy of Mr. Alencar's medical records are attached, restated and incorporated by reference herein as **Exhibit A**.

In the last two (2) years, the Plaintiff has undergone a myriad of appointments to diagnose, receive prognoses, and treat his injury. Starting on or about August 23, 2022, Dr. Schena rendered the diagnosis that Mr. Alencar has Osteoarthritis. **Exhibit A** at pp. 36-37. In or about October 2022, his doctor wrote, "Mr. Alencar returned to the office today to follow-up on his right knee. Unfortunately, his insurance would not approve the MRI. He continues to have significant pain in his right knee. Ultimately, due to failure to get the MRI approved, he decided [sic] come in today to discuss a cortisone injection." *Id.* at p. 24. Once again, on or about November 14, 2022, you still had not approved his MRI. *Id.* at p. 25.

On or about July 24, 2023, Mr. Alencar lost some range of motion compared to his condition only a week prior. *Id.* It should be noted that Dr. Schena went on to say, "[p]assively, I cannot get him into full flexion or extension without significant pain. He has an effusion. His knee appears to be ligamentously sound. I feel that he has a locked knee and internal derangement. This could be secondary to a piece of cartilage, loose body or meniscal tear. I am ordering an MRI to further evaluate his knee." *Id.* at p. 17. This MRI was repetitive of what Aetna previously denied and had taken nearly eight (8) months to approve.

After the MRI, on or about August 14, 2023, Mr. Alencar and his doctor evaluated the imaging which showed "significant arthritic changes in his knee-with loss of cartilage in all three compartments and no significant meniscal tissue in the lateral compartment." *Id.* at p. 34. Even as of this point, Mr. Alencar's injuries had significantly impacted his health, physically, emotionally, mentally, and relationally. Dr. Schena even noted, "At this point, he has pain in his knee on a daily basis and it significantly affects his quality life. He has pain when going from a sitting to a standing position, getting up in the morning, and using stairs. Given the current findings, it appears that arthritis is the primary cause for his knee pain. Although he is young to have a total knee arthroplasty, we have very few options aside from knee replacement surgery, as he has failed other treatment options." *Id.*

On or about August 29, 2023, Aetna received Mr. Alencar's request for authorization to receive coverage for a total knee replacement surgery. With this request, Mr. Alencar submitted an

2

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

extensive report of his medical records. The medical records depict over time how the Plaintiff's knee has degenerated since, at a minimum, 2016 until the present. Based on the professional, medical opinion of multiple doctors, it is evident the only solution to resolve, rather than prolong or ignore his diagnosis, is a knee replacement. **Exhibit A**, at pp. 36-37.

On or about October 25, 2023, the Plaintiff's doctor indicated that *"[Mr. Alencar] has documented osteoarthritis of both knees and physical therapy will not improve his current situation. However, they refused to approve his knee replacement surgery." Id.* at p. 9. (emphasis added). The knee pain has impacted his life in more ways than one. As his doctor describes, the pain has resulted in decreased mobility and as a result weight gain. He has been less active because of his knee pain and has gained 20 pounds over the course of the last several months. This contributes to his knee pain as well. *Id.*

Starting in or about December 2023, Mr. Alencar sought out physical therapy from New England Baptist Hospital. He was seen over the course of three months to no avail. According to his treating doctors, the physical therapy would not resolve the pain and problems experienced by Mr. Alencar. Specifically, his doctor stated, "My recommendation is still to proceed with knee replacement surgery. However, we have failed to get this approved through his insurance carrier. Therefore, I did give him a prescription for outpatient physical therapy. This will hopefully help with his knee pain although I suspect it will not." *Id.*

For Aetna to now deny the procedure he needs, on the "supposed" basis of lack of physical therapy, is an unfair and deceptive tactic and practice. The medical records clearly show that Mr. Alencar's prognosis has only worsened over the last twelve (12) years. It will be incredibly unlikely for a Court to determine that more than a decade of diagnoses and degeneration should be ignored because of a lack of physical therapy in the last year. This practice by you, the Defendant, is only intended to ignore the patient's needs and continue to withhold necessary expenditures.

For years, Aetna has denied Mr. Alencar access to services needed for diagnosis and treatment. In Fall of 2022, Aetna denied the allowance for an MRI in order for Mr. Alencar's doctors to assess his pain. **Exhibit A**, at p. 21. Your continued denial is now seen in the denial of a knee replacement surgery, despite the advice of his treating physician.

Mr. Alencar has also attended physical therapy despite his primary treating physician indicating it would be insufficient. Even still after weeks of physical therapy, Mr. Alencar saw little to no improvements and remains in desperate need of a full knee replacement surgery. A true copy of Mr. Alencar's physical therapy records are attached, restated and incorporated by reference herein as **Exhibit B**.

The Plaintiff has previously sought relief through the internal procedures of Aetna, only to be improperly denied coverage for his case. A true copy of a written correspondence from Aetna to Mr. Alencar dated September 5, 2023 is attached, restated and incorporated by reference herein as **Exhibit C**.

Demand is hereby made for relief on behalf of Mr. Alencar for his injuries and damages and for relief by way of demand for injuries and damages for relief in the amount of $2,500,000.00, together with is costs and attorney's fees for being required to make this claim.

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

# VIOLATIONS OF LAW

### 1)    Aetna's Violations of M.G.L. Chapters 93A and 176D

The Plaintiff hereby alleges that the Defendant has engaged in numerous deceptive and unfair acts and practices in the conduct of these matters, giving rise to multiple violations of the Massachusetts Consumer Protection Act, M.G.L. c. 93A, §§ 2(a) & 9. This Act provides, in relevant part, that:

> "unfair or deceptive acts or practices in the conduct of any trade or commerce are hereby declared unlawful."

M.G.L. c. 93A, § 2(a).

The regulations promulgated by the Office of the Attorney General pursuant to 940 C.M.R § 3.05(1) provide, in relevant part:

> "No claim or representation shall be made by any means concerning a product which directly, or by implication, or by failure to adequately disclose additional relevant information, has the capacity or tendency or effect of deceiving buyers or prospective buyers in any material respect."

940 C.M.R. § 3.05(1).

Without limiting the scope of any other rule, regulation or statute, an act or practice is a violation of Chapter 93A, Section 2 if:

1)    it is oppressive or otherwise unconscionable in any respect; or
2)    any person or other legal entity subject to this act fails to disclose to a buyer or prospective buyer any fact, the disclosure of which may has influenced the buyer or prospective buyer not to enter into the transaction; or
3)    it fails to comply with existing statutes, rules, regulations or laws, meant for the protection of the public's health, safety, or welfare promulgated by the Commonwealth or any political subdivision thereof intended to provide the consumers of this Commonwealth protection

940 C.M.R. § 3.16.

Chapter 93A "was designed to encourage more equitable behavior in the marketplace and impose liability on persons seeking to profit from unfair practices." *Arthur D. Little, Inc. v. Dooyang Corp.*, 147 F.3d 47, 54 (1st Cir. 1998) (citing *Linkage Corp. v. Trustees of Boston Univ.*, 425 Mass. 1, 25, 679 N.E.2d 191, 208 (1997)).

As such, it prohibits all unfair or deceptive acts or practices. It does not define unfairness or deception, but provides that the courts will be guided by interpretations made by the Federal Trade Commission (FTC) and federal courts of Section 5(a)(1) of the FTC Act (codified as 15 U.S.C. §§ 45(a)(1)), which also prohibits "unfair or deceptive acts or practices." M.G.L. c. 93A, §§ 2(b); *see*

4

*Arthur D. Little, Inc. v. Dooyang Corp.*, 147 F.3d at 54 ("statute does not specifically define 'unfair' or 'deceptive'").

Although courts frequently merge the concepts of unfairness and deception, liability may be based solely on unfairness or deception. *See Barden v. Harpercollins Publishers, Inc.*, 863 F. Supp. 41, 46 (D. Mass. 1994); *Massachusetts Farm Bureau Fed'n Inc. v. Blue Cross of Mass., Inc.*, 403 Mass. 722, 729, 532 N.E.2d 660, 664 (1989); *Service Publications, Inc. v. Goverman*, 396 Mass. 567, 578, 487 N.E.2d 520, 527 (1986); *see Cherick Distrib., Inc. v. Polar Corp.*, 41 Mass. App. Ct. 125, 128, 669 N.E.2d 218, 221 (1996) ("Deception is only one prong of the prohibited conduct of M.G.L. c. 93A); *Vanderwiel v. Jones*, 1996 Mass. App. Div. 184 (1996); *Damon v. Sun Co.*, 87 F.3d 1467, 1483 (1st Cir. 1996) (citing *Mass. Employers Ins. Exch. v. Propac-Mass., Inc.*, 420 Mass. 39, 42-43, 648 N.E.2d 435, 438 (1995)) (when determining unfairness, "the focus is on the nature of the challenged conduct and on the purpose and effect of that conduct'"); *see also Fraser Eng'g Co. v. Desmond*, 26 Mass. App. Ct. 99, 102-04, 524 N.E.2d 110, 112B13 (1988), *and Dujon v. Williams*, 5 Mass. L. Rptr. 456 (Suffolk Super. Ct. 1996), *aff'd sub nom., Dujon v. Kurtz*, 47 Mass. App. Ct. 1112, 714 N.E.2d 375 (1999) (both of which analyze claims under both unfairness and deception standards).

In business disputes, where a party breaches an implied covenant of good faith and fair dealing, or its conduct constitutes some other established concept of unfairness, liability may accrue under the PMP Assocs., Inc. test. For example, in *Linkage Corp. v. Trustees of Boston University*, 425 Mass. 1, 679 N.E.2d 191 (1997), the Supreme Judicial Court relied, in part, on the *PMP Assocs., Inc.* test to uphold liability against Boston University. In this case, the Court said that the judge was warranted in finding that Boston University's actions in the months leading up to, and after, the termination of business with Linkage were unethical and unscrupulous, and the president's and executive vice president's conduct, in particular, was unfair, oppressive, and deceptive. *Id* at 209.

In *Wasserman v. Agnastopoulos*, 22 Mass. App. Ct. 672, 497 N.E.2d 19, *review denied*, 398 Mass. 1105, 499 N.E.2d 298 (1986), the Court held that the defendant owed an implied covenant of good faith and fair dealings to the plaintiff. *Id* at 24; *see also Anthony's Pier Four, Inc. v. HBC Associates*, 411 Mass. 451, 475, 583 N.E.2d 806, 821-22 (1991), *and Massachusetts Employers Insurance Exchange v. Propac-Mass., Inc.*, 420 Mass. 39, 43, 648 N.E.2d 435, 438 (1995) (breaches of the implied covenant of good faith and fair dealing were also found to violate M.G.L. c. 93A).

The First Circuit has said, "[f]or want of a $620 part, there was a damages verdict of over $7 million . . . [The seller's] silence became sufficiently unscrupulous to fall within a 'penumbra . . . of [an] established concept of unfairness.'" *Cambridge Plating Co. v. Napco, Inc.*, 85 F.3d 752, 756 & 770 (1st Cir. 1996); *see also Arthur D. Little, Inc. v. Dooyang Corp.*, 147 F.3d at 54.

In general, under Chapter 93A of the Massachusetts General Laws, a company's conduct, acts or trade practices are considered unfair if they are:

"(1)    within the penumbra of a common law, statutory, or other established concept of

        unfairness;

(2)    immoral, unethical, oppressive, or unscrupulous; or

(3)    causes substantial injury to competitors and other business people."

5

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

*Incase Inc. v. Timex Corp.*, 488 F.3d. 46, 57 (1st Cir. 2007) (citing *Heller Fin. v. Ins. Co. of N. Am.*, 410 Mass. 400, 573 N.E.2d 8, 12-13 (1991). An act is deceptive "if it could reasonably be found to have caused a person to act differently from the way he or she otherwise would have acted." *Id.* (citing *Purity Supreme, Inc. v. Attorney Gen.*, 380 Mass. 762, 407 N.E.2d 297, 307 (1980).

To prevail on a Chapter 93A claim, a plaintiff must prove "that a person who is engaged in trade or business committed an unfair or deceptive trade practice and that the plaintiff suffered a loss of money or property as a result." *Kozaryn v. Ocwen Loan Servicing, LLC*, 784 F. Supp. 2d 100, 102 (D. Mass 2011) (citing *Morris v. BAC Home Loans Servicing, L.P.* 775 F.Supp.2d 255, 259 (D. Mass. 2011).

In addition, Massachusetts General Laws, Chapter 176D, Section 3, provides as follows:

"The following are hereby defined as unfair methods of competition and unfair or deceptive acts or practices in the business of insurance:

(1) Misrepresentations and false advertising of insurance policies: making, issuing, circulating, or causing to be made, issued or circulated, any estimate, illustration, circular or statement which

(a) Misrepresents the benefits, advantages, conditions, or terms of any insurance policy; [or] ...

(f) Misrepresents for the purpose of inducing or tending to induce the lapse, forfeiture, exchange, conversion, or surrender of any insurance policy; ...."

M.G.L. c. 176D, §§ 3 (1) (a) & (f); *see e.g.*, *Polaroid Corp. v. Travelers Indem. Co.*, 414 Mass. 747, 610 N.E.2d 912 (1993).

It is well settled that "A consumer asserting a claim under G. L. c. 93A, § 9, may recover for violations of G. L. c. 176D, § 3 (9), without regard to whether the violation was unlawful under G. L. c. 93A, § 2, because of the explicit statement to that effect in § 9." *Polaroid Corp. v. Travelers Indem. Co.*, 414 Mass. 747, 754, 610 N.E.2d 912, 917 (1993). In *Linda Hopkins v. Liberty Mutual Insurance Co.*, the Court decided that a violation of G. L. c. 176D, § 3(9)(f), which prohibits an insurer from failing to effectuate prompt, fair, and equitable settlements of claims in which liability has become reasonably clear, can be the basis under G. L. c. 93A, § 9(3) and (4), for an award of multiple damages and attorney's fees and costs. *See* 434 Mass 556 (2001).

Mr. Alencar contends that Aetna's violations of Section 3 of Chapter 176D, and Sections 3.05(1) and 3.16 of the Code of Massachusetts Regulations, without limitation, give rise to specific claims for relief under M.G.L. c. 176D, § 3, and c. 93A, §§ 2 and 9. These claims include, without limitation,

(a) the items previously identified under the "Facts and Background" section of this correspondence;

6

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

(b) whether or not Aetna purportedly has maintained complete and accurate records, to the detriment of the Plaintiff;

(c) that Aetna delayed the transmittal of the Policy and supporting documentation to the Plaintiff;

(d) that, even after a number of communications were made by the Plaintiff, Aetna steadfastly rejected a speedy resolution; (e) that Aetna has acted in bad faith and never appropriately responded to the claims or demands for relief by the Plaintiff; and/or (f) that Aetna violated the requirements, terms and conditions of existing Massachusetts statutes, rules and regulations meant for the protection of the public's health, safety or welfare.

In short, the Plaintiff alleges that Aetna is liable to him under the Massachusetts Consumer Protection Act, Chapter 93A and 176D, and is liable for actual damages, treble or multiple damages, interest, costs and actual attorneys' fees.

### 2)    Breach of Contract / Breach of Implied Covenant of Good Faith and Fair Dealing

The Plaintiff entered the insurance contract, in good faith and in accordance with the rules outlined. The Plaintiff contends that you breached your contract with them by your conduct as described herein.

The Plaintiff alleges that you are liable for a breach of contract and for a breach of an implied covenant of good faith and fair dealing. A breach of contract is failure without excuse to perform a duty which is due under the contract. *See Sterilite Corp. v. Continental Casualty Co.*, 20 Mass. App. Ct. 215, 220 (1985) *rev'd on other grounds,* 397 Mass. 837 (1986). Here, the Plaintiff can show that, as a matter of law, a contract existed, which the Defendant breached and failed to comply with the covenant of good faith and fair dealing.

### 3)    Fraud and Deceit

The Plaintiff contends that your conduct as described herein sets out a claim for fraud and deceit in that you made numerous misrepresentations of material fact and omissions of material facts when you had a duty to disclose such true, accurate and complete information. Furthermore, the Plaintiff contends that you acted knowingly or with reckless disregard as to whether the misrepresentations and omissions were true or false, for the purpose of inducing reliance from the Plaintiff, to his detriment. Your conduct as described herein sets forth a claim for fraud and deceit.

In order to prevail on a claim of deceit under Massachusetts law, the plaintiff must establish that the defendant made a false representation of a material fact with knowledge of its falsity for the purpose of inducing the plaintiff to act thereon, and that the plaintiff relied upon the representation as true and acted upon it to his damage. *Slaney v. Westwood Auto, Inc.,* 366 Mass. 688, 703 (1975) (citing *Barrett Associates, Inc. v. Aronson,* 346 Mass. 150, 152 (1963)).

As set out above, in order to prevail on a claim of deceit, the Plaintiff must establish that the Defendant made a false representation of material fact, with knowledge of its falsity. *Slaney,* 366 Mass. at 703. It is well established that a claim of fraud and deceit is made out when representations are made related to matters susceptible of actual knowledge, and may include opinions, estimates,

7

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

promises and/or conditions to exist in the future. *Harris v. Delco Products, Inc.*, 305 Mass. 362, 365 (1940); *Zimmerman v. Kent*, 31 Mass. App. Ct. 72, 79-80 (1991).

The Plaintiff contends that you have perpetrated a fraud and deceit upon him, to his detriment and causing him significant damages.

### 4)  <u>Negligent Misrepresentation</u>

The Plaintiff alleges that your conduct as described herein sets out a claim for negligent misrepresentation in that you negligently provided him with erroneous and misleading information, and negligently omitted material information, to the Plaintiff's detriment.

A claim for negligent misrepresentation encompasses the same elements as fraud and deceit, but allows recovery where the misrepresentations were negligently made. *Danca v. Taunton Savings Bank*, 385 Mass. 1, 8 (1982). An action for misrepresentation will lie against a defendant who, in the performance of his trade or profession, negligently provides erroneous information to a plaintiff, who reasonably relies upon it to his detriment, even in a situation where there may be no privity of contract between the parties. *See Glanzer v. Shepard*, 233 N.Y. 236 (1922). In *Craig v. Everett M. Brooks Co.*, the court held that the defendant, a civil engineer, was liable for negligent misrepresentation in providing erroneous information regarding the placement of stakes. 351 Mass. 497, 500-501 (1967). This information was relied upon by a general contractor to his detriment. *Id.* at 500. In imposing liability, the court emphasized the fact that while the plaintiff and the defendant were not in privity, and the identity of the general contractor and the extent of his reliance were known to the defendant when he provided information. *Id.* at 501. Thus, the type and extent of any damages were foreseeable. *Id.* at 500.

The cases throughout the United States are in accord in holding that the cause of action for negligent misrepresentation constitutes conduct and words which amount to a representation, negligently made. *See Danca v. Taunton Savings Bank*, 385 Mass. 1 (1982).

Deception does not have to be direct to come within the reach of the law. *Id.* It is enough that the representation was reasonably understood as a statement. *Danca*, 385 Mass. at 9 (citing *Boston Five Cents Savings Bank v. Brooks*, 309 Mass. 52, 55-56 (1941)). The speaker must have known his representations were to be the basis of reliance, *See Blank v. Kaitz*, 350 Mass. 779 (1966), and the plaintiff must have suffered loss. *Craig v. Everett M. Brooks Co.*, 351 Mass. 497, 498 (1967). Damages recoverable for negligent misrepresentation may be based, among other things, on "out-of-pocket-loss," or upon other theories of damages. *Danca*, 385 Mass. at 8; Restatement (Second) of Torts §552B (1). Consequential damages include those that might reasonably be expected to result from reliance upon the representation. *Id.*

The Plaintiff contends that you made negligent misrepresentations to him, to which he relied upon, to his detriment and caused him significant damages.

8

Date Filed 4/9/2025 4:04 PM
Superior Court - Middlesex
Docket Number

## CLAIMS FOR RELIEF

Based on these alleged violations of law, Mr. Alencar contends that he has suffered significant injury and damages. As a direct consequence of your illegal acts and failure to comply with the contract of insurance, the Plaintiff has been unable to obtain the medical care which he desperately needs, and suffered continued pain and emotional anguish and distress, and has incurred substantial costs. Therefore, he demands relief for his damages in the amount of $2,500,000.00.

The purpose of this letter is to make Aetna aware of Mr. Alencar's position and to give you or your attorney an opportunity to meet and tender a written reasonable offer of settlement. Please be advised that the Plaintiff intends to seek any and all remedial measures available to him for a failure of Aetna to resolve this dispute, following the expiration of thirty (30) days from the mailing or receipt of this letter. As you may be aware, the Massachusetts Insurance Laws and the Consumer Protection Act permit, in certain instances, the recovery of double or treble damages, reasonable attorneys' fees, interest and costs.

If you have any questions, please contact me at the above address. I look forward to your timely response to this correspondence.

Very truly yours,

Philip M. Giordano
Giordano & Company, P.C.

PMG/tg
Enclosures per above

cc: Mauro Alencar

9